# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

October 10, 2025

| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO, <br> Plaintiffs - Appellees <br><br> v. <br><br> DONALD J. TRUMP, et al., <br> Defendants - Appellants |
|---|---|

**Originating Case Information:**

District Court No. 1:25-cv-12174  
Northern District of Illinois, Eastern Division  
Clerk/Agency Rep Thomas G. Bruton  
District Judge April M. Perry

Case filed: 10/10/2025  
Case type: cv/us  
Fee status: U.S. appellant  
Date of Judgment: 10/09/2025  
Date NOA filed: 10/09/2025

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 25-2798 | Daniel P. Driscoll | Docketing statement due | 10/16/2025 |
| 25-2798 | Peter B. Hegseth | Docketing statement due | 10/16/2025 |
| 25-2798 | Kristi L. Noem | Docketing statement due | 10/16/2025 |
| 25-2798 | Donald J. Trump | Docketing statement due | 10/16/2025 |

| | | | |
|---|---|---|---|
| 25-2798 | United States Army | Docketing statement due | 10/16/2025 |
| 25-2798 | United States Department of Defense | Docketing statement due | 10/16/2025 |
| 25-2798 | United States Department of Homeland Security | Docketing statement due | 10/16/2025 |
| 25-2798 | Daniel P. Driscoll | Transcript information sheet | 10/24/2025 |
| 25-2798 | Peter B. Hegseth | Transcript information sheet | 10/24/2025 |
| 25-2798 | Kristi L. Noem | Transcript information sheet | 10/24/2025 |
| 25-2798 | Donald J. Trump | Transcript information sheet | 10/24/2025 |
| 25-2798 | United States Army | Transcript information sheet | 10/24/2025 |
| 25-2798 | United States Department of Defense | Transcript information sheet | 10/24/2025 |
| 25-2798 | United States Department of Homeland Security | Transcript information sheet | 10/24/2025 |
| 25-2798 | Daniel P. Driscoll | Appellant's brief | 11/19/2025 |
| 25-2798 | Peter B. Hegseth | Appellant's brief | 11/19/2025 |
| 25-2798 | Kristi L. Noem | Appellant's brief | 11/19/2025 |
| 25-2798 | Donald J. Trump | Appellant's brief | 11/19/2025 |
| 25-2798 | United States Army | Appellant's brief | 11/19/2025 |

| 25-2798 | United States Department of Defense | Appellant's brief | 11/19/2025 |
| --- | --- | --- | --- |
| 25-2798 | United States Department of Homeland Security | Appellant's brief | 11/19/2025 |

**NOTICE REGARDING CRIMINAL CASES: COUNSEL IS REMINDED TO PLEASE COMPLY WITH CIRCUIT RULE 46.1.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!

If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**     (form ID: **108**)