# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 10, 2025

*By the Court:*

|  | STATE OF ILLINOIS and CITY OF CHICAGO,<br>Plaintiffs - Appellees |
|---|---|
| No. 25-2798 | v. |
|  | DONALD J. TRUMP, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12174<br>Northern District of Illinois, Eastern Division<br>District Judge April M. Perry ||

A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992)

form name: **c7_Order_BTC**    (form ID: **178**)