# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 11, 2025

*By the Court:*

| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO, Plaintiffs - Appellees  v.  DONALD J. TRUMP, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:25-cv-12174  Northern District of Illinois, Eastern Division  District Judge April M. Perry | |

The following are before the court:

1. **EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on October 10, 2025, by counsel for the appellants.

2. **RESPONSE TO EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on October 11, 2025, by counsel for the appellees.

**IT IS ORDERED** that appellants' request for an administrative stay is **GRANTED** as to the federalization of the National Guard and **DENIED** as to the deployment of the National Guard. Pending a decision on the request for a stay pending appeal, the district court's October 9, 2025, order is temporarily **STAYED** only to the extent it enjoined the federalization of the National Guard of the United States within Illinois. Members of the National Guard do not need to return to their home states unless further ordered by a court to do so.

form name: **c7_Order_BTC**   (form ID: **178**)