No. 25-2798

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

STATE OF ILLINOIS, et al.,

*Plaintiffs-Appellees*,

*v.*

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

*Defendants-Appellants.*

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF APPELLEES' RESPONSE TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

---

JENNY MA
JONATHAN MILLER
JEAN LARSEN
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Proposed *amici curiae* certify that they are governmental entities and officials for whom no corporate disclosure is required pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1. No private law firm took any part in the preparation of this brief. Public Rights Project, which represents proposed *amici curiae*, is a nonprofit organization.

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed *amici* local government and local government officials respectfully request leave to file the attached proposed *amici curiae* brief in support of Appellees' response to Appellants' emergency motion for stay pending appeal. *See* Dkt. No. 6 (appellants' emergency motion for stay pending appeal); *see also* Dkt. No. 7 (appellees' response to emergency motion for stay).

This proposed friend of the court brief presents material that is "relevant to the disposition" of appellants' emergency stay motion and that is "desirable" for this Court to consider. *See* Fed. R. App. P. 29(a)(3)(B). *Amici curiae* are 103 local governments and officials from across the nation. Representing millions of Americans, these

municipalities differ in size, demographics, and policy priorities, but share an interest in protecting themselves from constitutional harms and upholding the right of their residents to peacefully protest. Some *amici* have members of the National Guard deployed in or around their communities right now, and others are being threatened by Appellants about potential future deployments.

As explained in the proposed brief, the unlawful deployment of the National Guard threatens the economic and social vibrancy of localities across the nation. *Amici*'s perspective "will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not found in the briefs of the parties." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020).

*Amici* are gravely concerned that any protest within their borders could result in the unnecessary and disruptive deployment of military force. The deployment of the National Guard with no legal basis also risks an escalation of violence and property damage. Those risks are particularly acute where, as here, military troops are deployed on city streets absent state and local request, consent, or coordination. This

perspective is relevant to the Court's consideration of the requested stay.

*Amici* have received consent from all of the parties to this case.

For the foregoing reasons, proposed *amici curiae* respectfully request that this Court grant leave for them to submit the concurrently-filed brief.

Dated: October 12, 2025                     Respectfully submitted,

                                            */s/ Jonathan B. Miller*

                                            JENNY MA
                                            JONATHAN MILLER
                                            JEAN LARSEN
                                            PUBLIC RIGHTS PROJECT
                                            490 43rd Street, #115
                                            Oakland, CA 94609
                                            Telephone: (510) 738-6788

                                            *Attorneys for Amici Curiae*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

I hereby certify that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word, in 12-point Century Schoolbook font, and complies with Federal Rule of Appellate Procedure 27(d)(2)(A) in that the motion contains 406 words.

By: */s/ Jonathan B. Miller*
Jonathan B. Miller

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 12, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the other participants in this appeal are CM/ECF users, and thus will be served via the CM/ECF system.

By: */s/ Jonathan B. Miller*
Jonathan B. Miller
