**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 25-2798

Short Caption: State of Illinois, et al. v. Donald J. Trump, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Local Governments and Local Government Leaders -- see attached appendix with full list

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Public Rights Project

(3) If the party, amicus or intervenor is a corporation:

    i) Identify all its parent corporations, if any; and
    None

    ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
    None

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Jonathan B. Miller     Date: 10/12/25

Attorney's Printed Name: Jonathan B. Miller

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes ✔   No ☐

Address: 490 43rd Street, #115
Oakland, CA 94609

Phone Number: 510-738-6788     Fax Number:

E-Mail Address: jon@publicrightsproject.org

rev. 12/19 AK

# Rule 26.1 Disclosure – List of *Amici Curiae* Local Governments

City of Alameda, California

City of Albuquerque, New Mexico

City of Alexandria, Virginia

Allegheny County, Pennsylvania

City of Anaheim, California

City of Ann Arbor, Michigan

City of Baltimore, Maryland

City of Boston, Massachusetts

City of Burlington, Vermont

City of Cambridge, Massachusetts

Dane County, Wisconsin

City and County of Denver, Colorado

City of Evanston, Illinois

King County, Washington

City of Long Beach, California

City of Los Angeles, California

Los Angeles County, California

City of Madison, Wisconsin

City of Minneapolis, Minnesota

Montgomery County, Maryland

Multnomah County, Oregon

City of Newark, New Jersey

City of New Haven, Connecticut

City of New York, New York

City of Oakland, California

Pima County, Arizona

City of Pittsburgh, Pennsylvania

City of Portland, Oregon

City of Rochester, New York

City of Sacramento, California

City of St. Paul, Minnesota

City of San Diego, California

City of San José, California

County of Santa Clara, California

San Mateo County, California

City of Santa Monica, California

City and County of San Francisco, California

Sonoma County, California

City of West Hollywood, California

**Local Government Leaders**

Luis Alejo
*Supervisor, County of Monterey, California*

Valarie Bachelor
*School Board Director, City of Oakland, California*

Jorge Baron
*Councilmember, King County, Washington*

Ravinder Bhalla
*Mayor, City of Hoboken, New Jersey*

Andy Brown
*Judge, Travis County, Texas*

Jesse Brown
*Councilmember, City of Indianapolis, Indiana*

Xouhoa Bowen
*Vice Mayor, City of San Leandro, California*

Chelsea Byers
*Mayor, City of West Hollywood, California*

Barb Byrum
*Clerk, Ingham County, Michigan*

Chris Canales
*Councilmember, City of El Paso, Texas*

Michael Chameides
*Supervisor, County of Columbia, New York*

John Clark
*Mayor, Town of Ridgway, Colorado*

Laura Conover
*County Attorney, County of Pima, Arizona*

Christine Corrado
*Councilmember, Township of Brighton, New York*

Olgy Diaz
*Councilmember, City of Tacoma, Washington*

Roger Dickinson
*Councilmember, City of Sacramento, California*

Michael Dougherty
*20th Judicial District Attorney, Boulder, Colorado*

Justin Douglas
*Commissioner, Dauphin County, Pennsylvania*

Diane Ellis-Marseglia
*Commissioner, Bucks County, Pennsylvania*

Marilyn Ezzy Ashcraft
*Mayor, City of Alameda, California*

Ramin Fatehi
*Commonwealth's Attorney, City of Norfolk, Virginia*

Bryan "Bubba" Fish
*Councilmember, City of Culver City, California*

Vanessa Fuentes
*Mayor Pro Tem, City of Austin, Texas*

Brenda Gadd
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Adrian Garcia
*Commissioner, County of Harris, Texas*

Heidi Garrido
*Councilmember, City of Hopkins, Minnesota*

Delia Garza
*County Counsel, Travis County, Texas*

José Garza
*District Attorney, Travis County, Texas*

Megan Green
*President of Board of Alderman, St. Louis County, Missouri*

Jonathan Guzmán
*School Committee Vice-Chair, City of Lawrence, Massachusetts*

Beau Harbin
*Legislator, County of Cortland, New York*

Robert J. Harvie
*Commissioner, Bucks County, Pennsylvania*

Jani Hitchen
*Councilmember, County of Pierce County, Washington*

Stephanie Howse-Jones
*Councilmember, City of Cleveland, Ohio*

Susan Hughes-Smith
*Legislator, County of Monroe, New York*

Christopher Jaramillo
*Norristown Area School District Board President,
County of Montgomery, Pennsylvania*

Lisa Kaplan
*Councilmember, City of Sacramento, California*

Lisa Lawitzke
*Clerk, Township of Bellevue, Michigan*

Jessie Lopez
*Councilmember, City of Santa Ana, California*

Kim Lund
*Mayor, City of Bellingham, Washington*

Christian Menefee
*County Attorney, Harris County, Texas*

William Moehle
*Supervisor, Town of Brighton, New York*

Steve Mulroy
*District Attorney, County of Shelby, Tennessee*

Arnetta Murray
*Councilmember, City of Iowa Colony, Texas*

Linda Mussmann
*Supervisor, City of Hudson, New York*

Jonathan Nieuwsma
*Councilmember, City of Evanston, Illinois*

Isabel Piedmont-Smith
*Councilmember, City of Bloomington, Illinois*

Veronica Pillar
*Legislator, Tompkins County, New York*

Jacqueline "Jack" Porter
*Commissioner, City of Tallahassee, Florida*

Delishia Porterfield
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Satya Rhodes-Conway
*Mayor, City of Madison, Wisconsin*

Ryan Richardson
*City Attorney, City of Oakland, California*

7

Amanda Rodriguez
*Councilmember, City of San Marcos, Texas*

Rossana Rodríguez Sánchez
*Alderperson, City of Chicago, Illinois*

Miguel Sanchez
*Councilmember, City of Providence, Rhode Island*

Dawn Marie Sass
*Clerk/Deputy Treasurer, City of Exeter, Wisconsin*

Eli Savit
*Prosecuting Attorney, Washtenaw County, Michigan*

Seema Singh
*Councilmember, City of Knoxville, Tennessee*

David Stout
*Commissioner, City of El Paso, Texas*

Lena Tam
*Supervisor, County of Alameda, California*

Terry Vo
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Braxton White
*Commissioner, County of Clarion, Pennsylvania*

Robin Wilt
*Councilmember, Township of Brighton, New York*