**No. 25-2798**

# In the United States Court of Appeals for the Seventh Circuit

---

STATE OF ILLINOIS and CITY OF CHICAGO,
PLAINTIFFS-APPELLEES,

*v.*

DONALD J. TRUMP, *et al.*,
DEFENDANTS-APPELLANTS.

---

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

---

**MOTION OF AMERICA FIRST LEGAL FOUNDATION FOR LEAVE TO SUBMIT BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO STAY**

---

GENE HAMILTON
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

R. TRENT MCCOTTER
NICHOLAS A. CORDOVA
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.706.5488
tmccotter@boydengray.com

Counsel for *Amicus Curiae*

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amicus Curiae* states that it has no parent companies, and no publicly-held company has a 10% or greater ownership interest in it.

**MOTION**

*Amicus Curiae* America First Legal Foundation moves for leave to file an *amicus* brief in support of Defendants-Appellants' emergency motion for a stay. In support of this motion, *Amicus* states:

*Amicus* is a nonprofit organization dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution and federal statutes. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that the President is not unlawfully prevented from exercising statutory authority to carry out federal law.

As the attached brief explains, this Court should stay the district court's temporary restraining order because (1) Plaintiffs' claims are nonjusticiable; (2) even if they were justiciable, a federal statute, 10 U.S.C. § 12406, expressly authorizes the Presidential action that

Plaintiffs seek to restrain and enjoin; and (3) the balance of harms and public interest disfavor a preliminary injunction.

*Amicus*'s contributions should be especially valuable to the Court given the short amount of time parties have had to brief the issues. Counsel of record for *Amicus* also is the Director of the Separation of Powers Clinic at The Catholic University of America. Further, the district court granted *Amicus*'s motion for leave to file a brief in the proceedings below.

The Court should grant this motion for leave to file. Plaintiffs take no position on this relief. At the time of filing, *Amicus* has not yet heard back from Defendants' counsel.

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
NICHOLAS A. CORDOVA
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.706.5488
tmccotter@boydengray.com

GENE HAMILTON
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

Counsel for *Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this brief was prepared in 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. Fed. R. App. P. 29(a), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d) because it contains 205 words, excluding the parts exempted under Rule 32(f), and is two pages.

/s/ R. Trent McCotter

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF filing system and that service will be accomplished using that system.

/s/ R. Trent McCotter