No. 25-2798

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

STATE OF ILLINOIS, *ET AL.*,
    *Plaintiffs-Appellees*,

*v.*

DONALD J. TRUMP, *ET AL.*,
    *Defendants-Appellants*.

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS*
*DISTRICT COURT NO. 1:25-CV-12174*

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL SECURITY LEADERS FOR AMERICA IN SUPPORT OF ILLINOIS APPELLEES

SAURISH APPLEBY-BHATTACHARJEE
GEOFFREY PIPOLY
Bryan Cave Leighton Paisner LLP
161 North Clark Street, # 4300
Chicago, Illinois 60601
saurish@bclplaw.com
Tel. (312) 602-5004

JEAN-CLAUDE ANDRE
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

DANIEL C. SCHWARTZ
CHARLES TOMPKINS
Bryan Cave Leighton Paisner LLP
1155 F St NW
Washington, DC 20004

Attorneys for NATIONAL SECURITY LEADERS FOR AMERICA

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

Proposed *amicus curiae* National Security Leaders for America ("NSL4A") respectfully requests leave to file the attached amicus curiae brief in support of Appellees' response to Appellants' emergency motion for stay pending appeal. *See* Dkt. No. 6 (Appellants' emergency motion for stay pending appeal); *see also* Dkt. No. 7 (Appellees' response to emergency motion for stay).

This proposed amicus brief presents material that is "relevant to the disposition" of the parties' arguments and "desirable" for this Court to consider. *See* Fed. R. App. P. 29(a)(3)(B). NSL4A is a volunteer organization with over 1,300 bipartisan members, including retired generals, admirals, and other command service officers. NSL4A's mission is to preserve democratic norms, protect constitutional freedoms, and ensure that both civilian and military service remain non-politicized and operating in the best interest of American democracy and nonpartisanship.

NSL4A's members include former National Guard command position-holders around the country. This experience affords NSL4A particular expertise to assist the Court to understand the laws and

regulations controlling the very limited circumstances under which the President may federalize National Guard units away from their state governors and deploy those units for federal use. NLL4A's experience also affords NSL4A tremendous insight into the practical effects of federalization and deployment of the Guard without the consent of the Governor with responsibility for determinations regarding Guard deployment.

NSL4A's perspective "will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not found in the briefs of the parties." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020). Proposed *amicus curiae* has received consent to this filing from Plaintiff-Appellee State of Illinois. As of this filing, Plaintiff-Appellee City of Chicago and Defendants-Appellants have not provided their positions regarding proposed *amicus curiae*'s request for leave.

## CONCLUSION

For the foregoing reasons, proposed *amicus curiae* NSL4A respectfully request that this Court grant leave for them to submit the concurrently filed brief.

DATED: October 14, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Saurish Appleby-Bhattacharjee*

SAURISH APPLEBY-BHATTACHARJEE
Attorney for NATIONAL SECURITY LEADERS FOR AMERICA