In the **United States Court of Appeals**

for the Seventh Circuit

Chicago Division

on appeal for "Error of law", for improper or incomplete "Redress", for various Constitutional Violations
(Story, Eq. Jur.; Bouv., Inst.; Elrod v. Burns; *alia*)

from United States District Court,

District of Illinois, Chicago Division,

U.S.C.A. — 7th Circuit
R E C E I V E D

OCT 15 2025   2

**In re:** State of Illinois, CITY OF CHICAGO,

**Plaintiffs**,

v.

No. 1:25-cv-012174; *e.g.*;

Donald Trump,

in his official capacity as President of the United States;

Pete Hegseth,

in his official capacity as Secretary of Defense;

Kristi Noem,

in her official capacity as Secretary of Homeland Security;

Others;

**Defendants**;

**Judicial Notice** *Qui Tam in Extremis*;

**Lodgment** *Qui Tam in Extremis*;

**Related:**

State of Oregon, CITY OF PORTLAND, et al.  v. Donald Trump, et al., No.: 3:25-cv-01756; *e.g.*;

Gavin Newsom, et al. v. Donald J. Trump, et al., No.: 25-cv-04870-CRB; *e.g.*;

Noem, et al. v. Perdomo, et al., No.: 2:25-cv-5605; *e.g.*;

Trump v. United States, No.: 23-939; *e.g.*;

Trezevant v. TAMPA;

# Table of Contents

Salutation — 3

Introduction — 5

A) Trump Subversions of "the Constitution" — 8

    "no municipal jurisdiction" outside "the District" of Columbia ("ten Miles square") — 8

    Powers of Congress, Const., Art. I — 9

    no "immunity" for Public Officers and Agents, Const., Art. I — 9

    Congress has taxing Authority **not** Executives: Const., Art. I §8 cl. 1, 17 — 9

    Congress has "legislation" Authority **not** Executives: Const., Art. I §8 cl. 17 — 9

    unconstitutional use of "fictions", "Duty of the courts" (Boyd v. U.S.) — 10

    "No body can question the government!" (Kutnick, Anastasiasdis, Abbott, *e.g.*) — 10

    "Republican Form of Gov't.", Const., Art. IV, "Posse Comitatus" irrelevant — 11

    "legislative acts not law of the land" (Calder v. Bull) — 11

    "Oath" violations, "Redress" deprived — 12

    Gov't. "oppressions" (Chisholm v. Ga.; So. Carolina v. U.S.) — 13

    "HUMAN CAPITAL", "U.S. Constitution", "U.S. citizen", **un**constitutional "fictions" — 14

    "Stealthy encroachments" (Boyd v. U.S.; Legal Tender Cases; Doud; Story, Eq.Jur.) — 14

    "State" Officers violate Constitution and "Oath" thereto, Const., Art. VI — 15

    "Due process of law" "guaranteed" to "Immigrants", "Aliens": Yick Wo v. Hopkins; U.S. v. Hall; Slaughter House Cases; So. Carolina v. U.S. — 21

B) "true intent and meaning" of "14th Art. of Amend. 1", 39th Congress, Slaughter House Cases — 24

    "sovereignty as a Nation" lost (Pirro), — 25

        "most closely resemble what we see in the UK, in Norway, in Finland, in Sweden". — 26

    "Systemic" Violations of "contemporaneous exposition", "*res judicata*", "*stare decisis*" — 26

    "Private enterprise" "supplanted" by multi-national conglomerate corporations — 31

    "Oppressions", "license", "fees" violating "Life, Liberty, and Property", "Rights", Hale v. Henkel — 34

C) Constitution founded upon "Natural Law and "Law of Agency" (Chisholm v. Ga., Story, Agency) — 46

        "Law should be studied and taught as a historical science." J. Wilson

    "Lobbyist" "unconstitutional", "polluting appliances" (Marshall v. Balto. & O RR) — 50

    "Information" "supplanting" "Indictment" for "manufactured crimes" (Story, Comm.; Chambers v. Fla.) — 52

    "Delegation of power", "Law of Agency" (Chisholm v. Ga.; Story, Agency) — 53

    Rights guaranteed by the Constitution denied are not "frivolous" (Patterson v. Colorado; Elrod v. Burns; Marshall, *ante*) — 56

Select Fundamental Definitions being Subverted — 58

Sources — 65

"Systemic" "abuses and usurpations" ("The unanimous Declaration ... ", 1776), "Dereliction of Duty" — 66

Affirmation — 70

"Our problems are man-made — " JFK, June 1963;

**Comes now,** Vincent Dale Ross, Petitioner *Qui Tam in extremis*, "Native American" "Citizen of the United States", "Veteran", direct Descendant of those Whom fought for Independence from England, "pursuant to" "Constitution of the United States", "Bill of Rights", "Fourteenth Article of Amendment, §1"; and to "Law of the Land" (Journal of Congress vol. I, 28-30, 69; Pawlet v. Clark; Nelson v. Carland; Hayburn's Case; Chisholm v. Ga.; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Wynehamer v. People; Ex p. Milligan; Cummings v. Mo.; Ex p. Wall; Hepburn v. Griswold; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency; Tucker, Comm.; Wharton, Cr.L.; cites herewith; *e.g.*) by <u>P</u>rerogative, *in forma pauperis*, regarding *imperative* "Law", *imperative* "Rules for Judicial Decisions and Restraints", ss., "contemporaneous exposition" (Cohens v. Va.) *res judicata*, *stare decisis*, "flagitiously" (Tucker, Comm.; Rawle, Const., *e.g.*) evaded or "suppressed" or "subverted" or "perverted" (Jefferson, *post*) or wrongly "Represented" by "those intrusted with power" (Jefferson, *post*), by "Litigants", by "Public Officers" or "Agents" (Chisholm v. Ga.), or by "the courts", "from the highest to the lowest," (U.S. v.Lee; South v. Md.; U.S. v. Worrall; U.S. v. Hudson; Wheaton v. Peters; Howard v. U.S.; cites herewith; "Notes Annex") which "unquestionably constitutes irreparable injury" (Elrod v. Burns) to Petitioner *Qui Tam in extremis*, *ipse*, to "Citizens of the United States" generally, for "the Court" to *imperatively* **Take Judicial Notice** of **all** herewith for instituting: <u>substantive</u> Justice, <u>substantive</u> "enforcements" of "the Constitution", <u>substantive</u> "enforcements" of "the law of the land", <u>substantive</u> "redress of grievances" (1st Article of Amendment; 14th Article of Amendment; Chisholm v. Ga.; Hayburn's Case; U.S. v. Hall; Slaughter House Cases; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.; Trezevant v. TAMPA; "Notes Annex"; cites herewith), to wit:

- "Judicial notice is a form of evidence." Mann v Mann; Greenleaf, Evid.; Bouv.: L.Dict, Inst.; Kent, Comm.; *e.g.*;
- "our governors are the agents of the people." Chisholm v. Ga.; Story, Agency; Kent, Comm.; *e.g.*;
- "Faith must be observed. An agent must not violate the confidence reposed in him." Story, Agency; cites herein;
- "Whatever things or rights that are acquired by an agent are acquired for his principal." Story, Agency; *e.g.*;
- "An agent, as such, does not have title to the principal's property, although he may be intrusted with possession, and although he may have power to pass title." Rogers v. U.S. Rubber Co.; Story, Agency; "Notes Annex"; *e.g.*;
- "To the Constitution, the term sovereign is totally unknown." Chisholm v. Ga.; Story, Agency; cites herewith;
- "Error of law injures. A mistake of the law has an involving effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.; Nelson v. Carland; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congress, 1st sess. at 2765, *et seq.*; Congressional Globe, 42nd Congress, 1st sess. at 374, 394, 429; Wharton, Cr.L.; cites herewith;
- "The theory of necessity on which it is based is false." Ex p. Milligan; cites herewith; *e.g.*; "Notes Annex";
- "in questions of power then, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution." Jefferson, Kentucky Resolves (1798); Van Horne's v. Dorrance; Cohens v. Va.; *e.g.*;
- "Gross negligence is equivalent to fraud." Black, 2nd; Bouv., Inst.; McCracken v. Hare; Bigelow, Fraud;
- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouvier, Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency; cites herewith;
- " The violation of fundamental rights by the government is undoubtedly an injury. Indeed, it is the kind of injury that [the] Court has recognized warrants extraordinary relief. The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns; U.S. v. Lee; U.S v. Hall;
- "It is not pretended, as the case now stands, that the President had any lawful authority to do this, or that the legislative body could give him any such authority except upon payment of just compensation. The defence stands here solely upon the absolute immunity from judicial inquiry of every one who asserts authority from the executive branch of the government, however clear it may be made that the executive possessed no such power. Not only no such power is given, but it is absolutely prohibited, both to the executive and the legislative, to deprive any one of life, liberty, or property without due process of law, or to take private property without just

compensation. These provisions for the security of the rights of the citizen stand in the Constitution in the same connection and upon the same ground, as they regard his liberty and his property. It cannot be denied that both were intended to be enforced by the judiciary as one of the departments of the government established by that Constitution." U.S. v. Lee; Calder v. Bull; Orient Ins. v. Daggs; So. Carolina v. U.S.; cites herewith;

- "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives. Courts of justice are established, not only to decide upon the controverted rights of the citizens as against each other, but also upon rights in controversy between them and the government; and the docket of this court is crowded with con--troversies of the latter class. Shall it be said, in the face of all this, and of the acknowledged right of the judiciary to decide in proper cases, statutes which have been passed by both 'branches of Congress and approved by the President to be unconstitutional, that the courts cannot give a remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without lawful authority, without process of law, and without compensation, because the President has ordered it and his officers are in possession ? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights." U.S. v. Lee; Calder v. Bull; Orient Ins. v. Daggs; S. Carolina v. U.S.; **Still not "_manifest_"!!!**
- "The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines, of the constitution. We cannot pass it by because it is doubtful. With whatever doubts; with whatever difficulties a case maybe attended, we must decide it, if it be brought before, us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. ... , we find this tribunal invested with appellate jurisdiction _in all_ cases _arising_ under the constitution and laws of the United States. We find no exception to this grant, and we cannot insert one." Cohens v. Va.; Chisholm v. Ga.; Calder v. Bull; Nelson v. Carland; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Tucker, Comm.; Kent, Comm.; Story, Agency; Bigelow, Fraud; Mechem, Public Office; Norton, Undermining the Const.; Norton, Losing Liberty Judicially; cites herewith; **Still not "_manifest_"!!!**
- "Our duty is to execute the law, not to make it. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39[th] Congr. at 2765; **Still not "_manifest_"!!!** "our current problems" (Reagan);
- "honored, by this Court, only with lip service." Gideon v. Wainwright; Cohens v. Va.; Slaughter House Cases;
- "Surplusage does not usually vitiate writings." "Surplusage does no harm." Bouv, Inst.; Broom, Max; Jenk. Cent;
- "It is an undisputed principle of the common law, that for a breach of a public duty, an officer is punishable by indictment; but, where he acts ministerially, and is bound to render certain services to individuals, for a compensation in fees or salary, he is liable for acts of misfeasance or non-feasance to the party who is injured by them", South v. Md.; Marshall v. Balto. & O RR; Ex p. Va.; Hepburn v. Griswold; U.S. v. Lee; Ex p. Wall; Journal of Congr. (_ante_); Tucker, Comm.; Hilliard, Torts; Story, Agency; Bigelow, Fraud; Wharton, Cr. L.; **Still not "_manifest_"!!!** "our current problems" (Reagan);

**Where** are "courts" today whose "only loyalty,..., consists in obedience to the Constitution"? Legal Tender Cases;

## History Repeats:

**Whereby,**

Redundancies herewith are unavoidably caused by "History Repeating" — insidiously, increasingly, perfidiously, injuriously:

"Litigants", various Others <u>too</u> <u>numerous</u> to list severally herewith, Who are "duty" "bound" by "Solemn" "Oath" (Const., Art. VI) for their "obedience to the Constitution" (Legal Tender Cases; Ex p Wall; Hepburn v. Griswold; Marshall v. Balto. & O RR; "Lobbyist", *post*) and to "know the law" (cites herewith), deliberately, insidiously, make *false* or **mis**-leading or *in*complete or <u>circuitous</u> "Representations" of "the true intent and meaning of the" (Cohens v. Va.; cites herewith) "Constitution and" of "the law of the land" (U.S. v. Lee; Nelson v. Carland; Tucker, Comm; Story, Agency; cites herewith) and of "due process of law guaranted by the Constitution and by the law of the land" (U.S. v. Lee; Cohens v. Va.; Calder v. Bull; Nelson v. Carland; Briggs v. Greene; Murray's v. Hoboken; South v. Md.; Ex p Milligan; Cummings v. Mo.; Congressional Globe, 39th Congress, 1st sess. at 2765, *et seq*.; U.S. v. Hall; Slaughter House Cases; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.), to wit:

"**class-action suit**" is <u>utterly</u> <u>**un**</u>known to "the Constitution and" to "the law of the land" and to "due process of law guaranted by the Constitution and by the law of the land" (U.S. v. Lee; Chisholm v. Ga.; Cohens v. Va.; Wynehamer v. The People; Hoke v. Henderson; Van Zant v. Waddell; Nelson v. Carland; Greene v. Briggs; Murray's v. Hoboken; Cummings v. Mo.; Ex p Milligan; Boyd v. U.S.; So. Carolina v. U.S.; Story, Agency; Journal of Congress, vol. I, pp. 28-30, 69; cites herewith); ss., "***Fraud***"; Bigelow, Fraud; cites herewith;

**N**o legislators, <u>no</u> executives, <u>no</u> judges, <u>no</u> courts, <u>no</u> 'police', have "lawful", ss., "constitutional" Authority to "alter" or "amend" or "pervert" (Jefferson, 1781) or "over-rule" or "supplant" (R. Pound, Future) *e.g.*, "the true intent and meaning of the" (Cohens v. Va.; cites herewith) "Constitution" or of " the law of the land" or of "due process of law guaranted by the Constitution and by the law of the land", see: U.S. v. Lee; Cummings v. Mo.; Boyd v. U.S.; So. Carolina v. U.S.; Nelson v. Carland; Chisholm v. Ga.; Journal of Congress, vol. I, pp. 28-30, 69; cites herewith;

- "When those entrusted with enforcing the terms of a guarantee[sic] do not consider themselves bound by the guarantee[sic] there really is no guarantee[sic] at all." Napolitano: It Is Dangerous To Be Right When The Government Is Wrong, "Intro."; Constitution In Exile; Jefferson, 1781 (*post*); Merritt v. Welsh; cites herewith;
  "our current problems" (Reagan, 1985);

- " The violation of fundamental rights by the government is undoubtedly an injury. Indeed, it is the kind of injury that [the] Court has recognized warrants extraordinary relief. The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns; U.S. v. Lee; U.S v. Hall;
  Still <u>not</u> "***manifest***"!!! "our current problems" (Reagan, 1985);

- It is not lawful to do evil that good may come of it." Ex p Curtis; Ex P Milligan; Coke, Rep.; Bouvier, L.Dict.;
  Still <u>not</u> "***manifest***"!!! "our current problems" (Reagan, 1985);

- "The theory of necessity on which it is based is false." Ex p Milligan; ex p Curtis; "Notes Annex"; cites herewith;
  Still <u>not</u> "***manifest***"!!! "our current problems" (Reagan, 1985);

- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; So. Carolina v. U.S.; Cohens v. Va.; South v. Md.; U.S. v. Lee; U.S. v. Throckmorton; "Solemn" "Oath of Office"; Const., art.: II, III, IV, VI; Marshall v. Balto. & O RR; Ex p Wall; Hepburn v. Griswold; Bigelow, Fraud; cites herewith;
  Still <u>not</u> "***manifest***"!!! "our current problems" (Reagan, 1985);

- "The power of Parliament is absolute and transcendant[sic]; it is omnipotent in the scale of political existence. Besides, in England there is no written constitution, no fundamental law, nothing visible, nothing real, nothing certain, by which a statute can be tested. In America the case is widely different: Every State in the Union has its constitution reduced to written exactitude and precision. What is a Constitution? It is the form of government, delineated by the mighty hand of the people, in which certain first principles of fundamental laws are established. The Constitution is certain and fixed; it contains the permanent will of the people, and is the supreme law of the land; it is paramount to the power of the Legislature, and can be revoked or altered only by the authority that made it. The life-giving principle and the death-doing stroke must proceed from the same hand. What are Legislatures? Creatures of the Constitution; they owe their existence to the Constitution: they

derive their powers from the Constitution: It is their commission; and, therefore, all their acts must be conformable to it, or else they will be void. The Constitution is the work or will of the People themselves, in their original, sovereign, and unlimited capacity. Law is the work or will of the Legislature in their derivative and subordinate capacity. The one is the work of the Creator, and the other of the Creature. The Constitution fixes limits to the exercise of legislative authority, and prescribes the orbit within which it must move. In short, gentlemen, the Constitution is the sun of the political system, around which all Legislative, Executive and Judicial bodies must revolve. Whatever may be the case in other countries, yet in this there can be no doubt, that every act of the Legislature, repugnant to the Constitution, is absolutely void. ... The Constitution of a State is stable and permanent, not to be worked upon by the temper of the times, nor to rise and fall with the tide of events: notwithstanding the competition of opposing interests, and the violence of contending parties, it remains firm and immoveable, as a mountain amidst the strife of storms, or a rock in the ocean amidst the raging of the waves. I take it to be a clear position; that if a legislative act oppugns a constitutional principle, the former must give way, and be rejected on the score of repugnance. I hold it to be a position equally clear and sound, that, in such case, it will be the duty of the Court to adhere to the Constitution, and to declare the act null and void. The Constitution is the basis of legislative authority; it lies at the foundation of all law, and is a rule and commission by which both Legislators and Judges are to proceed. It is an important principle, which, in the discussion of questions of the present kind, ought never to be lost sight of, that the Judiciary in this country is not a subordinate, but co-ordinate, branch of the government. ..." Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; South v. Md.; Nelson v. Carland; Greene v. Briggs; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; U.S. v. Hall; Slaughter House Cases; Ex p Va.; U.S. v. Lee; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.;

Still <u>not</u> "<u><em>manifest</em></u>"!!!  "our current problems" (Reagan, 1985);

Furthermore, "U.S. courts" are "Article I" "inferior tribunals" (Ballentine, L. Dict.) "of limited jurisdiction" without "lawful", ss., "constitutional", Authority beyond "District of Columbia" or "U.S. Territories", ss., **_not_** within any or every of "the several States of the Union" (Bounds v. Smith; Ex p Milligan; Cummings v. Mo.; Chambers v. Fla.; Williams v. U.S.; cites herewith) — more deceit, Frauds, by "those intrusted with power" (Jefferson, 1781);

- " The violation of fundamental rights by the government is undoubtedly an injury. Indeed, it is the kind of injury that [the] Court has recognized warrants extraordinary relief. The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns; U.S. v. Lee; U.S v. Hall;

- "The natives, or natural-born citizens, are those born in the country, of parents who are citizens. As society cannot perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their parents, and succeed to all their rights.' Again: 'I say, to be of the country, it is necessary to be born of a person who is a citizen; for if he be born there of a foreigner, it will be only the place of his birth, and not his country. The inhabitants, as distinguished from citizens, are foreigners who are permitted to settle and stay in the country.' (Vattel, Book I, chap. 19, p. 101.)" Scott v. Sandford; U.S. v. Hall; Slaughter House Cases; Calder v. Bull; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex" (*post*);

Still <u>not</u> "<u><em>manifest</em></u>"!!!  "our current problems" (Reagan, 1985);

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud;

Still <u>not</u> "<u><em>manifest</em></u>"!!!  "our current problems" (Reagan, 1985);

- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; So. Carolina v. U.S.; Cohens v. Va.; South v. Md.; U.S. v. Lee; U.S. v. Throckmorton; "Solemn" "Oath of Office"; Const., art.: II, III, IV, VI; Marshall v. Balto. & O RR; Ex p Wall; Hepburn v. Griswold; Bigelow, Fraud; cites herewith;

Still <u>not</u> "<u><em>manifest</em></u>"!!!  "our current problems" (Reagan, 1985); ss.,

**_All_** herein from irrefutable sources **Prove** "a long train of abuses and usurpations", "Dereliction of Duty", to wit:

"America's Founders" deliberately specified three separate and "co-ordinate" "branches of Government" *__each__* assigned **certain** "Duties" with **certain** "limits" imposed by "due process of law" and by "the law of the land" (Chisholm v. Ga.; Hayburn's Case; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; N.J. Steam v. Merch.; Nelson v. Carland; Greene v. Briggs; Murray's v. Hoboken; Ex p Milligan; Story, Agency; Tucker, Comm.; Kent, Comm.; cites herein), whereby, the "true intent and meaning of" the "Duty" of "the courts", to wit:

- "Our duty is to execute the law, not to make it. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765;

**Still __not__ *"__manifest__"*!!!** "our current problems" (Reagan);

- "The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines, of the constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties a case maybe attended, we must decide it, if it be brought before, us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. ... , we find this tribunal invested with appellate jurisdiction *in all* cases *arising* under the constitution and laws of the United States. We find no exception to this grant, and we cannot insert one." Cohens v. Va.; Chisholm v. Ga.; Calder v. Bull; Nelson v. Carland; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Tucker, Comm.; Kent, Comm.; Story, Agency; Bigelow, Fraud; Mechem, Public Office; Norton, Undermining the Const.; Norton, Losing Liberty Judicially; cites herewith;

**Still __not__ *"manifest"*!!!**

John Roberts, upon His dubious ascension to professed 'chief justice', promptly **_terminated_** the "degree" of "Counsellor-at- Law", which "unquestionably constitutes": "Fraud", "Perfidy", "Disdain", "deprivations" of "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; others); "monopoly" (Slaughter House Cases; others); "treason to the constitution." (Cohens v. Va.) Also, Kent, Comm., vol. I; *e.g.*:

> **Notice**, "the Constitution" makes **no** mention of "attorney"! "Bill of Rights", "Law of the Land", "guaranty" "assistance of Counsel", ss., "Counsellor-at-Law" — Judge Bouvier declares, thus:
>
> - "He differs from an attorney at law, (*q.v.*) In the supreme court of the United States the two degrees of attorney and counsel are kept separate, and no person is permitted to practice both." Hayburn's Case;

**Whereby**, **No One** has been "convicted" "pursuant to" "due process of law guaranteed by the Constitution and the law of the land" and by "Solemn" "Oath":, Const., Art. VI, Bill of Rights, 14th Art. of Amend.; U.S. v. Lee; Cummings v. Mo.; Ex p Milligan; Murray's v. Hoboken; Cohens v. Va.; Orient v. Daggs; So. Carolina v. U.S.;

- "Agreed to found our rights on the laws of Nature, the principles of the English Constitution, and charters and compacts; ordered a Sub-committee to draw up a Statement of Rights." J. Adams, Works; Also see, Jefferson, "Summary View of the Rights of British America"; Pawlet v. Clark; Nelson v. Carland; Ex p Milligan; Cummings v. Mo.; So. Carolina v. U.S.; Rutherforth, Inst.; Paine, Rights of Man; cites herewith;
- "the Laws of Nature and of Nature's God", "The unanimous Declaration of the thirteen united States of America", 1776; Rutherforth, Institutes of Natural Law; Paine, Rights of Man;

"Flagitiously", as demonstrated by recent "Behavior" of and "writings" by "the courts" (Williams v. U.S.; Chambers v. Fla.; ), 'judges', like 'executives' and 'legislators', <u>increasingly</u> exhibit **no** "restraints" or "constraints" upon their "delegated" (Chisholm v. Ga.; Story, Agency) "Authority" or "conduct" or "Public Office" (Mechem, Public Office; Cohens v. Va.; Chisholm v. Ga.; Story, Agency; cites herein) other than their-own "arbitrary" whims, "discretion", "convenience", "political" "expediencies", whereby, "the Constitution" and "the law of the land" (U.S, v. Lee) and "Solemn" "Oath" are "honored," "only with lip service" (Gideon v. Wainwright) <u>inflicting</u> "a long train of abuses and usurpations" ("unanimous Declaration", 1776) which have "manifest" "our current problems" (Reagan), to wit:

- "Much of the good of it ["Congress"] is gone. ... They don't keep their word. You always keep your word. ... The courts, for example the supreme court[sic], is seen as being political. The courts aren't supposed to be political." P. Leahy (D-Vt.), PBS News Hour, Nov. 2022; *e.g.,* "Roberts", *ante*;

**A)** Trump, Troops, <u>Increasing</u> Subversions of "Constitution", of "Due Process of Law", of "Rights", of "Redress":

**1)** "The United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in cases where it is delegated, and the court denies the faculty of the Federal [sic; See, Chipman, Princ. of Gov't.] Government to add to its powers by treaty or compact." Pollard's v. Hagan; Wynehamer v. The People; Story, Agency; Coke, Inst.; Coke, Rep.; Bouv., Inst.; "Notes Annex"; cites herewith;

> **Note:** the use of "have" not "has" referring to "The United States" being "plural" ***not*** "singular"***!!!*** By some "<u>mystical</u>" occurrence either during 1871 or during the early 20th Century (Norton, Bigelow, Mechem: "Notes Annex"; Weiner) "The United States" <u>spontaneously</u> became one-single "entity" as opposed to the "true intent and meaning" (Cohens v. Va.) of "a more perfect Union" of "the several States of the Union"***!!!*** ss., "Fraud", "Perfidy", "Malfeasances", "Misfeasances", "Non-feasances", "treason to the constitution", Cohens v. Va.; Chisholm v. Ga.; U.S. v. Hall; South v. Md.; U.S. v. Lee; S. Carolina v. U.S.; "our current problems" (Reagan, May 1985) *inflicted by* "*leaders*" of "our democracy";

- "The Constitution provides that Congress shall make laws, the President execute laws, and courts interpret[sic] laws. Youngstown Sheet & Tube Co. v. Sawyer, 343 U. S. 579 (1952). It did not provide for government by injunction in which the courts and the Executive Branch can 'make law' without regard to the action of Congress. It may be more convenient for the Executive Branch if it need only convince a judge to prohibit conduct, rather than ask the Congress to pass a law, and it may be more convenient to enforce a contempt order than to seek a criminal conviction in a jury[sic] trial. Moreover, it may be considered politically wise to get a court to share the responsibility for arresting those who the Executive Branch has probable cause to believe are violating the law. But convenience and political considerations of the moment do not justify a basic departure from the principles of our system of government." *N.Y. Times* v. U.S.; Slaughter House Cases; Nelson v. Carland; Also, Greene v Briggs; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; Ex p. Va.; South v. Md.; U.S. v. Lee; Ex p Wall; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.;

**Wherein**, are described the current tactics being executed by <u>numerous</u> "Public Officers" to <u>further</u> "pervert" (*ante*) "the Constitution", "the law of the land", "citizenship", 14th Art. of Amend. §1", Slaughter House Cases; cites herein;

**Note:** Historical references clarify that "jury trial" was a Roman procedure in which <u>certain</u> "Citizens" observed certain trials as <u>witnesses</u> to the proceedings. Whereas, "Trial by Jury" is peculiar to the ancient "English Common Law" established under the ancient "Anglo-Saxon" "Law of the Land" preserved by "Magna Carta" (1215) which the English Colonists of the 17th Century established on the North American Continent at Jamestown, Virginia, then later at Plymouth Plantation, Massachusetts (Journal of Congress, vol. I, pp. 28-30, 69; Pawlet v. Clark; Nelson v. Carland; So. Carolina v. U.S.) and which "America's Founders" fought and won Their "War for Independence" "against English tyranny" to <u>deliberately</u> "preserve" for "Posterity" (Const., "Preamble") by "the Constitution", "Bill of Rights", and <u>further</u> reënforced by "Solemn" "Oath of Office", severally (Const., Art. VI) and reënforced ***again*** by "14th Art. of Amend. §1" — all of which 'legislators', 'executives', "the courts" <u>circuitously</u> **evade** persistently;

**Furthermore**, From Const., Art. II, to wit:

> "SECTION. 1. [1]The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows ***
> [8]Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation: —
> 'I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States.' ...

SECTION. 2. [1]President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; ...

[2]He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments. The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

SECTION. 3. ... he shall receive Ambassadors and other public Ministers;

**he shall take Care that the Laws be faithfully executed**, **[emphasis** added]

and shall Commission all the officers of the United States.

SECTION. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors."

Whereas, Trump during an "one-on-one interview" at the White House with George Stephanopoulos (June 2019), of which Petitioner *Qui Tam in extremis*, *ipse*, did, in part, Witness, Trump <u>bluntly</u> declared, thus:

- "Well George, Article Two lets Me do whatever I want."

From Const., Art. I §8, to wit: "The Congress shall have Power":

- [1]To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States; ...
- [3]To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;
- [4]To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;
- [5]To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;
- [6]To provide for the Punishment of counterfeiting the Securities and current Coin of the United States; ...
- [10]To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations; ...
- [11]To declare war, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;
- [12]To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;
- [13]To provide and maintain a Navy; ...
- [17] To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, Dock-Yards, and other needful Buildings; — "

Furthermore, Art. I, §3, to wit:

"[7]Judgment in Cases of Impeachment shall not extend further than to removal from Office, and Disqualification to hold and enjoy any Office of honour[sic], Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law."

<u>Note</u>: <u>absolutely</u> <u>no</u> "immunity" or "qualified immunity" or "absolute immunity"; **Still <u>not</u> "<u>*manifest*</u>"!!!**

Also see: South v. Md.; Ex p Va.; U.S. v. Lee; So. Carolina v. U.S.; Hilliard, Torts; Wharton, Cr. Law; *per se*;

Whereby, "Congress" has no *general* "Constitutional Authority" to discretionarily or arbitrarily or spontaneously "manufacture crimes" (Chambers v. Fla.; Guardians v. Green; Hoke v. Henderson; Van Zant v. Waddell; Wynehamer v. People; Pawlet v. Clack; Nelson v. Carland; Ex p Milligan; So. Carolin v. U.S.; *e.g.*);

Whereby, "U.S. Code" has no "Constitutional Authority" to "Evade" or "Supplant" or "Expand" or "Violate" "Constitutional Principles" or "Power delegated" by "the true intent and meaning of" "the Constitution" or of "the law of the land" (Chisholm v. Ga.; Van Horne's v. Dorrance; Hayburn's Case; Calder v. Bull; Pawlet v. Clark; Cohens v. Va.; Greene v. Briggs; Murray's v/ Hoboken; Ex p Milligan; U.S. v. Hall; Ex p Va.; Slaughter House Cases; Yick Wo v. Hopkins; Orient Ins. Daggs; So. Carolina v. U.S.; Hale v. Henkel; Trop v. Dulles; Spano v. N.Y.) or of "Solemn" "Oath", severally;

Whereby, "U.S. Code", even those "clauses" that do not Violate "the Constitution" and the intrinsic "vital" "Constitutional Principles" thereof and "the Law of the Land", has no "Constitutional Authority" outside "District of Columbia" "not exceeding ten Miles square", or, outside "Places purchased by the Consent of the Legislature of the State" wherein "for the Erection of Forts, Magazines, Arsenals, Dock-Yards, and other needful Buildings;" Furthermore, a "vital" "fundamental" Axiom for applying "Ethical Principles" cautions, thus:

"Just because you can does not mean you should";

- "It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." Amer. Com. Assoc. v. Douds;

Still not "*manifest*"!!! "our current problems" (Reagan, 1985); *but*, "No body can question the government!" (Kutnick, Anastasiasdis; Abbott; Brown; Bailey; 1ˢᵗ Amend.; others);

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Notes Annex; cites herewith;

Still not "*manifest*"!!! "our current problems" (Reagan, 1985);

- "our governors are the agents of the people." Chisholm v. Ga.; Story, Agency; Hilliard, Torts; Bigelow, Fraud; Whereby, 14ᵗʰ Art. of Amend. §1, explicitly "compels" "enforcements" of the "Law of Torts" (Hilliard, Torts; Bigelow, Torts; Tucker, Comm.; Kent, Comm.; Story, Agency; Congressional Globe, 39ᵗʰ Congress at 2765; Congressional Globe, 42ⁿᵈ Congress at 374, 394, 429; Ex p Va.), ss., "any person", by "the courts", "from the highest to the lowest," (U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; Const., Art. VI);

Still not "*manifest*"!!! "our current problems" (Reagan, 1985);

Whereby, "U.S. Constitution", "U.S. Const.", "U.S. CONSTITUTION", "U.S. citizen", "U.S. CITIZEN," "UNITED STATES", "UNITED STATES OF AMERICA", "unquestionably constitutes" un-lawful uses of "fictitious entities" for the "manufacture" (Chambers v. Fla.; Hale v. Henkel; Spano v. N.Y.) of "artificial", "fictitious", "extra-constitutional", pretended "jurisdictions" for the "appearance of legitimacy" (B. Levinson, 2006) "at defiance" (U.S. v. Lee; South v. Md.; So. Carolina v. U.S.) to "Law of the Land" (Pawlet v. Clark; Nelson v. Carland; So. Carolina v. U.S.); to "solemn" "Oath of Office", severally (Const.: Art. IV, Art. VI; Chisholm v. Ga.; Story, Agency; cites herewith) :

- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Maxims; Bouvier, L.Dict.;
- "Suppression of the truth is equivalent to the expression (or suggestion) of what is false.[sic]" Addington v Allen; Paul v. Haddley; Bigelow, Fraud; Bigelow, Estoppel; Story, Agency; "Notes Annex"; cites herewith, to wit:
- "Our duty is to execute the law, not to make it. ... Nowhere, than in this court ["Supreme Court of the United States"], ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39ᵗʰ Congr. at 2765; Nelson v. Carland; Cohens v. Va.; U.S. v. Hall; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex"; *e.g.*;

"Where'd they go?" (Adele Invergordon);

Furthermore, from Const., Art. IV, to wit:

> "SECTION. 4. The United States shall guarantee[sic] to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion, and on Application of the Legislature or of the Executive (when the Legislature cannot be convened) against domestic Violence."

Considering "our current problems" (Reagan, May 1985) "manifesting" escalating chaos, the probability that the "United States" received "Application" from "the Legislature or of the Executive" of any "State" for assistance "within the limits" quelling "domestic Violence" is "zero" or near "zero"; Also, knowing that "Congress" has **_absolutely_ not** "declared war" since 1942 there has been **_absolutely_ no** "Constitutional Authority" "to raise armies" or "land Forces" (Const., Art. I §8) since September 1945;

**W**herefore, U.S. Army, U.S. Air Force, U.S. Space Force, U.S. Space Command, U.S. Coast Guard, Border Patrol, &c., have **_absolutely_ no** "Constitutional Authority" to exist or receive or spend "Funds" from "U.S. Treasury": Wherefore, "Posse Comitatus Act" is "irrelevant" specifically because "America's Founders" deliberately **omitted** "Constitutional Authority" for "land Forces" or "armies" without a "declaration of war" by "Congress";

Furthermore, "Posse Comitatus", 20 Stat. 152, to wit:

> "SEC. 15. From and after the passage of this act it shall not be lawful to employ any part of the Army of the United States, as a posse comitatus, or otherwise, for the purpose of executing the laws, except in such cases and under such circumstances as such employment of said force may be expressly authorized by the Constitution or by act of Congress; and no money appropriated by this act shall be used to pay any of the expenses incurred in the employment of any troops in violation of this section and any person wilfully[sic] violating the provisions of this section shall be deemed guilty of a misdemeanor and on conviction thereof shall be punished by fine not exceeding ten thousand dollars or imprisonment nor exceeding two years or by both such fine and imprisonment."

**and**, 108 Stat. 2147, to wit:

> "Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army or the Air Force as a posse comitatus or otherwise to execute the laws shall be fined under this title or imprisoned not more than two years, or both."

Those two 'editions' of what is supposed to be "law" to "prohibit" certain "actions" "*created*[sic]" (Wynehamer v. The People; Calder v. Bull; Cohens v. Va.; Murray's v. Hoboken; Orient Ins. v. Daggs; So. Carolina v. U.S.; cites herewith) by the 'legislature' provide a mild example of exactly why "America's Founders" "established" the "vital principles of the constitution" that "acts of the legislature" (Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; cites herewith) and mere "decades of practice" (Jackson, NIH v. APHA) are **absolutely _not_** "the law of the land" (Journal of Congress, vol. I, pp. 28-30, 69; Nelson v. Carland; Tucker, Comm.; Kent, Comm.; cites herewith), are **absolutely _not_** "due process of law" (Murray's v. Hoboken; Wynehamer v. People; Calder v. Bull; Cohens v. Va.; Ex p Milligan; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; cites herewith), **refuting** that which professed 'courts', "those intrusted with power" (Jefferson), today insidiously utter, or pretend, because "acts of the legislature", professed "positive law", ss., "**posited**" law', are forever changing with the **whims** of 'legislators', particularly for "personal gains" (stock portfolioes, trusts, book deals, *e.g.*) or for "political" advantages or for "political" 'privileges' or for 'favors' (Mechem, Public Office, *e.g.*) — which, as **un**ambiguously but redundantly declared by "Supreme Court of the United States"[sic] quoted and cited herewith, was one of the "**evils**" for which America's "War for Independence" was fought and won, and, for which the creation of "a written constitution" (Van Horne's v. Dorrance; Chisholm v. Ga.; Calder v. Bull; Greene v. Briggs; Nelson v. Carland; Ex p Milligan; Cummings v. Mo.; U.S. v. Hall; Ex p Va.; U.S. v. Lee; Slaughter House Cases; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.; Ex p Grossman; Ex Wall; Hepburn v. Griswold; *e.g.*) was "intended" (Cohens v. Va.; cites herewith) to be "manifest" (Murray's v. Hoboken; Calder v. Bull; Cohens v. Va.; So. Carolina v. U.S.; "Notes Annex"; cites herewith), and, which was "**_intended_**"

to **prevent** the "convulsions" (Jefferson, 1781) "**We** the People of the United States" **now** (Bouv., L.Dict.) **Suffer** from "treacherous" "acts and omission" by "those intrusted with power" (Jefferson, 1781) "Contrary to" Their "Solemn" "Oath", severally (Story, Agency; South v. Md.; U.S. v. Lee; Hepburn v. Griswold; So. Carolina v. U.S.; Hilliard, Torts; Wharton, Cr.L.; Bigelow, Fraud; Tucker, Comm.; Kent, Comm.);

Furthermore, from Const., Art. VI, to wit:

> "[1]This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.
> [3]The Senators and Representatives before mentioned, and of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; "

**Still** not "**_manifest_**"**!!!** "our current problems" (Reagan, 1985);

- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouv., Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency;

**Still** not "**_manifest_**"**!!!** "our current problems" (Reagan, 1985);

Furthermore, <u>No</u> areas of "active" "combat" exist within any of the "several States of the Union" (Ex p Milligan); "civil authority" and "civil courts", although "the courts" **defiantly** do **not** "proceed according to the course of the common law" (Cummings v. Mo.; cites herewith) "guarantied by the Constitution and by the law of the land" (U.S. v. Lee) and <u>further</u> "guarantied by" "Solemn" "Oath of Office", severally (Const., Art. VI; Cummings v. Mo.; Murray's v. Hoboken; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Nelson v. Carland; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.; Wharton, Cr.L.; Hilliard, Torts; *e.g.*), professed "civil authority" and "civil courts" are open and unthreatened with imminent destruction or imminent "invasion" or imminent suspension;

> "INVASION. The entry of a country by a public enemy, making war. The constitution of the United States, art. 1, s. 8, gives power to congress 'to provide for calling the militia to execute the laws of the Union, sup-
> -press insurrections and repel invasions.' Vide *Insurrection*.[sic]" Bouvier, L.Dict.;

Furthermore, Trump's current **un**constitutional uses of "military" units <u>merely</u> **_emulates_** past "abuses": by Geo. Washington ('white-washed' by professed 'historians' as the "Whiskey Rebellion"); by Grant and "Congress" during 1865–1877 "artfully disguised" (Coke herein) as "Reconstruction"; by FDR during the "Depression" and "Communist Scare" of the 1930's; by "LBJ" and "Tricky Dick" Nixon during the erroneously labelled "Civil Rights Movement" (see, "Civil rights", Webster, herein), "Viet Nam 'War'" fiascoes or "Protests" (*e.g.*, "Kent State", 1970); More recently, "Geo. Bush 'Junior'" sent military troops into New Orleans after Hurricane Katrina (2005): **one** of their "**abuses**" was "door-to-door", "knock-and-enter", dwelling searches (reminiscent of "Writs of Assistance" which 'sparked' America's "War for Independence") with **specific orders** to "take all arms", ss., "steal". Eventually "Gun Owners of America" (Larry Pratt) filed in court to terminate that **atrocity**: "Flagitiously", but typically, **none** of the "Property" "taken"-<u>stolen</u> by troops or 'police' were returned, <u>nor</u> were any of the Victims "**Compensated**" for the "**Losses**" of Their "Property", which being <u>even</u> <u>further</u> **Violations** of "the Constitution", "14th Art. of Amend. §1", "Bill of Rights", (U.S. v. Hall; U.S. v. Lee; South v. Md., *e.g.*), and of "the law of the land" — ss., <u>more</u> "Perfidy", "Disdain", "Malfeasance", "Misfeasance", "abuses and usurpations", "Crimes", "Violations" of "the Constitution", Subversions of "Solemn" "Oath": Hilliard, Torts; Story, Agency; Orient Ins. v. Daggs; So. Carolina v. U.S.; U.S. v. Hall; Napolitano, *ante*; "Notes Annex"; cites herewith;

- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouv., Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency;

**Still** **not** "**_manifest_**"**!!!** "our current problems" (Reagan, 1985);

Additional examples of "abuses" by "Bush Junior", to wit:
Immediately after the "World Trade Center" fiasco at Manhattan, N.Y. on "September 11th, 2001", "Bush Junior" <u>spontaneously</u> declared "world war on terror" for which He had **no** lawful <u>and</u> "Constitutional Authority" to do, which was used for an "appearance of legitimacy" (B. Levinson, 2006) for "manufacturing" another <u>dubious</u> "national debt" that did not exist when He took office in Jan. 2001 (U.S. Treasury had a ***surplus*** for the first time in <u>decades</u>) and for an "appearance of legitimacy" for "abuses" inside foreign territories, ss., Violations of Law of Nations-"International Law" and <u>further</u> "usurpations" thru-out America;

Such "**abuses**" are ***precisely Why*** America's Founders ***deliberately*** did **not** "delegate" "Constitutional Authority" for "Congress" or for "President" or for "the courts" to "provide and maintain" "land forces" without a "declaration of war" *by Congress*, and further <u>deliberately</u> limited funding "land forces" when "called into service" for <u>merely</u> "two years", ss., the "Constitution" *deliberately* **omits** "Constitutional Authority" for a "**standing army**" — but such has existed <u>un</u>-lawfully "at defiance" to "the Constitution" and to "Solemn" "Oath" (U.S. v. Lee; Cohens v. Va.; Orient Ins. v. Daggs; So. Carolina v. U.S.) for ***more*** than **100 years!!**
As further reminder, "Law of Agency" explicitly "prohibits" an "agent" (Chisholm v. Ga.; Story, Agency) from <u>re</u>-defining or <u>further</u> delegating "power delegated" by his or her "Principal": "the Constitution" <u>deliberately</u> **omits** authority for any "Public" officer or agent to "again delegate" power delegated to the office that he or she holds with one exception that "President" may delegate "appointments" of minor executive officers or agents to minor executive positions, such as "junior" naval or marine "commissioned officers" and "warrant officers", *e.g.*;
Furthermore, "Bush Junior" also implemented an aggressive 'advertising' campaign for "every American" to "get micro-chipped" as a matter of "national security" and "patriotism" with an <u>astonishingly</u> <u>rapid</u> '*creation*' and 'passage' of the <u>infamous</u> "PATRIOT" "ACT', and other <u>dubious</u> 'acts' (Calder v. Bull; Cohens v. Va.; Van Horne's v. Dorrance; Greene v. Briggs; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex"; cites herewith)*!!!* Fraud?? "treason to the Constitution"?? (Cohens v. Va.; Spano v. N.Y.; cites herewith) Yeah — You bet — "a long train of abuses and usurpations" (cites herewith);
The original <u>voluntary</u> "micro-chipping" project was <u>highly</u> controversial, especially with "Christian" deno-minations who associated it with the "666" passages in the "Book of Revelations". However, a greatly enhanced version of 'voluntary' (ss., *inculcated*) micro-chipping" has been implemented using "mobile devises" such as "smartphones", "iPOD's", "APP's", "smart-cards", "blackboxes" integrated into all "motor vehicles", *e.g.*, "at defiance" (U.S. v. Lee) to "the Constitution" and to "the law of the land" and to "Solemn" "Oath of Office", "from the highest to the lowest," (U.S. v. Lee; Calder v. Bull; Cohens v. Va.; Hale v. Henkel) severally, or, as bluntly declared by "Supreme Court of the United States"[sic], thus:

"treason to the constitution." Cohens v. Va.;

- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia; Hale v. Henkel; Jefferson, "Summary View", (1774); Jefferson, "Notes ..." (1781); Canetti, Crowds And Power; "Notes Annex"; cites herein;

"our current problems", Reagan, 1985;

"Our problems are man-made — " JFK, 1963;

- "It is much to be wished that the conduct of public affairs should be committed to men of abilities & Liberality; and there is Reason to hope that this will be more and more the Case, as our People become more informed, and the means of Education more diffused — Neither wisdom nor Liberty can have permanent abodes with civilized Ignorance; for the eternal alliance which subsists between the wicked and the weake[sic], will ever tend to introduce Despotism and Licenciousness[sic] in perpetual Rotation—" Jay (1789); Chisholm v. Ga.; Spano v. N.Y.; Hepburn v. Griswold; *E.g.*, see various writings by Norton, Mechem, see list under "Sources", *post*;

- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; that it is doing God's service when violating all his laws." Adams (1816), which "unquestionably constitutes": Hubris, Disdain, Perfidy, Egomania, Megalomania, "Treachery" (Bouvier, L. Dict.), "Torts": "Petit-treason" (Chisholm v. Ga.; south v. Md.; 14th , U.S. v. Hall; Ex p Va.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.); *E.g.* "HUMAN CAPITAL", see various government web-sites, such as: USCG, NOAA, DoC; web-sites (Jan. 2025) *e.g.*;
- "The word 'security' is a broad, vague generality whose contours should not be invoked to abrogate the fundamental law embodied in the First Amendment. The guarding of military and diplomatic secrets at the expense of informed representative government provides no real security ... ." *N.Y. Times* v. U.S.;
- " ... constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon." Boyd v. U.S.; Olmstead v. U.S.; U.S. v. Hall; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Spano v. N.Y.; Wharton, Cr. L.; Greenleaf, Evidence; Hilliard, Elements; Tucker, Comm.; Bigelow, Fraud; Kent, Comm.; Nelson v. Carland;
- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Notes Annex; cites herewith;

Still <u>not</u> "<u>***manifest***</u>"!!!   "our current problems" (Reagan, 1985);

- "It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." Amer. Com. Assoc. v. Douds;

Still <u>not</u> "<u>***manifest***</u>"!!!   "our current problems" (Reagan, 1985);

- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency;

Still <u>not</u> "<u>***manifest***</u>"!!!   "our current problems" (Reagan, 1985);

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq.Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Trezevant v. TAMPA; 14th Art. of Amend.; Napolitano: Constitution In Exile; It Is Dangerous To Be Right When The Government Is Wrong; "Notes Annex"; cites herewith;
- "Power is not synonymous with right." Poe v. Seaborn; Chisholm v. Ga.; Story, Agency;

Still <u>not</u> "<u>***manifest***</u>"!!!   "our current problems" (Reagan, 1985)   <u>Prove</u> that — *History Repeats!!!*

Wherefore, "President", currently Trump, *ipse*, like His <u>various</u> "<u>Predecessors</u>", has <u>no</u> "Constitutional Authority" to send or "mobilize", "land forces" or "troops", or intervene ("FBI", "BORDER PATROL", *e.g.*), within any of "the several States of the Union", or, within any "city" or "municipality", to quell "domestic Violence" within any of "the several States of the Union" unless and until the "official" "legislature" or "magistrate" thereof makes "Application" for assistance from the "United States", ss., "pursuant to" "due process of law guaranteed by the Constitution and by the law of the land", <u>further</u> "guaranteed by" "Solemn" "Oath of Office", severally, for "calling forth the militia" for such purpose;

Wherefore, Trump "<u>un</u>lawfully"-"<u>un</u>constitutionally" is "mobilizing" "land Forces" that have no "Constitutional Authority" to exist sending them into certain "States of the Union" <u>without</u> "Application" of the "Legislature" or of the State "Executive" "at defiance" to "the Constitution", "at defiance" to His "Solemn" "Oath of Office";

Furthermore, Newsom, Bass, Wilson, Kotek, Hochul, Adams, Pritzker, Johnson, Biden, Harris, various Others professing "sanctuary" areas for immigrants illegally within "United States of America" or within "United States", "flagitiously" Violate "the Constitution" at Article I §8 cl. 4 "at defiance" to Their "Solemn" "Oath", severally, by Their "over-riding" or "evading" or "supplanting" "Immigration" and "Naturalization" laws established by 'Congress' "pursuant to" "Authority" explicitly-**un**ambiguously "delegated" **only** to "Congress", which "unquestionably constitutes irreparable injury", "Error in law", "high crimes and misdemeanors", "abuses and usurpations", Violations of "Public Duty", Violations of "Fiduciary Duty", Subversions of "National Security", Subversions of "National Sovereignty", Subversions of "Solemn" "Oath", severally, ss., "treason to the constitution" (Cohens v. Va.); Wherefore, under "the Constitution" at articles: I, II, IV, VI, "Bill of Rights", "14th Art. of Amend. §1", Trump, Bondi, *ipsae*, are "obliged" to "Indict", "Try", and if or when "Convicted", "Punish": Newsom, Bass, Wilson, Kotek, Hochul, Adams, Pritzker, Johnson, Biden, Harris, _various_ Others professing "sanctuary" areas for, or for "aiding and abetting" by any manner whatsoever, Immigrants **illegally** within "United States of America" or within "United States"; for "Endangerments" of the "Security" of the "United States of America" as a "Sovereign" "Nation" among the "Nations of the World"; for "Violations" of "the true intent and meaning of" (Cohens v. Va.; US. v. Lee; So. Carolina v. U.S.; cites herewith) "the Constitution" and of "the law of the land"; for Subversions of "Solemn" "Oath of Office", severally; for "treason to the constitution" (Cohens v. Va.; US. v. Lee; So. Carolina v. U.S.; cites herewith), severally;

2) Wherefore, "President", "Attorney General of the United States", "the courts", State and Municipal Officers, are "Duty bound" by "Solemn" "Oath", severally, to "obey" and to "enforce" "Constitutional Principles" and "limitations" and "the law of the land" (Const., Art. VI), which cannot be lawfully-constitutionally "over-ruled" or evaded or "supplanted" (R. Pound) by _mere_ 'legislative acts' (Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Ex p. Milligan; Yick Wo v. Hopkins; Ex p Va.; Hepburn v. Griswold; Ex p Wall; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.) or by "policy" or by "political" party dogma or by any or "all executive and judicial Officers, both of the United States and of the several States," (Const., Art. VI) — of imperative interest escalating "our current problems" (Reagan, 1985) are "elected" or "appointed" officers and agents, such as Gavin Newsom, Kathy Hochul, Biden, Harris, Garland, Wilson, Kotek, Pritzker, Johnson, Others, "the courts", "from the highest to the lowest," (U.S. v. Lee;South v. Md.; cites herewith), &c, Who **all**, severally, "flagitiously" Violate Const., Art. I, Art. IV, Art. V, Art. VI, **and** "the law of the land" by Their-own individually "manufactured" (Chambers v. Fla.; Williams v. U.S.; _e.g._) **non**-uniform "rule of Naturalization" or "Immigration" and "artfully disguised" (Coke, _post_) as "sanctuary cities" or "sanctuary states", &c, whereby the "United States" Officers and Agents are aggressively hindered or "prohibited" from "obeying" and "enforcing" American "Immigration and Naturalization" "uniform rule" (Const., Art. I §8) and the "Security" and "Sovereignty" of "America" as an "Independent" Nation "according to" "the true intent and meaning of" "the Constitution", of "the law of the land", of "America's Founders", of "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; cites herewith) and further "guaranteed by" "Solemn" "Oath of Office", severally, cites herein;

Whereas, "Aliens" "**un**lawfully" within America are "flagitiously" protected, sheltered, concealed, "aided" or "abetted" "**un**lawfully" and "flagitiously" "supplanting" "Constitutional Limitations", "flagitiously" "supplanting" "the law of the land", "flagitiously" "supplanting" "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; cites herewith) and further"guaranteed by" "Solemn" "Oath of Office", severally, "artfully disguised" (Coke, _post_) by "circuity", "discretion", "political" party-"corporation" dogma, "policy", "doctrine", "procedure", "practice", _nostra deceptio ad nauseam_, which "flagitiously" worsen "our current problems" (Reagan, May 1985) which unquestionably **severely** compromises the "Security", "Safety", "peace and dignity", "Prosperity", "Sovereignty", of **America**, ss., "these United States of America" (Dewey, Naturalization; Tucker, Comm.; Kent, Comm.; Mechem, Public Office; "Notes Annex"; cites herewith) and of Americans ("Native" and "Naturalized")

and <u>severely</u> <u>compromises</u> the "Birthrights" of Petitioner, *Qui Tam in extremis*, *ipse*, and of each and every "Citizen of the United States" ("Native" and "Naturalized"), jointly or severally, which "unquestionably constitutes irreparable injury" (Elrod v. Burns; "Notes Annex"; cites herewith), "Error in law", <u>deliberately</u> <u>inflicted</u> by "those intrusted with power" (Jefferson, 1781):

> "For this day's work, lords, you have encouraged treason and opened the prison doors to free the traitors. A nation can survive its fools, and even the ambitious. But it cannot survive treason from within. An enemy at the gates is less formidable, for he is known and he carries his banners openly against the city. But the traitor moves among those within the gates freely, his sly whispers rustling through all the alleys, heard in the very halls of government itself. For the traitor appears no traitor; he speaks in the accents familiar to his victims, and he wears their face and their garments, and he appeals to the baseness that lies deep in the hearts of all men. He rots the soul of a nation; he works secretly and unknown in the night to undermine the pillars of a city; he infects the body politic so that it can no longer resist. A murderer is less to be feared. The traitor is the carrier of the plague." Cicero, *Second Cataline Oration*; Cohens v. Va.; *e.g.*;

One necessarily ponders, thus: "**Why**" are those Individuals, "politicians", "attorneys" (Bouv., L.Dict.; 7 CJS §§3-11; *e.g.*), "public" officers and agents, <u>**not**</u> "Indicted" and "Tried" for "Violations" of "the Constitution" (art.: I, IV, VI), for "Violations" of "a uniform rule of Naturalization", for "Violations" of "Law of Nations"; for "Obstructions" or "Dereliction" of Enforcements of Constitutional Powers" and of "Constitutional Limitations" and of "Constitutional Duty", *e.g.*; for "Violations" of "Solemn" "Oath of Office"; for "Dereliction of Public Duty"; for "Dereliction of Fiduciary Duty"; for "Dereliction of Fiscal Duty"; for "Frauds"; for "improper uses" of "U.S. Treasury" or "Tax" "funds"; for "obstructions of justice"; for "Deprivations" of "Birthrights" of "citizens of the United States" (jointly or severally), for <u>**un**</u>lawful "Discriminations" against "citizens of the United States" and against "the true intent and meaning of" "the Constitution and" "the law of the land" and "Solemn" "Oath of office", severally, &c, ss., "Malfeasances", "Misfeasances", "Non-feasances", "Perfidy", &c (South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Cohens v. Va.; Greene v. Briggs; U.S. v. Throckmorton; Hepburn v. Griswold; Bigelow, Fraud; Bigelow, Estoppel; Story, Agency; Tucker, Comm.; Kent, Comm.; Wharton, Cr.L.; Greenleaf, Evidence; Dewey, Naturalization; *e.g.*);

**Whereby**, "Los Angeles", "California", and "municipalities" within "California"; "Portland" "Oregon"; "Chicago", "Illinois"; other "States of the Union" and "municipalities" therein, severally, are <u>deliberately</u> <u>**omitted**</u> from "jurisdiction" of "Congress" (Const., Art. I §8 cl. 17) and of "President" <u>precisely</u> for "<u>prohibiting</u>" "acts" and "omissions" such as are <u>increasingly</u> being committed by Officers and Agents of the "United States"; by Officers and Agents of "the several States of the Union" and of "municipalities" therein, severally, which "unquestionably constitutes irreparable injury" (Elrod v. Burns; South v. Md.; U.S. v. Lee; "Notes Annex"; cites herewith) <u>increasingly</u> <u>**Suffered**</u> by "citizens of the United States" generally, "jointly or severally" (Elrod v. Burns; Chisholm v. Ga.; Story, Agency; Hilliard, Torts; 14th Art. of Amend. §1; cites herein); by Petitioner *Qui Tam in extremis*, *ipse*; (Trezevant v. TAMPA, adjusted for inflation);

**Wherefore**, <u>***if***</u> "Congress" and the "President" and "the courts" <u>***truly***</u> "honored" (Gideon v. Wainwright) Their Individual "Solemn" "Oath of Office", severally, there would be <u>**no**</u> "land forces", "troops", "armies", "patrols", to be sent or "mobilized", by "the President" into any of "the several States of the Union" or "municipalities" at His "discretion" or "arbitrary will", ss., more "abuses and usurpations" by "those intrusted with power" (Jefferson, 1781), "from the highest to the lowest," (U.S. v. Lee; South v. Md.; cites herewith) "at defiance" (U.S. v. Lee; South v. Md.) to "the Constitution", to "the law of the land", to "due process of law guaranteed by the constitution and by the law of the land" (U.S. v. Lee; South v. Md.; Nelson v. Carland; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; U.S v. Hall; Ex p. Va.; Slaughter House Cases; Legal Tender Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Ex p Wall; Hepburn v. Griswold) and <u>further</u> "guarantied by" "Solemn" "Oath of Office", severally (cites herewith);

Wherefore, *if* 'State' officers and agents were not deliberately Violating "the Constitution" or "supplanting" or evading the "limits" of Their "lawful" jurisdiction, or, "invading" the "Constitutional" "Jurisdiction" or "Constitutional" "powers delegated" to "Congress", "Agents" of the "United States" would not be incited to inflict "extra-constitutional" Acts such as are being committed currently;

- "It is not lawful to do evil, that good may come; and (if I may be here allowed to say so)[sic] it is not expedient. If good men [& women] disregard the vital principles of the constitution, how can they expect that bad men [& women] are to be controlled by law." Greene v. Briggs; Ex p Curtis; Merritt v. Welsh; So. Carolina v. U.S.; ss.,
  "our current problems ... ", Reagan, (*post*); see, "POLITICIAN.", Webster, herein;

- "As usurpation is the exercise of power, which another has a right to; so tyranny is the exercise of power beyond right, to which no body can have a right." Locke, Treat.; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Marshall v. Balto. & O RR; Ex p Wall; Hepburn v. Griswold; U.S. v. Lee; South v. Md.; Story, Agency; Bigelow, Fraud;Tucker, Comm.; Mechem, Public Office; "Notes Annex"; cites herewith;

- "Evil deeds ought not to remain unpunished, and impunity affords continual incitement to the delinquent." Coke, Rep.; South v. Md.; Ex p Va.; U.S. v. Lee; Ex p Wall; Marshall v. Balto. & O RR; Ex p Curtis; So. Carolina v. U.S.; "Notes Annex"; cites herewith; see, "POLITICIAN.", Webster, *post*;

- "Deceit and fraud shall not defend, excuse or benefit any man." Best, Evid.; Story, Eq. Jur.; Coke, Rep.; Bigelow, Fraud; South v. Md. U.S. v. Lee; Hilliard, Torts; Wharton, Cr.L.; Greenleaf, Evid.; Tucker, Comm.;

**3)** No where is "a President of the United States of America" "delegated" "Constitutional Authority" to **legislate** for "the United States" nor for "the several States of the Union" by any means whatsoever nor as "artfully disguised" (Coke, herein) 'executive order', 'policy', 'practice', 'procedure', 'discretion', 'necessity' (Ex p Milligan; cites herewith);

"The founders of our government were familiar with the history of that struggle ["to preserve liberty"]; and secured in a written constitution every right which the people had wrested from power during a contest of ages. By that Constitution and the laws authorized by it this question must be determined. The provisions of that instrument on the administration of criminal justice are too plain and direct, to leave room for misconstruction or doubt of their true meaning. ... These securities for personal liberty thus embodied, were such as wisdom and experience had demonstrated to be necessary for the protection of those accused of crime. And so strong was the sense of the country of their importance, and so jealous were the people that these rights, highly prized, might be denied them by implication, that when the original Constitution was proposed for adoption it encountered severe opposition; and, but for the belief that it would be so amended as to embrace them, it would never have been ratified. Time has proven the discernment of our ancestors; for even these provisions, expressed in such plain English words, that it would seem the ingenuity of man could not evade* them, are now, after the lapse of more than seventy years, sought to be avoided. Those great and good men foresaw that troublous times would arise, when rulers and people would become restive under restraint, and seek by sharp and decisive measures to accomplish ends deemed just and proper; and that the principles of constitutional liberty would be in peril, unless established by irrepealable law. The history of the world had taught them that what was done in the past might be attempted in the future. The Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times, and under all circumstances. No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of its provisions can be suspended during any of the great exigencies of government. Such a doctrine leads directly to anarchy or despotism, but the theory of necessity on which it is based is false; for the government, within the Constitution, has all the powers granted to it, which are necessary to preserve its existence; as has been happily proved by the result of the great effort to throw off its just authority. *** One of the plainest constitutional provisions was, therefore, infringed when Milligan was tried by a court not ordained and established by Congress, and not composed of judges appointed during good behavior. *** All other persons, citizens of states where the courts are open, if charged with crime, are guaranteed[sic] the inestimable privilege of trial by jury. This

privilege is a vital principle, underlying the whole administration of criminal justice; it is not held by sufferance, and cannot be frittered away on any plea of state or political necessity. When peace prevails, and the authority of the government is undisputed, there is no difficulty of preserving the safeguards of liberty; for the ordinary modes of trial are never neglected, and no one wishes it otherwise; but if society is disturbed by civil commotion — if the passions of men are aroused and the restraints of law weakened, if not disregarded — these safeguards need, and should receive, the watchful care of those intrusted with the guardianship of the Constitution and laws. In no other way can we transmit to posterity unimpaired the blessings of liberty, consecrated by the sacrifices of the Revolution. It is claimed that martial law covers with its broad mantle the proceedings of this military commission. The proposition is this: that in a time of war the commander of an armed force (if in his opinion the exigencies of the country demand it, and of which he is to judge), has the power, within the lines of his military district, to suspend all civil rights and their remedies, and subject citizens as well as soldiers to the rule of his will; and in the exercise of his lawful authority cannot be restrained, except by his superior officer or the President of the United States. If this position is sound to the extent claimed, then when war exists, foreign or domestic, and the country is subdivided into military departments for mere convenience, the commander of one of them can, if he chooses, within his limits, on the plea of necessity, with the approval of the Executive, substitute military force for and to the exclusion of the laws, and punish all persons, as he thinks right and proper, without fixed or certain rules. The statement of this proposition shows its importance; for, if true, republican government is a failure, and there is an end of liberty regulated by law. Martial law, established on such a basis, destroys every guarantee of the Constitution, and effectually renders the 'military independent of and superior to the civil power'— the attempt to do which by the King of Great Britain was deemed by our fathers such an offence, that they assigned it to the world as one of the causes which impelled them to declare their independence. Civil liberty and this kind of martial law cannot endure together; the antagonism is irreconcilable; and, in the conflict, one or the other must perish. This nation, as experience has proved, cannot always remain at peace, and has no right to expect that it will always have wise and humane rulers, sincerely attached to the principles of the Constitution. Wicked then, ambitious of power, with hatred of liberty and contempt of law, may fill the place once occupied by Washington and Lincoln; and if this right is conceded, and the calamities of war again befall us, the, dangers to human liberty are frightful to contemplate. If our fathers had failed to provide for just such a contingency, they would have been false to the trust reposed in them. They knew the history of the world told them the nation they were founding, be its existence short or long, would be involved in war; how often or how long continued, human foresight could not tell; and that unlimited power, wherever lodged at such a time, was especially hazardous to freemen. For this, and other equally weighty reasons, they secured the inheritance they had fought to maintain, by incorporating in a written constitution the safeguards which time had proved were essential to its preservation. Not one of these safeguards can the President, or Congress, or the Judiciary disturb, except the one concerning the writ of *habeas corpus*. *** Martial law cannot arise from a threatened invasion. The necessity must be actual and present; the invasion real, such as effectually closes the courts and deposes the civil administration. *** there are occasions when martial rule can be properly applied. If, in foreign invasion or civil war, the courts are actually closed, and it is impossible to administer criminal justice according to law, then, on the theatre of active military operations, where war really prevails, there is a necessity to furnish a substitute for the civil authority, thus overthrown, to preserve the safety of the army and society; and as no power is left but the military, it is allowed to govern by martial rule until the laws can have their free course. As necessity creates the rule, so it limits its duration; for, if this government is continued after the courts are reinstated, it is a gross usurpation of power. Martial rule can never exist where the courts are open, and in the proper and unobstructed exercise of their jurisdiction. It is also confined to the locality of actual war. Because, during the late rebellion it could have been enforced in Virginia, where the national authority was overturned and the courts driven out, it does not follow that it should obtain in Indiana, where that authority was never disputed, and justice was always administered. And so in the case of a foreign invasion, martial rule may become a necessity in one state, when, in another, it would be 'mere lawless violence'. *** So sensitive were our Revolutionary fathers on this subject, although Boston was almost in a state of siege, when General Gage issued his proclamation of martial law, they spoke of it as an 'attempt to supersede the course of the common law,

and instead thereof to publish and order the use of martial law.' The Virginia Assembly, also, denounced a similar measure on the part of Governor Dunmore 'as an assumed power, which the king himself cannot exercise; because it annuls the law of the land and introduces the most execrable of all systems, martial law.'" Ex p Milligan; Cummings v. Mo.; Nelson v. Carland; U.S. v. Hall; Ex p Va.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Ex p Grossman; Chisholm v. Ga.; Hayburn's Case; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Story, Agency; "Notes Annex", cites herewith;

Still <u>not</u> "<b><i>manifest</i></b>"!!!  "our current problems" (Reagan, May 1985);

Furthermore, from Const., Art. I, §3, to wit:

> "[7] Judgment in Cases of Impeachment shall not extend further than to removal from Office, and Disqualification to hold and enjoy any Office of honour[sic], Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law."

<u>Note</u>: **absolutely** <u>no</u> "immunity" or "qualified immunity" or "absolute immunity", to wit:

> **"the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law."**

So — Which part of that clause is vague or ambiguous or "internally conflicting"; or **un**-intelligible**??!!**

<u>Also</u>, 14th Art. of Amend. §1 **explicitly** declares "**any person**"; See: South v. Md.; Ex p Va.; U.S. v. Lee; Nelson v. Carland; U.S. v. Cruikshank; U.S. v. Throckmorton; So. Carolina v. U.S.; Hilliard, Torts; Wharton, Cr. Law;

- "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives. Courts of justice are established, not only to decide upon the controverted rights of the citizens as against each other, but also upon rights in controversy between them and the government; and the docket of this court is crowded with con--troversies of the latter class. Shall it be said, in the face of all this, and of the acknowledged right of the judiciary to decide in proper cases, statutes which have been passed by both 'branches of Congress and approved by the President to be unconstitutional, that the courts cannot give a remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without lawful authority, without process of law, and without compensation, because the President has ordered it and his officers are in possession ? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights." U.S. v. Lee; Calder v. Bull; Orient Ins. v. Daggs; So. Carolina v. U.S.;

Still <u>not</u> "<b><i>manifest</i></b>"!!!  "our current problems", Reagan, 1985;

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.; Nelson v. Carland; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congress at 2765, *et seq.*; Congressional Globe, 42nd Congress at 374, 394, 429; Wharton, Cr.L.; cites herewith;

- "The theory of necessity on which it is based is false." Ex p. Milligan; cites herewith; *e.g.*, "Notes Annex";

- "in questions of power then, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution:" Jefferson, Kentucky Resolves (1798); Van Horne's v. Dorrance; Cohens v. Va.; *e.g.*;

- "Gross negligence is equivalent to fraud." Black, 2nd; Bouv., Inst.; McCracken v. Hare; Bigelow, Fraud;

- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouvier, Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency; cites herewith;

- " The violation of fundamental rights by the government is undoubtedly an injury. Indeed, it is the kind of injury that [the] Court has recognized warrants extraordinary relief. The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns; U.S. v. Lee; U.S v. Hall;

- "It is not pretended, as the case now stands, that the President had any lawful authority to do this, or that the legislative body could give him any such authority except upon payment of just compensation. The defence stands here solely upon the absolute immunity from judicial inquiry of every one who asserts authority from the executive branch of the government, however clear it may be made that the executive possessed no such power. Not only no such power is given, but it is absolutely prohibited, both to the executive and the legislative, to deprive any one of life, liberty, or property without due process of law, or to take private property without just compensation. These provisions for the security of the rights of the citizen stand in the Constitution in the same connection and upon the same ground, as they regard his liberty and his property. It cannot be denied that both were intended to be enforced by the judiciary as one of the departments of the government established by that Constitution." U.S. v. Lee; Calder v. Bull; Orient Ins. v. Daggs; So. Carolina v. U.S.; cites herewith;

<u>Still <b>not</b> <i>"manifest"</i>!!!</u>  "our current problems", Reagan, 1985;

Furthermore, "those intrusted with power" (Jefferson, 1781) for these last **100 years** have <u>insidiously</u> **inculcated** Americans, Native and Immigrants ("Naturalization"), into a <u>torpor</u> <u>erroneously</u> believing that 'government' officers and agents are omnipotent, supreme, "sovereign", infallible, that whatsoever they say or do howsoever "artfully disguised" ("code", "policy", "procedure", "practice", "discretion", "opinion", &c, &c) it may, or may not, be, is "unquestionably" lawful and legal and "irrefutable", that, "permissions" and "controls" (ss., "*dicta*") from 'government' are requisite for all aspects of professed "Life, Liberty or Property" — That attitude was <u>bluntly</u> declared by Donald Trump during an "one-on-one interview" at the White House with George Stephanopoulos (June 2019), of which Petitioner *Qui Tam in extremis*, *ipse*, did, in part, Witness, wherein Trump <u>bluntly</u> declared, thus:

- "Well George, Article Two lets Me do whatever I want."

- "They set aside their law as and when they please: all we have is absolutism." Cooper, Last of The Mohicans;
- "Where the law ends tyranny begins." Merritt v. Welsh;  "Kangaroo courts" (Williams v. U.S.);
- "When there are no courts to enforce individual rights tyranny and despotism begin." Adams; Merritt v. Welsh;
- "I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Ga.; Hale v. Henkel; Story, Agency; U.S. v. Lee; cites herewith:

"our current problems" (Reagan, 1985) **Prove** that;

**W**hereas, today, as for "decades past" (Chambers v. Fla.; Williams v. U.S.; Brown Jackson, *post*; Barrett, *post*; Kavanaugh, *post*; *e.g.*), "the judiciary" <u>merely</u> "manufactures" (Chambers v. Flaw.; Williams v. U.S.) "excuses" to "cover-up" "abuses and usurpations" ("unanimous Declaration"), the 'acts' or "omissions" of the 'executives' or of the 'legislators' or of 'judges' for the "appearance of legitimacy" (B. Levinson, 2006), which "unquestionably constitutes irreparable injury", "Perfidy", "Fraud" (Elrod v. Burns; Orient Ins. v. Daggs; So. Carolina v. U.S.), upon Petitioner *Qui Tam in extremis*, *ipse*; to Americans generally; to "We the People of the United States," Who are the "Principals" under the "Law of Agency" and "by the Constitution" (Chisholm v. Ga.; Story, Agency; U.S. v. Lee; South v. Md.; Hilliard, Torts; Bigelow, Fraud; Bigelow, Estoppel) over the "officers of the government"; Mechem, Public Office; Tucker, Comm.; Kent, Comm.; Rawle, Const.; "Notes Annex"; cites herewith;

- "The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines, of the constitution. We cannot pass it by because it is doubtful. With whatever doubts; with whatever difficulties a case maybe attended, we must decide it, if it be brought before, us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. ... , we find this tribunal invested with appellate jurisdiction *in all* cases *arising* under the constitution and laws of the United States. We find no exception to this grant, and we cannot insert one.[sic]" Cohens v. Va.; Chisholm v. Ga.; Calder v. Bull; Nelson v. Carland; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.;

Tucker, Comm.; Kent, Comm.; Story, Agency; Bigelow, Fraud; Mechem, Public Office; Norton, Undermining the Const.; Norton, Losing Liberty Judicially; cites herewith;

<strong>Still <u>not</u> "<em>manifest</em>"!!!</strong>  "our current problems", Reagan, 1985;

- "Our duty is to execute the law, not to make it. ...  Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765;

<strong>Still <u>not</u> "<em>manifest</em>"!!!</strong>  "our current problems", Reagan, 1985;

- "honored, by this Court, only with lip service." Gideon v. Wainwright; Cohens v. Va.; Slaughter House Cases; "our current problems", Reagan, 1985;

- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Ga.; Hale v. Henkel; Jefferson, Summary View... , 1781; Canetti, Crowds And Power; "Notes Annex"; cites herewith; ss.,

"our current problems" (Reagan, 1985): <strong><em>History Repeats!!!</em></strong>

**4)** Immigrants and "due process of law guarantied by the Constitution and by the law of the land" and "guarantied by" "14[th] Art. of Amend. §1" (Const., Art. I §8, *ante*, Yick Wo v. Hopkins; So. Carolina v. U.S.), to wit:

The **_un_**-constitutional "open borders" and "NAFTA" "practices" of these last several years, or of "decades of practice" (Brown Jackson, *ante*), <u>recently exacerbated</u> by Biden, Harris, Newsom, Hochul, Kotel, Wilson, Adams, Pritzker, Johnson, "sanctuary cities" or "states", *e.g.*, within "United States of America" and "United States" have <u>insidiously</u> "manufactured" (Chambers v. Fla.) "Security" "Crises" for **all** Americans and for "**lawfully**" "Resident Aliens" for which **_lawful_** Rectifications <u>continue</u> **_un_**resolved by, or are deemed overwhelming or inconvenient to, "politicians" (Webster, *ante*), to professed 'judges' (Cohens v. Va.), "at defiance" (U.S. v. Lee) to "the true intent and meaning of" (Cohens v. Va.; cites herewith) "the Constitution and" of "the law of the land" and of the "14[th] Art. of Amend. §1" and "at defiance" to "Congress" recorded in Congressional Globe, 39th Congr. at 2765, *ante*:

"6. ... that the imprisonment of a person under the protection of the laws of this commonwealth on his failure to obey the simple order of the President to depart out of the US. as is undertaken by the said act intituled[sic] 'an act concerning Aliens' is contrary to the constitution, one Amendment to which has provided that 'no person shall be deprived of liberty without due process of law.' and that another having provided that 'in all criminal prosecutions the accused shall enjoy the right to a public trial, by an impartial jury, to be informed of the nature & cause of the accusation to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor, & to have the assistance of counsel for his defence' the same act undertaking to authorize the President to remove a person out of the US. who is under the protection of the law, on his own suspicion, without accusation, without jury, without public trial, without confrontation of the witnesses against him, without hearing witnesses in his favor, without defence, without counsel, is contrary to these provisions also of the constitution, is therefore not law, but utterly void & of no force.  that transferring the power of judging any person who is under the protection of the law, from the courts to the President of the US. as is undertaken by the same act concerning Aliens, is against the article of the constitution which provides that 'the judicial power of the US. shall be vested in courts the judges of which shall hold their offices during good behavior,' & that the sd[sic] act is void for that reason also. and it is further to be noted that this transfer of judiciary power is to that magistrate of the general government who already possesses all the Executive, and a negative on all the Legislative powers. ...

"7. ... that the construction applied by the general government, (as is evidenced by sundry of their proceedings) to those parts of the constitution of the US. which delegate to Congress a power 'to lay & collect taxes, duties, imposts, & excises, to pay the debts & provide for the common defence & general welfare of the US.' and 'to make all laws which shall be necessary & proper for carrying into execution the powers vested by the constitution in the government of the US. or in any department or officer thereof,' goes to the destruction of all the limits prescribed to their power by the constitution; that words meant by that instrument to be subsidiary only to the execution of limited powers, ought not to be so construed as themselves to give unlimited powers, nor a part to be so taken as to destroy the whole residue of that instrument: that the proceedings of the general government under colour[sic]

of these articles, will be a fit & necessary subject of revisal & correction at a time of greater tranquility while those specified in the preceding resolutions, call for immediate redress. ...

8. ... that to take from the states all the powers of self-government, & transfer them to a general & consolidated government, without regard to the special delegations & reservations solemnly agreed to in that compact, is not for the peace, happiness or prosperity of these states: and that therefore this commonwealth is determined, as it doubts not it's co-states are, to submit to undelegated & consequently unlimited powers in no man, or body of men on earth: that in cases of an abuse of the delegated powers, the members of the general government being chosen by the people, a change by the people would be the constitutional remedy; but where powers are assumed which have not been delegated a nullification of the act is the rightful remedy: that every state has a natural right, in cases not within the compact [casus non foederis][sic] to nullify of their own authority all assumptions of power by others within their limits: that without this right, they would be under the dominion, absolute and unlimited, of whosoever might exercise this right of judgment for them: that nevertheless this commonwealth, from motives of regard & respect for it's co-states has wished to communicate with them on the subject; that with them alone it is proper to communicate, they alone being parties to the compact, & solely authorised[sic] to judge in the last resort of the powers exercised under it; Congress being not a party, but merely the creature of the compact, & subject, as to it's assumptions of power, to the final judgment of those by whom & for whose use itself and it's powers were all created and modified: that if those acts before specified should stand, these conclusions would flow from them; that the General government may place any act they think proper on the list of crimes, and punish it themselves, whether enumerated, or not enumerated by the constitution as cognisable by them; that they may transfer it's cognisance[sic] to the President, or any other person, who may himself be the accuser, counsel, judge & jury, whose suspicions may be the evidence, his order the sentence, his officer the executioner, & his breast the sole record of the transaction: that a very numerous & valuable description of the inhabitants of these states being, by this precedent reduced as Outlaws to the absolute dominion of one man, and the barrier of the constitution thus swept away for us all, no rampart now remains against the passions and the power of a majority in Congress, to protect from a like exportation or other more grievous punishment, the Minority of the same body, the legislatures, judges, governors, & counsellors of the states, nor their other peaceable inhabitants, who may venture to reclaim the constitutional rights and liberties of the states and people, or who for other causes, good or bad, may be obnoxious to the views, or marked by the suspicions of the President, or be thought dangerous to his or their elections or other interests public or personal: that the friendless alien has indeed been selected as the safest subject of a first experiment; but the citizen will soon follow, or rather has already followed; for already has a Sedition act marked him as it's prey: that these & successive acts of the same character, unless arrested at the threshold necessarily drive these states into revolution and blood, and will furnish new calumnies against republican government, and new pretexts for those who wish it to be believed that man cannot be governed but by a rod of iron: that it would be a dangerous delusion were a confidence in the men of our choice to silence our fears for the safety of our rights: that confidence is every where the parent of despotism; free government is founded in jealousy and not in confidence; it is jealousy & not confidence which prescribes limited constitutions to bind down those whom we are obliged to trust with power: that our constitution has accordingly fixed the limits to which, and no further, our confidence may go: and let the honest advocate of confidence read the Alien & Sedition acts, and say if the constitution has not been wise in fixing limits to the government it created, and whether we should be wise in destroying those limits? let him say what the government is, if it be not a tyranny, which the men of our choice have conferred on the President, and the President of our choice has assented to and accepted over the friendly strangers to whom the mild spirit of our country & it's laws had pledged hospitality & protection: that the men of our choice have more respected the bare suspicions of the President, than the solid rights of innocence, the claims of justification, the sacred force of truth, and the forms & substance of law & justice: in questions of power "then, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution: that this commonwealth does therefore call on it's co-states for an expression of their sentiments on the acts concerning aliens and for the punishment of certain crimes, herein before specified, plainly declaring whether these acts are, or are not, authorised[sic] by the federal compact? and it doubts not that their sense will be so enounced[sic] as to prove their attachment unaltered to limited government whether general or particular; & that the rights & liberties of their co-states will be exposed to no dangers by remaining embarked in a common bottom with their own: that they will concur with this comm. in considering the said acts as so palpably against the constn[sic] as to amount to an undisguised declarn[sic] that that compact is not meant to be the measure of the

powers of the genl. govm't, but that it will proceed in the exercise over these states of all powers whatsoever, that they will view this as seizing the rights of the states & consolidating them in the hands of the genl govm't with a power assumed to bind the states (not merely in the cases made federal, but) in all cases whatsoever, by laws made not with their consent, but by others against their consent; that this would be to surrender the form of govmt we have chosen, & to live under one deriving it's powers from it's own will & not from our authority, and that the costates[sic], recurring to their natural right in cases not made federal, will concur in declaring these acts void & of no force & will each take measures of it's own for providing that neither these acts nor any others of the genl. government not plainly & intentionally authorised[sic] by the constn[sic] shall be exercised within their respective territories." Jefferson, Kentucky Resolves, 1798;

## History Repeats;

One necessarily ponders, thus: "Why" do Breyer, "the courts", "judges", "executives", "legislators", "police", focus on mere "code", which is "unknown" (Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Nelson v. Carland; So. Carolina v. U.S.) to "the Constitution" and "unknown" to "the law of the land" (Journal of Congress, vol. I, pp. 28-30, 69; Nelson v. Carland; Tucker, Comm.; Kent, Comm.; Wharton, Cr.L.; "Notes Annex; cites herewith) — "code" was insidiously injected into America during the 20th Century — whilst insidiously evading "fundamental American Principles" *essential* to American "Law of the Land" (Journal of Congress, *ante*; Nelson v. Carland; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; So. Carolina v. U.S.) and *essential* to "the Constitution" ("Notes Annex"; cites herewith) and to "Solemn" "Oath of Office", severally, and **_preserved_** in "Official Records" cited herewith, deliberately, insidiously, **emulating** European omnipotent-socialistic-totalitarian, aristocratic-oligarchical governance "at defiance" (U.S. v. Lee) to "the Constitution" and to "the law of the land" and to "Solemn" "Oath of Office", severally ("collateral damage"; "Notes Annex"; cites herewith);

- "The United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in cases where it is delegated, and the court denies the faculty of the Federal [sic; See, Chipman, Princ. of Gov't.] Government to add to its powers by treaty or compact." Pollard's v. Hagan; Wynehamer v. The People; Story, Agency; Coke, Inst.; Coke, Rep.; Bouv., Inst.; "Notes Annex"; cites herewith;

- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouv., Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency;

<u>Still **not** "*manifest*"!!!</u> "our current problems" (Reagan, 1985);

From Rawle, A View of The Constitution of The United States of America (1829), to wit:

- "The legislature is in the first place restrained by a fixed and absolute Constitution, over which it has no sort of power. In some countries, and in one of our own states,* the legislature laying their hands on the Constitution, may so mould it from time to time, as to give a sanction to measures not within its original contemplation. But the Constitution of the United States, the work of the people, alterable only by the people, possesses a sacred and intangible character in respect to the legislature. This is, therefore, the great restraint." "* The state of *Maryland*.[sic] *** Although, to the full extent established by the Constitution, the power of the legislature of the United States is superior to that of the states, yet in the smallest particular in which they pass beyond the true line, the power of the states is in full effect. ... In all matters not transferred to the general government, the rights and interests of the people are confided to the care of the state governments, *** If it were desired by such ["foreign"]powers to obtain an undue ascendancy in our government, the attempts would be made, not on the president, but on the members of the legislature, and particularly of the senate [see "Lobbyist", *post*], *** It may be inquired, why the power of pardoning should be absolutely excluded in such a case as this [ss., "impeachment"]? The answer has already been given. The safety of the people is the supreme law : their liberties properly regulated and secured are the cardinal objects of republican constitutions. Those who have evinced the capacity to abuse a public trust ought not to have a second opportunity to do so. *** The sentence itself is at the utmost a mild one [ss., "removal from office"]; but the object of it [ss., "the wrongful act(s)"] is still liable to the ordinary process of justice [ss., "indictment" and "Trial by Jury", South v. Md.; U.S. v. Lee; Wharton, Cr. L.; Tucker, Comm.; *e.g.*]." Rawle, Const., ch. "XXXI";

- "The Union is an association of the people of republics; its preservation is calculated to depend on the preservation of those republics. The people of each pledge themselves to preserve that form of government in all. Thus each becomes responsible to the rest, that no other form of government shall prevail in it, and all are bound to preserve it in every one. But the mere compact, without the power to enforce it, would be of little value. Now this power can be no where so properly lodged, as in the Union itself. ... the principle on which all our political systems are founded, which is, that the people have in all cases, a right to determine how they will be governed. ... The principle on which alone the Union is rendered valuable, and which alone can continue it, is the preservation of the republican form. *** No occasional act of the legislature of the United States seems to be necessary, where the duty of the president is pointed out by the Constitution, and great injury might be sustained, if the power was not promptly exercised. *** Not a word in the Constitution is intended to be inoperative, and one so significant as the present [ss., "republican"] was not lightly inserted." Rawle, Const., ch. "XXXII"; Also see: Wilson, Const'l. Conven., *post*;

- "The government not being strictly a federal government, its tribunals are not properly federal tribunals." Rawle, Const., ch. XXVIII; Chipman, Principles of Government; Ballentine, L. Dict (1934);

**One** obvious Question persistently **_evaded_** by professed "experts", "scholars", "judges", "attorneys", "legislators", "law" "professors" — Why are the wrong or **_mis_**leading terms, "our democracy" and "federal gov't." and "federal courts", *e.g.*, promiscuously *spewed* by Them knowing "the Constitution" **un**ambiguously **_demands_**

"a Republican Form of Government", at Art. IV, Sec. 4***!!!***

### Still not "**_manifest_**"*!!!*

Furthermore, each and every "elected" and "appointed" officer and agent "of the United States" and "of the several States" deliberately give(s) her or his and their individual "Solemn" "Oath" of "obedience to the Constitution" (Const., Art. VI; Legal Tender Cases) and "the Constitution" "guaranties" a "Republican Form of Government" (*ante*), whereas, the "Republican Principles" for which America's "War for Independence" was fought and won and upon which "the Constitution" is deliberately and bluntly and **un**mistakably declared in the main body of "the Constitution" are brazenly decried, "supplanted", subverted, "perverted", with professed "progressivism", "liberalism", "liberal internationalism", "moderate", "conservatism", "democratic socialism", "closely resemble what we see in the UK, in Norway, in Finland, in Sweden" (ss., **monarchy**: "AOC", "the Squad, Sanders, Warren, Others), &c, &c, *ad nauseam nostra deceptio*, "from the highest to the lowest," (U.S. v. Lee), *all* of which are "flagitiously" "repugnant" (Ch.J. Taney) to "the Constitution": **Whereby**, each and every "elected" and "appointed" officer and agent "of the United States" and "of the several States" deliberately Violate Their "Solemn" "Oath of Office", severally — ss., Hypocrisy, or, quoting "Supreme Court of the United States"[sic] for Cohens v. Va., thus: "**treason to the constitution**", for which by "the rule of law" (redundantly repeated herein) "Redress" is obliged and obligatory and "guarantied" (South v. Md.; U.S. v.Lee; cites herein), **but still not "manifest"** — surprise, surprise (Jefferson, "Notes", 1781); ss., "treason to the Constitution" Cohens v. Va.; South v. Md.; Marshall v. Balto. & O RR; U.S. v. Lee; Ex p Wall; Hepburn v. Griswold; So. Carolina v. U.S., Bigelow, Fraud; Bigelow, Torts; Kent, Comm.; Tucker, Comm.;

**B)** "Citizenship", "Birthrights", 14th Art.of Amend. §1, "Due process of law guarantied by the Constitution and by the law of the land" (U.S. v. Lee; Murray's v. Hoboken; So. Carolina v. U.S.;cites herein), Actual "Rule of Law": "Contemporaneous Exposition", "*Res Judicata*", "*Stare Decisis*";

As a direct result of "*Official*" professed "policy", *more* promiscuously "exercised" by Biden, Harris, Garland, with numerous others during these last several years, to **again** **re**define "the true intent and meaning of" (Cohens v. Va.) "the Constitution", "the law of the land", and "14th Article of Amendment §1" "at defiance" (U.S. v. Lee) to **detailed explanations in the Records of Congress** (*post*) and **reënforced** by "Supreme Court of the United States"[sic] "Precedents" herewith, such as, U.S. v. Hall; Ex p Va.; Slaughter House Cases; Yick Wo. v. Hopkins; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.; and which government officers and agents, severally, are

"duty bound" by "Solemn" "Oath of Office" to "know" and "obey" (Legal Tender Cases; Cohens v. Va.), and which has **_severely_** "injured" Americans' "Security", "the Blessings of Liberty", "Privileges and Immunities", "domestic Tranquillity", "general Welfare", "Justice", and, "America's" "sovereignty as a Nation" (*post*): **They** "flagitiously" *increasingly* **coerce** "the courts" to "pervert" (Jefferson, 1781) "the Constitution and" "the law of the land" (U.S. v. Lee) with **Their** pretended 'definitions' of 'citizenship' and of "the Constitution" and of "law" and of "the rule of law" into pretended "legitimacy" (B. Levinson, 2006) "at defiance" (U.S. v. Lee; Cohens v. Va.; cites herewith) to "constitutionally guarantied" "due process of law" defined by articles: IV, V, VI, "Bill of Rights" "guarantied by" "the Constitution"; "at defiance" (U.S. v. Lee; Cohens v. Va.; cites herewith) to "the law of the land"; "at defiance" to "common sense"; "at defiance" to "sound reason"; "at defiance" to "good morals"; "at defiance" to "national security"; "at defiance" to "Rights of Citizens of the United States"; "at defiance" to "fiscal responsibilities"; "at defiance" to "Public Duty"; "at defiance" to "Fiduciary Duty"; "at defiance" to "Oath of Office", severally:

- "We've lost our sovereignty as a Nation", Jeanine Pirro, FOXNEWS, March 2024; (orange)

America and Americans no longer have a sovereign Nation "pursuant to" "the Constitution", "the law of the land", Law of Nations", established by America's Founders (and Petitioner *Qui Tam's* Ancestors) as a direct result of "those intrusted with power" (Jefferson, 1781) making **wrongful** "Representations" of "the Constitution"; of "Law":

"our current problems" Reagan, 1985;

"those intrusted with power have" (Jefferson, 1781) increasingly "neglected" Their "Constitutional Duty" to **"lawfully"** "regulate" Commerce insidiously 'permitting' **incursions** and **intrusions** of America and America's Economy and America's Society by **"foreign":** "multi-national"-"conglomerate", "monopolistic" "corporate" "Perpetuities", "investors", "creditors" on "national debt", even **un**-lawfully 'permitting' professed 'purchases' of land by "foreign" or "artificial" entities "at defiance" (U.S. v. Lee) to American "fundamental" "Constitutional Principles" and to "the law of the land", to which each and every "Public" officer and agent **_freely_** and deliberately gave Their own Individual "Solemn" "Oath of Office", severally, to "obey" (Legal Tender Cases) and "enforce" (Calder v. Bull; Cohens v. Va.; Ex p Milligan; Orient Ins. v. Daggs; Elrod v. Burns; So. Carolina v. U.S.; Dewey, Naturalization; Kent, Comm.) "the Constitution and" "the law of the land" ( Const., Art. VI; "Notes Annex"; cites herewith);

- "An alien holds no lands." Tray., Maxims; Kent, Comm.; L. Realty v. Johnson; Coke: Inst., Rep.; Bouv., Inst.; Broom, Maxims; Barker v. Dayton; *e.g.*, such as: China, "U.N.", various, "corporations", &c:

"our current problems" (Reagan, 1985);

- "There is no doubt but Britain will watch for advantages, if not to recover what she has lost, at least to be revenged for what she has suffered; and that every thing will be attempted and every artifice used, which Malice can suggest, to break our Connection with France and to sow dissensions among the states. The easy access which foreigners have to these states and the ready reception they meet which afford favourable[sic] opportunities of putting their arts in practice. And it is worthy of Observation, that it is strangers lately come among us, whom we know nothing of, joined with Men, who, to say the least of them, were lukewarm in our cause and of doubtful Characters, who are now most active in sowing jealousies of France, from an affected regard for our liberty and a zeal to preserve this country from foreign influence. I think it therefore highly necessary both for France and America to be on their guard and not suffer themselves to be duped by the arts of their common enemy." Thomson (1784); Also, Washington, "Farewell Address"; **History Repeats!!!**

The increasing covert incursions or intrusions by Englanders into American Media and Television programming and commercial advertisements and Hollywood cinema, "corporations", "investing", "politics", and the relatively recent installation of one of Their "Princes" onto American soil are repeatedly redundant Proofs of that admonishment immediately above having "Manifest"*!!!* See: "Titles of Nobility"; Federalist Papers; Washington's "Farewell Address"; T. Cross, Military Laws; "AOC", *ante* ; *e.g.*;

The escalating <u>furtive</u> machinations persistently executed by 'legislatures', 'executives', 'judges', "attorneys" (7 CJS §3-11; Bouvier, L. Dict.; Webster, Amer. Dict., 1st ed; Freneau, "Converting ... "; cites herewith) for "perverting" America to "most closely resemble what we see in the UK, in Norway, in Finland, in Sweden", ss., "monarchy" ("AOC": July, 2018, Jan. 2019, *e.g.*, "orange") in "Commonwealth of Nations", are "**un**-lawful", "**im**moral", "acts and omissions" <u>deliberately</u> committed by "Public", "corporate", Officers and Agents, which "unquestionably constitutes" "**Betrayals**" of "Oath of Office", severally, and "irreparable injury" upon Petitioner *Qui Tam in extremis, ipse,* Americans generally, ss., "Petit-treasons" (Hilliard, Torts; Story, Agency; Kent, Comm; Bouvier, L.Dict.; South v. Md.; Ex p Milligan; U.S. v. Hall; U.S v. Lee; Slaughter House Cases; Yick Wo v. Hopkins; Orient Ins. v. Daggs; Cicero, *Second Oration,* herein; cites herewith), to wit:

The "Constitution" repeatedly uses the term, "**citizens of the United States**", **not** "U.S. citizen", to wit:

• "Identity ordinarily connotes exactness." Gordon v. Gordon; Tucker, Comm.; Bouvier, L.Dict.;

• "nothing like or similar is the same, no likeness is exact identity." Coke, Rep.; Coke Inst.; Bl. Comm.;

**America's Founders** gave that "constitutionally guarantied" term the following definition based upon "Law of Nations" (Vattel) and "English Common Law" as it "applied to their circumstances" (cites herewith), thus:

• "A citizen of America is a citizen of the general government, and is a citizen of the particular State in which he may reside. ... In forming the general government we must forego our local habits and attachments, lay aside our State connections, and act for the general good of the whole. The general government [ss., "Government of the United States" **not** "U.S. government"; **not** "U.S. citizen", &c] is not an assemblage of States, but of individuals." James Wilson, Const'l. Conv., Phila., Penna., 1787-88; Madison, Notes; Yates, Mtgs.; Upshur, Enquiry; Taylor, View; Taylor, Inquiry; Taylor, Construct.; Taylor, Tyranny; Tucker, Comm.; Kent, Comm.; Slaughter House Cases; U.S. v.Hall; So. Carolina v. U.S.; Dewey, Naturalization; Mechem, Public Office; *e.g.*;

Whereby, "Preamble" opens with the clause, thus: "We the People of the United States,"

> **Note:** The infamous decision for Scott v. Sandford by Ch.J. Taney generated <u>much</u> "Dissenting" debate which reveals <u>*substantive*</u> <u>*imperative*</u> Historical information, ss., "contemporaneous exposition" (*ante*), that was <u>deliberately</u> **_evaded_** by Taney, and which the "14th Article of Amendment" was **_intended_** to **_finally_** **correct:** Whereas, "officers", such as, Biden, Harris, "AOC", Others too <u>numerous</u> to list severally, deliberately **_wrongly_** "Represent" "the true intent and meaning of the" (Cohens v. Va.; cites herewith) "14th Article of Amendment" and of "citizenship" and of "Law of the Land" "at defiance" (*ante*) to "the Constitution and" to "the law of the land" and to **_Their_** "Solemn" "Oath of Office", severally, with *de facto* "immunity" or "impunity" (South v. Md.; U.S. v. Lee; Bigelow, Fraud; Mechem, Public Office; *e.g.!*

"1st Art. of Amend." is not **intended** to protect falsehoods or libels or slanders or mis-representations or petit-treasons, , see, Tucker, Comm.; Kent, Comm.; Hilliard, Torts; Bigelow: Torts, Estoppel, Fraud; Story, Agency; Story, Contracts; *e.g.*;

"Fourteenth Article of Amendment, Section 1" unequivocally "defines" "Citizenship" in conformance with the forgoing definition from 1788, and that Amendment <u>is</u>, *per se*, "the Equal Rights Amendment" for "any person", "citizen" or not — which does **not** **intend** that non-citizens are <u>identical</u> to "Citizens" or that "children" of **non**-citizens have some 'legal' exemption from the "uniform rule of Naturalization" (Wilson, Vattel), but that they all are "guarantied" the same "due process of law": Yick Wo v. Hopkins; Slaughter House Cases; U.S. v. Hall; *per se* — but, like so much of "Constitutional Principles" and" "the law of the land", is **not** "obeyed" or "enforced" by "those intrusted with power" (Jefferson, 1781) "pursuant to" "the true intent and meaning of the" "Amendment" and of "the law of the land", ss., "at defiance" to "contemporaneous exposition" and to "*res judicata*" and to "*stare decisis*" and to "Solemn" "Oath of Office", severally, to wit:

The "true intent and meaning of the" "14th Art. of Amend. §1" is preserved in detail, in Official Records of Congress and "**Ratified**" by "the several States of the Union" as of 1868, thus:

**From** Congressional Globe, 39th Congress, 1st sess, at 2765, *et seq.*, to wit:

- "A citizen of the United States is held by the courts to be a person who was born within the limits of United States and subject to their **[Note:** "their" not "its"!!!**]** laws. ... to put the citizens of the several States on an equality with each other as to all fundamental rights, a clause was introduced into the Constitution declaring that, 'the citizens of each State shall be entitled to all the privileges and immunities of the citizens of the several States.' the effect of this was to constitute *ipso facto*[sic] the citizens of each one of the original States citizens of the United States. And how did they antecedently become citizens of the several States? By birth or by naturalization. They became such by virtue of national law, or rather natural law [Rutherforth, Inst.] which recognizes persons born within the jurisdiction of every country as being subjects or citizens of that country. Such persons, therefore, were citizens of the United States as were born in the country or were made such by naturalization; and the Constitution declares that they are entitled as citizens to all the privileges and immunities of citizens in the several States. They are, by constitutional right[sic], entitled to these privileges and immunities, and may assert this right and these privileges and immunities, and ask[sic] for their enforcement whenever they go within the limits of the several States of the Union."

> At this point of His committee report, Mr. Howard (proxy for ailing Chairman Fessenden) rambles about the "meaning" of "privileges and immunities" and quotes Justice Washington from Corfield v. Coryell at length, which is courteously omitted here for brevity. However, as a note of "Precedent", Justice Washington was previously quoted at length from Corfield v. Coryell in Calder v. Bull (*q.v.*);

**Now,** to **continue** from Mr. Howard's Report on "14th Art. of Amend., §1", thus:

- " — to these [aforedescribed "privileges and immunities"] should be added the personal rights **[**absolutely not "civil rights", see Webster, *ante*!**]** guarantied and secured by the first eight amendments of the Constitution; ..."

> Mr. Howard here recites the "Bill of Rights" which, again, is courteously omitted for brevity and clarity to the "Subject-Matter", ss., the evasions or subversions or perversions, &c, of *res judicata*, of *stare decisis*, of "contemporaneous exposition" (Cohens v. Va.; cites herewith) of "citizenship" increasingly "controverted";

**To** continue from Mr. Howard's Report on "14th Article of Amendment, §1", thus:

- "The great object of the first section of this amendment is, therefore, to restrain the power of States and to compel them at all times to respect these great fundamental guarantees[sic]. ... by the fifth section of this amendment, which declares that, 'the Congress shall have power to enforce by appropriate legislation the provisions of this article.' Here is a direct affirmative delegation of power to Congress to carry out all the principles of all the guarantees[sic], ... The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but any person, whoever he ["he" in this context, as for "man" in "The unanimous Declaration" (1776), implicitly comprehends and encompasses both male and female genders — refuting what far too many today erroneous pretend!] may be, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. this abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... I look upon the first section taken in connection with the fifth, as very important. It will, It will, if adopted by the States, forever disable every one of them from passing laws trenching upon these fundamental rights and privileges which pertain to citizens of the United States, and to persons who may happen to be within their jurisdiction. It establishes equality before the law, and it gives to the humblest, the poorest, the most despised of the race [ss., "mankind"] the same rights and the same protection before the law as it gives to the most powerful, the most wealthy. That, sir, is republican government, as I understand it, and the only one which can claim the praise of a just Government. Without this principle of equal justice to all men and equal protection under the shield of the law, there is no republican government and none that is really worth maintaining."

**Note:** "republican government", ***absolutely*** **not**, "our democracy" nor "democratic socialism" nor "liberal democracy" nor "liberal internationalism" nor "monarchy", &c, &c, as currently peddled***!!!*** Fraud, Lies, Perfidy, "treason to the constitution" (Cohens v. Va.), "Petit-treason" (Hilliard, Torts), *e.g.*;

At this point, Mr. Howard continues the committee report discussing "suffrage" and the subsequent sections of the 14th Art. of Amend. which are not imperatives to the current "Subject-Matter" wrongly "in Controversy", except to note that currently "citizens of the United States" (Petitioner *Qui Tam in extremis*, *ipse*) **are** **deprived all** "fundamental rights" and "privileges and immunities" which 14th Art. of Amend, "intended" to "irrefutably" "secure and guaranty", not merely for "suffrage": the States, or "STATES", "the courts", "corporate" "officers" and "agents", "from the highest to the lowest" (U.S. v. Lee) are only acknowledging "fictitious" entities "totally **un**known" to the Constitution, that of "U.S. CITIZEN"[sic], ss., "**HUMAN CAPITAL**"!!! (see gov't. web-sites). "*Flagitiously*" 14th Art. of Amend. is **not** "obeyed" or "enforced" by "the courts", 'legislators', 'executives', 'police', "from the highest to the lowest," (U.S. v. Lee; *e.g.*) within "the United States" or within "the several States of the Union" or within the "Territories": For example, Petitioner *Qui Tam in extremis*, *ipse*, has been **disdainfully castigated**, Slandered, Libeled, Assaulted, by professed 'judges', 'attorneys', 'police', repeatedly, using "falsified official Records", thus:

- "You have no rights!" "The law does not apply!" "The Constitution is irrelevant!" "No body can question the government!" (Abbott, Kutnick, Anastasiasdis, Ables, Brown, Emerson, Monroe, Chapa, Maguire, numerous Others); South v. Md.; U.S. v. Lee; U.S. v. Hall; Elrod v. Burns; cites herewith;

So much for "Bill of Rights", "14[th] Art. of Amend.", "Law of the Land", "Oath of Office"*!!* Williams v. U.S.; Bounds v. Smith; Cummings v. Mo.; Boyd v. U.S.; Cohens v. Va.; Wynehamer v. People; Orient v. Daggs; cites herewith:

- "Silence can only be equated with fraud," U.S. v. Tweel; U.S. v. Throckmorton; Bigelow, Fraud; Story, Agency;
- "Error artfully disguised is, in many instances, more probable than naked truth; and frequently error overwhelms truth by its show of reason." Coke, Rep.; Bouvier, L. Dict.;
- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.;
- "fraud vitiates the most solemn contracts documents even judgments." U.S. v. Throckmorton; Bigelow, Fraud;

Having now 'salvaged' "the true intent and meaning of the" "14[th] Art. of Amend." from the original Records of Congress at "Library of Congress", Washington, D.C. — We "***Resurrect***" "contemporaneous exposition", thus:

- "Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all the privileges and immunities secured by the constitution of the United States to citizens thereof. ... From these provisions [in 14[th] Article of Amendment §1] it follows clearly, as it seems to us, that congress has the power, by appropriate legislation, to protect the fundamental rights of citizens of the United States against unfriendly or insufficient state legislation, for the fourteenth amendment not only prohibits the making or enforcing of laws which shall abridge the privileges of the citizen, but prohibits the states from denying to all persons within its jurisdiction the equal protection of the laws. Denying includes inaction as well as action, and denying the equal protection of the laws includes the omission to protect, as well as the omission to pass laws for protection. The citizen of the United States is entitled to the enforcement of the laws for the protection of his fundamental rights, as well as the enactment of such laws. Therefore, to guard against the invasion of the citizen's fundamental rights, and to insure their adequate protection, as well against state legislation as state inaction, or incompetency, the amendment gives congress the power to enforce its provisions by appropriate legislation. And as it would be unseemly for congress to interfere directly with state enactments, and as it cannot compel the activity of state officials, the only appropriate legislation it can make is that which will operate directly on offenders and offenses,

and protect the rights which the amendment secures. ... it must be remembered that it is for the purpose of protecting federal[sic] rights, and these must be protected even though it interfere with state laws or the administration of state laws. We think, therefore, that the right of freedom of speech, and the other rights enumerated in the first eight articles of amendment to the constitution of the United States, are the privileges and immunities of citizens of the United States, that they are secured by the constitution, that congress has the power to protect them by appropriate legislation." U.S. v. Hall; Congr'l. Globe, 39th Congr., 1st sess., 2765; Hale v. Henkel; Kent, Comm.; Slaughter House Cases; Ex p. Va.; Ex p Curtis; Merritt v. Welsh; Trop v. Dulles; *e.g.*;

Having "contemporaneous exposition" **returned** into the "Light-of-Day", We now turn to *"stare decisis"* "founded" upon *"res judicata"* herein declared, thus:

**From** "Supreme Court of the United States"[sic], Slaughter House Cases, "enforcing" 14th Art. of Amend., to wit:

• "to establish a clear and comprehensive definition of citizenship which should declare what should constitute citizenship of the United States, and also citizenship of a State, the first clause of the first section was framed. 'All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.' The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt. The phrase, 'subject to its[sic] jurisdiction' was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign States born within the United States. ... " Slaughter House Cases; Stanton v. Baltic Mining; Edwards v. Cuba R.; Eisner v. Macomber; So. Pacific v. Lowe; Clark v. Titusville; Stewart Dry Goods v Lewis; Valentine v. Great A & P Tea; So. Carolina v. U.S.; Cummings v. Mo.; Chisholm v. Ga.; Cohens v. Va.; Greene v. Briggs; So. Carolina v. U.S.; Boyd v. U.S.; Ex p. Milligan; Tucker, Comm.; Chipman, Principles of Government; Story, Agency; Hale v. Henkel; Trop v. Dulles; Dewey, Naturalization; Mechem, Public Office; 15 USC 17; 28 USC 1746; cites herewith;

**Continuing** from Slaughter House Cases, thus:

• "... And quoting from the language of Chief Justice Taney in another case, it is said 'that *for all the great purposes for which the Federal government* was established, we are one people, with one common country, *we are all citizens of the United States.*[sic]" Slaughter House Cases; Ex p Va.; Stanton v. Baltic Mining; Edwards v. Cuba R.; Eisner v. Macomber; So. Pacific v. Lowe; Clark v. Titusville; Stewart Dry Goods v Lewis; Valentine v. Great A & P Tea; So. Carolina v. U.S.; Chisholm v. Ga.; Cohens v. Va.; Cummings v. Mo.; Ex p. Milligan; U.S. v. Hall; U.S. v. Lee; Boyd v. U.S.; Chipman, Princ. of Gov't; Story, Agency; Dewey, Naturalization; Mechem, Public Office; cites herewith;     Still not "**_manifest_**"!!!

Nothing can be any plainer, **un**-ambiguous, to Honest, Intelligent, Thinking Individuals than, "The phrase, 'subject to its jurisdiction'[sic] was **intended** to **exclude** from its operation **children** of ministers, consuls, and **citizens** or **subjects** of **foreign** **States** **born** **within** **the** **United** **States**." (*ante*; **Emphases** added.) "U.S. citizen" "unquestionably constitutes" "falsification of official Records";

"Flagitiously, "attorneys", "Public" Officers, "politicians", like many-too-many others, *Ignorantly* or deliberately profess that **_all_** children born within the United States or any of them of parents **not** "native" "citizens of the United States" or **not** "Naturalized citizens of the United States" are spontaneously American "Citizens" merely by their "place of birth", even tho' the parents are not "Citizens of the United States" (to be deliberately redundant!) "at defiance" to "Law of the Land" and to *"res judicata"* and to "contemporaneous exposition" and to "Solemn" "Oath"; Such dogma (to be kind) is most "treacherously" (Bouvier, Law Dict.) **grossly False** "Representations"

of "Law of Nations", of "International Law", in addition to **ineffably** "**flagitious**" "Representations" of "the true intent and meaning of" "Constitution of the United States" and of the "Law of the Land" upon which "the Constitution" and "America" and "Solemn" "Oath of Office", severally, are founded***!!!*** (Nelson v. Carland; So. Carolina v. U.S.; cites herewith). The only "lawful"-"constitutional" means for changing the foregoing definition publicly and Formally declared by "America's Founders" to Congress and the "contemporaneous" (Cohens v. Va.) Courts (cited herewith) is thru the "Constitutionally Defined" "Amendment Process" (Const., Art. V, *per se*) — **which has never been initiated nor completed** for such an action***!!!*** ___***All***___ else "unquestionably constitutes irreparable injury", "Fraud", "Perfidy"; "Violations": of "the Constitution", of "Law of the Land", of "Solemn" "Oath of Office", of "Fiduciary Duty", of "Public Duty", ss., in the words of the "Supreme Court of the United States"[sic] for Cohens v. Va., thus:

"<strong><em>treason to the constitution</em></strong>" ss.,

"our current problems" (*ante*). Also see: Calder v. Bull; Chisholm v. Ga.; Van Horne's v. Dorrance; Guardians v. Green; Hoke v. Henderson; Wynehamer v. People; Pawlet v. Clark; Greene v. Briggs; Story, Agency; *e.g.*;

**Continuing** from Slaughter House Cases:

- " 'Protection by the government; the enjoyment of life and liberty, with the right to acquire and possess property of every kind, and to pursue and obtain happiness and safety, subject, nevertheless, to such restraints as the government may justly prescribe for the general good of the whole; the right of a citizen of one State to pass through, or to reside in, any other State for purposes of trade, agriculture, professional pursuits, or otherwise; to claim the benefit of the writ of *habeas corpus*[sic]; to institute and maintain actions of any kind in the courts of the State; to take, hold, and dispose of property, either real or personal; and an exemption from higher taxes or impositions than are paid by the other citizens of the State[**not** so today**!**], may be mentioned as some of the particular privileges and immunities of citizens which are clearly embraced by the general description of privileges deemed to be fundamental.' It is pertinent to observe that both the clause of the Constitution referred to, and Justice Washington in his comment on it, speak of the privileges and immunities of citizens *in*[sic] a State; not of citizens *of*[sic] a State. It is the privileges and immunities of citizens, that is, of citizens as such, that are to be accorded to citizens of other States when they are found in any State; or, as Justice Washington says, 'privileges and immunities which are, in their nature, fundamental; which belong, of right, to the citizens of all free governments.' *** citizenship is not an empty name, but that, in this country at least, it has connected with it certain incidental rights, privileges, and immunities of the greatest importance. And to say that these rights and immunities attach only to State citizenship, and not to citizenship of the United States, appears to me to evince a very narrow and insufficient estimate of constitutional history and the rights of men, not to say the rights of the American people. *** And these privileges they would enjoy whether they were citizens of any State or not. Inhabitants of Federal[sic] territories and new citizens, made such by annexation of territory or naturalization, though without any status as citizens of a State, could, nevertheless, as citizens of the United States, lay claim to every one of the privileges and immunities which have been enumerated; *** The granting of monopolies, or exclusive privileges to individuals or corporations, is an invasion of the right of others to choose a lawful calling, and an infringement of personal liberty. It was so felt by the English nation as far back as the reigns of Elizabeth and James. A fierce struggle for the suppression of such monopolies, and for abolishing the prerogative of creating them, was made and was successful. The statute of 21st James, abolishing monopolies, was one of those constitutional landmarks of English liberty which the English nation so highly prize and so jealously preserve. It was a part of that inheritance which our fathers brought with them. This statute abolished all monopolies except grants for a term of years to the inventors of new manufactures. This exception is the groundwork of patents for new inventions and copyrights of books. These have always been sustained as

beneficial to the state. But all other monopolies were abolished, as tending to the impoverishment of the people and to interference with their free pursuits. And ever since that struggle no English-speaking people have ever endured such an odious badge of tyranny. *** It is futile to argue that none but persons of the African race are intended to be benefited by this amendment. They may have been the primary cause of the amendment, but its language is general, embracing all citizens, and I think it was purposely so expressed. The mischief to be remedied was not merely slavery and its incidents and consequences; but that spirit of insubordination and disloyalty to the National government which had troubled the country for so many years in some of the States, and that intolerance of free speech and free discussion which often rendered life and property insecure, and led to much unequal legislation. The amendment was an attempt to give voice to the strong National yearning for that time and that condition of things, in which American citizenship should be a sure guaranty of safety, and in which every citizen of the United States might stand erect on every portion of its soil, in the full enjoyment of every right and privilege belonging to a freeman, without fear of violence or molestation. But great fears are expressed that this construction of the amendment will lead to enactments by Congress interfering with the internal affairs of the States, and establishing therein civil and criminal codes of law for the government of the citizens, and thus abolishing the State governments in everything but name; or else, that it will lead the Federal courts to draw to their cognizance the supervision of State tribunals on every subject of judicial inquiry, on the plea of ascertaining whether the privileges and immunities of citizens have not been abridged. ... Very little, if any, legislation on the part of Congress would be required to carry the amendment into effect. Like the prohibition against passing a law impairing the obligation of a contract, it would execute itself. The point would be regularly raised, in a suit at law, and settled by final reference to the Federal court. As the privileges and immunities protected are only those fundamental ones which belong to every citizen, they would soon become so far defined as to cause but a slight accumulation of business in the Federal courts. Besides, the recognized existence of the law would prevent its frequent violation. But even if the business of the National courts should be increased, Congress could easily supply the remedy by increasing their number and efficiency. The great question is, What is the true construction of the amendment? When once we find that, we shall find the means of giving it effect. The argument from inconvenience ought not to have a very controlling influence in questions of this sort. The National will and National interest are of far greater importance. *** The language employed is unqualified in its scope. There is no exception in its terms, and there can be properly none in their application. By the language 'citizens of the United States' was meant all such citizens; and by 'any person' was meant all persons within the jurisdiction of the State. No distinction is intimated on account of race or color. This, court has no authority to interpolate a limitation that is neither expressed nor implied. Our duty is to execute the law, not to make it. The protection provided was not intended to be confined to those of any particular race or class, but to embrace equally all races, classes, and conditions of men. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Nelson v. Carland; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congr. at 2765, *et seq.*; Congressional Globe, 42nd Congr. at 374, 394, 429; So Pac v. Lowe; 15 USC 17; cites herewith;

**Still not "*manifest*"!!!**  "our current problems" (Reagan, 1985);

"At defiance" to the the above **Law**, "monopolistic", large, "inter-state", "multi-national" or "conglomerate" "corporations" and "mergers", perpetuities", have <u>dominated</u> America's economy, governance, Americans generally <u>increasingly</u> for **150** years thru which "capitalism" was <u>foisted</u> upon Americans deliberately "supplanting" (R. Pound, Future) America's original economy based upon **Private**-Enterprise" under "the law of the land" (Smith, Wealth of Nations; Tucker, Comm.; Kent, Comm.; Story, Contr.; Story, Agency; Story, Eq. Jur.; Gibbon, Decline And Fall Of The Roman Empire; Marx, Das Kapital; Canetti, Crowds And Power; *e.g.*) <u>inflicting</u>

radically increasing inflation in the "Cost-of-Living" since 1919, *post*; Congress, **not** "President" (Trump, *per se*), **not** "the FED", have Authority to "regulate" interstate and international "commerce", ss., Trump has **no** "constitutional" Authority to "approve" corporate mergers, especially between an American entity and a "foreign" entity, **recently**, "Nippon":

"We've lost our sovereignty as a Nation." J. Pirro, March 2024 (orange):

- "if we can but prevent the government from wasting the labours of the people, under the pretence of taking care of them, they must become happy.[sic]" Jefferson (1802);

    **Still not** "*manifest*"!!! "our current problems" (Reagan, 1985) *inflicted* by "*leaders*" of "our democracy"!!!

- "When this government was first established, it was possible to have set it a going on true principles. but the contracted, English, half-lettered ideas of Hamilton destroyed that hope in the bud. we can pay off his debt in 15. years: but we can never get rid of his financial system. it mortifies me to be strengthening principles which I deem radically vicious. but this vice is entailed on us by a first error." Jefferson (1802);   **Whereby**,

"Cost-of-Living" has escalated nearly **18,000%** since the dubious creation of the "Federal Reserve", to wit: **5,000** "Dollars lawful money of the United States" (Parsons: Rights, Business Law; Const., Art. I §§8, 10) in **1919** is equivalent to **$91,000** of **2024** "FEDERAL RESERVE NOTE" "dollars"!!! Furthermore, America's economy was not founded on the "practices" of "Capitalism" (Marx-Engel, Das Kapital, *e.g.*): It was founded upon the "Principles" of "Private Enterprise" under "the law of the land" (Journal of Congress, vol. I, pp., 28-30, 69; Paine, Rights of Man; Smith, Wealth of Nations; Chisholm v. Ga.; Story, Agency; Tucker, Comm.; Kent, Comm.; Nelson v. Carland; Ex p Milligan; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Marshall v. Balto. & O RR; Ex p Wall; Bouvier, L.Dict.; 7 CJS §§3 - 11; Hepburn v. Griswold; Gordon v. Gordon; Merritt v. Welsh; McCracken v. Hare; Ex p Curtis) — "Capitalism" was *foisted* upon Americans during the excesses of the professed "Gilded Age" and by the "Progressive" movement with the infliction of "FEDERAL RESERVE", (emulating "Bank of England", from which America's Founders extricated America, or "Vatican Bank") with excessive levels of **un**-productive "bureaucracies" (Jefferson, herein) and with insidious "facilitations" from "those intrusted with power[sic]" (Jefferson) such as Nelson Aldridge, Woodrow Wilson, *e.g.*, "artfully disguised" (Coke, Rep., *ante*) as "reforms", as "civil rights[sic]" (herein), as "equality", as "equity", as "living constitution", as "New Freedom" (Wilson, *et alii*), as "New Deal", as "necessity", as "reparations", as "change" (Obama), as "fundamental American values" ("AOC", Pelosi, Clintons, numerous Others), as "our democracy" (Biden, Harris, Trump, Johnson, Pelosi, Jeffries, Roberts, Jackson, Kagan, Barrett, Crockett, "AOC", Schiff, Cruz, Schumer, Clintons, Obama, Others **too numerous** to list severally), increasingly "under government as we've known it since the New Deal." (Weiner, Brennen Center); See: Bigelow, Fraud; cites herewith; *e.g.* Curiously, or perfidiously, after the infliction of "the FED" in 1914, the worst economic disaster in history occurred, now known as "the Great Depression", with the "Stock Crash" of 1929 which continued well into the 1940's with FDR's "social programs" and WWII creating escalating "national debt". "The FED" was **un**-lawfully given a "monopoly" and "perpetuity" by "Congress" **without** "Constitutional Authority" to do so — an increasingly common "practice" (Slaughter House Cases; Tucker, Comm.; Kent, Comm.; Story, Agency; cites herein; *e.g.*) for **more** than **100 years**. By "Constitutional Principles", "the law of the land", Law of Agency, "the FED" having been 'created' by "Congress" cannot be "independent" of Congress. Secondly, "the Constitution" "delegates" to "Congress" Authority to "regulate" (not "dictate") "interstate" and "international" "commerce". "The FED" is integrally involved in both "interstate" and "international" "commerce", hence, "by Law" (cites herewith) must be "regulated" by "Congress" and "the President" is **lawfully** "obliged" to "execute" all "**lawful**" "regulations" "Congress" enacts "pursuant to" "the law of the land". Perfidiously, professed "experts", "corporate" and "public" officers and agents and "the Media are again **wrongfully** "representing" to Americans generally that Trump is trying to destroy the "independence" of "the

FED"! "The FED" can**not** be "**lawfully**" "independent" of Congressional "Regulation"*!!!* Trump's current tactic targeting <u>one</u> individual inside "the FED" is <u>merely</u> another example of "hacking at the branches of evil" rather than "striking at the root" (Thoreau, Walden)*!!* See, Andrew Jackson's "Veto" of "the Bank" & His Gravestone, *per se*;

Furthermore, when Petitioner *Qui Tam in extremis, ipse*, was a child, His Family of <u>five</u> lived comfortably on **100 Dollars** "lawful money of the United States" per week earned by His Father. A loaf of good-quality bread originally cost **less** than **$1:** whereas, today a good-quality loaf of bread costs **$10** (sold by the half-loaf to reduce "sticker-shock")*!!!* A "Big Mac" cost "45 cents" in 1967: whereas, today the price is **more** than **ten times** that original price*!!!* Today, Petitioner *Qui Tam in extremis, ipse*, **cannot** obtain enough groceries for **one week** for **$100** for **Himself**, alone — Things are ***very*** wrong *!!!*

Furthermore, "under government as we've known it since the New Deal" (Weiner) and "the FED", the "fundamental American Principle" of "Right" to "own" and "use" "Property" (Kent, Comm.; Tucker, Comm.; Smith, Wealth of Nations; Orient Ins. v. Daggs; "Notes Annex", cites herewith) was <u>insidiously</u>, or <u>deceitfully</u>, "**supplanted**" by "systemic" "Violations of 'Law of Contracts' and 'Law of Agency'" (Story, Contracts; Story, Agency; Kent, Comm.; Tucker, Comm.; Story, Eq. Jur.; Bigelow, Fraud; Bigelow, Estoppel; *e.g.*) with **lawfully defective** "conveyance" of "Title". Furthermore, "Full Disclosure" and "Meeting of the Minds" and "Equal Exchange of Value" are **certain** "fundamental Principles" which are **abandoned** by "corporate" and "public" officers and agents and "the courts" "under government as we've known it since the New Deal": whereby, Americans do not obtain **lawful** Title when they try to obtain a house or an automobile ("motor vehicle") or "insurance", *e.g.* — Americans <u>insidiously</u> obtain mere "*usurfruct*" under the **burden** of <u>perpetual</u> "**usurious** loans" ("peonage" using "amortization schedules" "unknown" to "the law of the land" and <u>Violating the Law of Contracts</u> "Principle" of "equal exchange of value", *e.g.*) and <u>mere</u> "color-of-title" ("Ponzi") **un**-lawfully subjecting Them (Us) to the ever-changing "code", "policy", "regulation", "practice", "procedure", "discretion", wages, salaries, "benefit-packages", &c, that "corporate" and "public" officers and agents **persistently increase** for <u>themselves</u> insidiously destroying "Prosperity" for Americans generally — "the courts" collaborate in the deceptions (Chisholm v. Ga.; Van Horne's v. Dorrance; Calder v. Bull; South v. Md.; Greene v. Briggs; Murray's v. Hoboken; Nelson v. Carland; Ex p Milligan; Cummings v. Mo.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; Ex p Grossman; "Notes annex"; cites herewith) for **protecting** "the system", as demonstrated by the "Facts" and cites herewith. "WARRANTEE DEED" or "WARRANTY DEED", "CERTIFICATE OF TITLE", are not "conveyance" in "fee simple absolute" (Kent, Comm.; Tucker, Comm.; Bouv., L.Dict.; cites herewith) "guaranteed by the Constitution and by the law of the land" and further "guarantied by" "Solemn" "Oath of Office", severally, which each and every "public" officer and agent, severally, ***freely*** and ***deliberately*** gives upon entering office, "elected" or "appointed"*!!!* As Chief Justice E. Warren wrote, "If you don't know your rights you don't have any." <u>Perfidiously</u>, "under government as we've known it since the New Deal", America's "education" 'system' has been severely **diluted** and Americans, "Native" and "Naturalized", are **deliberately *not*** "taught" "your rights" and "how to exercise them" (Parsons, Rights), hence, <u>mere</u> "HUMAN CAPITAL" are <u>insidiously</u> "manipulated" by "professionals", "experts", "attorneys" (Champerty, Contumacy, *e.g.*, Bouvier, L.Dict.), of "the system" for their "personal gains" and ensuring the continuance of "the system" Subverting "the Constitution and" "the law of the land" (Bigelow, Fraud; Nelson v. Carland; Kent, Comm.; Tucker, Comm.; Smith, Wealth of Nations; "Notes Annex"; cites herewith) and " Individual Rights". The original "fundamental American Principles" of "Sound Reason and Prudence" were "perverted" (Jefferson, 1781) or "subverted" by "those intrusted with power" (*ante*) and by the <u>torpor</u> of "the courts" exercising Their "Constitutional Duty" to "preserve" "the Constitution and" "the law of the land" as <u>originally intended</u> (Cohens v. Va.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Ex p Grossman; U.S. v. Lee; Nelson v. Carland; South v. Md.; cites herewith) by "America's Founders";

- "We are then to regard the Revolution [1764-1816] and these Acts of Assembly as emancipating every acre of the soil of Pennsylvania from the grand characteristic of the feudal system. Even as to the lands held by the proprietaries themselves, they held as other citizens held, under the Commonwealth, and that by a title purely allodial. All our lands are held mediately or immediately of the state, but by titles purged of all the rubbish of the dark ages, excepting only the feudal names of things not any longer feudal." Wallace v. Harmstad;

- "purely allodial ... the land possessed by a man in his own right, without owing any rent or service [*e.g.*, "property tax"] to any superior." Ss., "the STATE", or, "the State". McCartee v. Orphan Asylum; Pollard's v. Hagan; Cooley, Const. Lim.; Boyd v. U.S.; Entick v. Carrington; Milano v. Patterson; Appeal of Medinger; Bostock v. Sams; Sioux Falls v. Kirby; Hays v. City; Cutrona v. Mayor; Ignaciunas v. Risley; Lachtman v. Houghton; Volander v. Hokenson; Dallas v. Mitchell; West Palm Beach v. State; "Notes Annex"; *e.g.*;

Whereas, "under government as we've known it since the New Deal" (Weiner, Brennen Center), "Deed in fee simple" (Kent, Comm.) was insidiously, "**un**lawfully", "**un**constitutionally", "supplanted" (R. Pound, Future) by mere "color-of-title" labeled, thus: "WARRANTY DEED", which "unquestionably constitutes irreparable injury" (Elrod v. Burns; cites herewith), "Fraud" (Bigelow, Fraud; Hilliard, Torts; Story, Ag.; Story, Contr.; *e.g.*);

Furthermore, **knowing** that "Rights" are "absolute" (Orient Ins. v. Daggs; *e.g.*) and that a "lawful" ("enforceable") contract must "have a lawful purpose" and "give an equal exchange of value" and "give full-disclosure", **then** no One may "lawfully" "waive your rights" by "contract" **nor** by any other means — ss., "unalienable" *!!!* "Mortgages', 'auto loans', 'credit cards', *per se*, are "*usurious*", insidiously Violate those "Constitutional Principles" and "American Law of the Land" to which each and every Legislator, Executive, Judicial Officer and Agent *freely* and deliberately gave "Solemn" "Oath of Office", severally, for Their "Faithful" "obedience", (Legal Tender Cases; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Marshall v. Balto. & O RR; South v. Md.; U.S. v. Lee; U.S. v. Hall; Ex p Wall; Hepburn v. Griswold; Kent, Comm.; Story, Eq. Jur.; "Notes Annex"; cites herewith; *e.g.*);

That is **not** a "stable" or "well-managed" or "constitutionally" "**lawful**" "economy" or "society" ("Ponzi", "usury") *!!!*

- "I, however, place economy among the first and most important republican virtues, and public debt as the greatest of the dangers to be feared." Jefferson (1816); Jefferson, Notes on The State of Va. (1781); Jefferson, Dif--fusion of Knowledge (1779); Paine, Rights of Man; Rutherforth, Inst.; Tucker, Comm.; cites herewith;

Today "under government as we've known it since the New Deal" (Weiner, herein) "Private Enterprise" "pursuant to" "the Constitution" and to "the law of the land" is "supplanted" by "incorporation" as "small business" or "corporate-sole", &c., eliminating their "independence" and severely limited to "frivolous" activities and "frivolous" objects subject to increasingly harsh "codes" or "policy" or "practice" or "regulation" or "license" or "permit", &c, from professed 'government': whilst "essential", "substantive" or "utilitarian" objects are "monopolized" or "manipulated" by large "perpetual", "conglomerate" or "multi-national" "corporate entities" inflicting pandemic **pollution**, invading, distorting, perverting, draining, America's Economy and Society (Harrison, "Roller Ball Murder", *Esquire*, 1973) — even the "churches", or "religious" institutions and "Denominations" and Philanthropies or "Charities" — as with "school districts" — have been perverted into commercial or public "corporations" subservient to "IRS" and other "codes" "at defiance" (U.S. v. Lee; others) to the "fundamental American Principles" or "fundamental Constitutional Principles" of "Separation of Church and State" (Jefferson, Madison, Mason, Adams), of "Private Enterprise" (Smith, Wealth of Nations; Marx-Engel, Das Kapital; *e.g.*), of "self-governance", of "self-reliance", of "independence", of "responsibility", of "Prosperity", under "the law of the land" ("Rule of Law"):

- "I think my self that we have more machinery of government than is necessary, too many parasites living on the labor of the industrious. I believe it might be much simplified to the relief of those who maintain it." Jefferson;

- "We must reject in this case, as we have rejected in cases arising under the Corporation Excise Tax Act of 1909 (Doyle v. Mitchell Brothers Co., *ante*, 247 U.S. 179, and Hays v. Gauley Mountain Coal Co., *ante*, 247 U.S. 189) [sic], the broad contention submitted in behalf of the government that all receipts – everything that comes in – are income within the proper definition of the term 'gross income,' and that the entire proceeds of a conversion of capital assets, in whatever form and under whatever circumstances accomplished, should be treated as gross income. Certainly the term 'income' has no broader meaning in the 1913 act than in that of 1909 (see Stratton's Independence v. Howbert, 231 U.S. 399, 231 U.S. 416-417)," So Pac v. Lowe; Slaughter House Cases; Madison, Writings; Federalist Papers; Anti-Federalist Papers; Hilliard, Taxation; Smith, Wealth of Nations; cites herein;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Redfield v. Fisher, 73 A.L.R. 721; Rutherforth, Inst.; Paine, Rights of Man; Smith, Wealth of Nations; "Notes Annex"; cites herewith;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "The labor of a human being is not a commodity or article of commerce. ..." 15 USC §17; Madison, "Property" (1792); Slaughter House Cases; South v. Md.; U.S. v. Hall; U.S. v. Lee; Orient Ins. v. Daggs;; cites herewith;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "The [16th] amendment does not extend the power of Congress to tax income which, prior to 1913, it had no power to tax." Pollock v. Farmers' Loan; Brushaber v. Union Pac. R.; Stanton v. Baltic Min.; Type Realty v. Anderson; Peck & Co. v. Lowe; Evans v. Gore; Edwards v. Cuba R.; Bowers v. Kerbaugh-Empire; U.S. v. Hall; Cummings v. Mo.; Ex p. Milligan; So. Carolina v. U.S.; U.S. v. Hall; "Notes Annex"; cites herewith;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "The [16th] amendment, like other laws authorizing or imposing taxes, is not to be extended beyond the meaning clearly indicated by its words." Edwards v. Cuba R.; So. Pac. v. Lowe; "Notes Annex"; cites herewith;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "Income may be defined as the gain derived from capital, from labor, or both combined; provided it be understood to include profit gained through the sale or conversion of capital assets." Eisner v. Macomber; Bowers v. Kerbaugh-Empire Co.; U.S. v. Hall; Cummings v. Mo.; Ex p. Milligan; So. Carolina v. U.S.; others;

  Still **not** "***manifest***"*!!!* "our current problems" (Reagan, 1985);

- "Every man's house should be a perfectly safe refuge." Coke, Inst.; Clason v. Shotwell; Coke, Rep.; Kent, Comm.; U.S. v. Lee; Van Horne's v. Dorrance; Murray's v. Hoboken; Orient Ins. v. Daggs; S. Carolina v. U.S.;

- "A man's dwelling-house is his castle and fortress, not merely for his own personal protection, but also for the protection of his family and his property therein." Coke, Rep.; Broom, Max.; Curtis v. Hubbard; Tucker, Comm.; Kent, Comm.; U.S. v. Lee; Van Horne's v. Dorrance; Murray's v. Hoboken; Orient Ins. v. Daggs;

  *Not* **today** "under government as we've known it since the New Deal" (Weiner, Brennen Center)*!!!*

Whereby, *all* herewith "irrefutably" Proves "Quality of Life" thru-out America has persistently ***declined*** for "We the People of the United States" generally for **more** than **100 years** — regardless the new gadgetries and technologies*!!*

- "... the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his

rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant)[sic] a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights.[sic]" Hale v. Henkel; Trop v. Dulles; Bounds v. Smith; Williams v. U.S.;

**Not** today — "You have no rights!" "The Constitution is irrelevant." "The law does not apply." (Kutnick, Anastasiasdis, Abbott, Brown, Sherrill, Chapa, Maguire, Emerson, Ables, *e.g.*)**:**

**Not** today — with "ID", "REAL ID", "LICENSE", " 'phone number", "tracking", "monitoring", "trolling", "phishing", "mining", "backdoor", "trapdoor", "scanning", "registering", "applying", "vetting", "background-checks", "copy for the file", "policy", &c, &c, *nostra deceptio ad nauseum*, <u>everywhere</u>*!!!*

'land of the fee and home of the slave' —

No different, if not worse, than Nazi-occupied France during 1940-1945:

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Cohens v. Va.; Trezevant v. TAMPA; Hale v. Henkel; Trop v. Dulles; So. Carolina v. U.S.;

**Not** today with "ID", "REAL ID", "LICENSE", " 'phone number", "tracking", &c, &c, *ante*, <u>demanded</u> <u>everywhere</u> *!!*

- "the theory of necessity on which it is based is false." Ex p. Milligan; Cummings v. Mo.; Greene v. Briggs; Murray's v. Hoboken; Boyd v. U.S.; Orient Ins. v. Daggs; Calder v. Bull; Cohens v. Va.; Hale v. Henkel; *e.g.*;

"Stare decisis":

- "Our duty is to execute the law, not to make it. ...  Nowhere, than in this court ["Supreme Court of the United States"], ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765; Nelson v. Carland; Chisholm v. Ga.; Cohens v. Va.; Hale v. Henkel; U.S. v. Throckmorton; So. Carolina v. U.S.; *e.g.*;

"Where'd they go?" (Adele Invergordon);

**From** South Carolina v. U.S., to wit:

"We have in this Republic a dual system of government, National and state, each operating within the same territory and upon the same persons; ... The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted it means now. Being a grant of powers to a government its language is general, and as changes come in social and political life it embraces in its grasp all new conditions which are within the scope of the powers in-terms conferred. In other words, while the powers granted do not change, they apply from generation to generation to all things to which they are in their nature applicable. This in no manner abridges the fact of its changeless nature and meaning. Those things which are within its grants of power, as those grants were understood when made, are still within them, and those things not within them remain still excluded. As said by Mr. Chief Justice Taney in Dred Scott v. Sandford, 19 How. 393, 426:

'It is not only the same in words, but the same in meaning, and delegates the same powers to the Government, and, reserves and secures the same rights and privileges to the citizens; and as long as it continues to exist in its present form, it speaks not only in the same words, but with the same meaning and intent with which it spoke when it came from the hands of its framers, and was voted on and adopted by the people of the United States. Any other rule of construction would abrogate the judicial character of this court, and make it the mere reflex of the popular opinion or passion of the day.'

It must also be remembered that the framers of the Constitution were not mere visionaries, toying with speculations or theories, but practical men, dealing with the facts of political life as they understood them, putting into form the government they were creating, and prescribing in language clear and intelligible the powers that government was to take. Mr. Chief Justice Marshall, in Gibbons v. Ogden, 9 Wheat. 1, 188, well declared:

'As men whose intentions require no concealment, generally employ the words which most directly and aptly express the ideas they intend to convey, the enlightened patriots who framed our Constitution, and the people who adopted it, must be understood to have employed words in their natural sense, and to have intended what they have said.'

One other fact must be borne in mind, and that is that in interpreting the Constitution we must have recourse to the common law. As said by Mr. Justice Matthews in Smith v. Alabama, 124 U. S. 465, 478:

'The interpretation of the Constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history.'

And by Mr. Justice Gray in United States v. Wong Kim Ark, 169 U. S. 649, 654:

'In this, as in other respects, it must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. Minor v. Happersett, 21 Wall. 162; Ex parte Wilson, 114 U. S. 417, 422; Boyd v. United States, 116 U.S. 616, 624, 625; Smith v. Alabama, 124 U. S. 465. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 274.' "

Still **not** "_manifest_"!!!  "our current problems" (Reagan, 1985) _inflicted_ by "leaders" of "our democracy"!!!

In Cohens v. Va. "the Court" was even more adamant about "contemporaneous exposition" (_q.v._) and the sanctity of "the true intent and meaning of the" "Constitution" bluntly declaring _wrongful_ applications or representations or uses of the "powers" or "limitations" or terms therein, or of "the Law of the Land", thus:

**"treason to the constitution."**

Which unmistakably invokes Reagan's admonishment, thus:

• "The solution to our current problems is not government: Government is the problem." (May 1985);  Also,

• "There are a thousand hacking at the branches of evil to one who is striking at the root." Thoreau, Walden; America's Founders and 39th Congress were blunt with Their definitions and descriptions of "Citizenship", as with other "Fundamental American Values";

Still **not** "_manifest_"!!!  "our current problems" (Reagan, 1985);

Whereas, "under" "our democracy" (Roberts, "Year-end Rep."; Biden; Harris; Trump; Clinton; Obama; Pelosi; Warren; Sanders; "AOC"; numerous Others in _both_ "political" parties) _all_ activities and "Property" are "licensed", "taxed", "manipulated" and "controlled" by "those intrusted with power" (Jefferson, 1779) inflicting European-elitist-Marxist-socialist, _Totalitarian_, dogma "disguised" as "our democracy", "fundamental American values", "rule of law", &c, _nostra deceptio ad nauseam_, "_betraying_" Their "Solemn" "Oath of Office", severally, for creating a _mere_ "appearance of legitimacy" (B. Levinson, 2006) whilst "**Rights**" and "**Law**", "the Constitution", are "**honored**" "**only with lip service**" (Gideon v. Wainwright (**emphases** added); "Citizens United"; "FAITH AND ACTION"; **numerous** others; see "Lobbyist", _post_);

Increasingly thru-out the 20th Century a popular deception used is periphrasis about a "living constitution", implying that the words and clauses and powers used and declared in America's "Constitution" are nebulous and constantly changing for immediate "convenience" or "discretion" of "those intrusted with power", ss., "government". Whereas, such drivel does not _truly_ describe a "living constitution", nor does such nonsense "comply with" "Law of Contracts" and "Law of Agency" — a Constitution, or any "instrument", does not "live" unless and until "the true intent and meaning of the" "Constitution" (Cohens v. Va.; So. Carolina v. U.S.; cites herewith) is "loyally", "faithfully", "accurately", "honestly", "obeyed" and "enforced" "consistently", which America's Founders and early "Supreme Court of the United States"[sic] (Art. III) during the 18th- and 19th centuries **un**ambiguously and _repeatedly_ declared!!!  (See: Cohens v. Va.; South v. Md.; U.S. v. Lee; Ex p Milligan; So. Carolina v. U.S.;

Tucker, Comm.; Story, Agency; Story, Contracts; all herewith; *e.g.*); **No** "commercial" contract is considered in such a deceptive, nebulous, or "fluid," manner: the 'terms of the contract' are <u>strictly</u> "enforced" as written*!!!* The "Constitution" is **not** "***lawfully***" given such an absurd or appalling function or "laxity" or "latitude" or 'operation' by "Honest" or "Moral" Courts (Williams v. U.S.), Legislators, Executives, "law abiding" Individuals *!!!* to wit:

- "The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted it means now. Being a grant of powers to a government its language is general, and as changes come in social and political life it embraces in its grasp all new conditions which are within the scope of the powers in terms conferred. In other words, while the powers granted do not change, they apply from generation to generation to all things to which they are in their nature applicable. This in no manner abridges the fact of its changeless nature and meaning. Those things which are within its grants of power, as those grants were understood when made, are still within them, and those things not within them remain still excluded. ... It must also be remembered that the framers of the Constitution were not mere visionaries, toying with speculations or theories, but practical men, dealing with the facts of political life as they understood them, putting into form the government they were creating, and prescribing in language clear and intelligible the powers that government was to take." So. Carolina v. U.S.;

- "The argument from inconvenience ought not to have a very controlling influence *** The language employed is unqualified in its scope. There is no exception in its terms, and there can be properly none in their application. By the language 'citizens of the United States' was meant all such citizens; and by 'any person' was meant all persons within the jurisdiction of the State. ... This, court has no authority to interpolate a limitation that is neither expressed nor implied. Our duty is to execute the law, not to make it. The protection provided was not intended to be confined to those of any particular race or class, but to embrace equally all races, classes, and conditions of men. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765, *et seq.*; So. Carolina v. U.S.; Chisholm v. Ga.; Ga. v. Brailsford; Story, Agency; U.S. v. Lee;

- "I was not before aware of the abuses committed by the Law makers and Law breakers of your State. The picture you give of both, tho' intended for N. York alone, is a likeness in some degree of what has occurred elsewhere; and I wish it could be in the hands of the Legislators, or still better, of their Constituents every where. Incorporated Companies, with proper limitations & guards, may in particular cases, be useful; but they are at best a necessary evil only. Monopolies and perpetuities are objects of just abhorrence. The former are unjust to the existing, the latter usurpations on the rights of future generations. Is it not strange that the Law which will not permit an individual to bequeath his property to the descendants of his own loins for more than a short and strictly defined term, should authorize an associated few, to entail perpetual and indefeasable[sic] appropriations; and that, not only to objects visible and tangible, but to particular opinions, consisting, sometimes, of the most metaphysical niceties; as is the case with Ecclesiastical Corporations." Madison (1827);
  *"Same as it ever was, ..."* D. Byrne, "Stop Making Sense";

- " I was particularly gratified to be favored from yourself with your sentiments on that interesting subject which has engaged so much of the attention of Congress during its present Session; and it gave me a good deal of satisfaction to find, on perusing your letter of the 24th. Ulto,[sic] that my opinions were not widely different from your's. I think there can be no doubt of the impropriety of the interference of Government, in the direction of labor and capital, between the different members of society, so far as it respects our own Country; but I have supposed that it ought to interfere, in behalf of our own people, against the policy and the measures of Foreign Governments. If the U.S. were disconnected with the rest of the world, I should be opposed to the principle of the Tariff. In the actual relations in which we stand to other powers, I can not but think that the circular of the Emperor of Russia [Clay, House, 30-31 Mar. 1824] describes accurately the situation of a people whose Government does not protect their industry. A community of nations, some of which do whilst others do not protect their respective industry, would resemble a condition of Society filled with Corporations and Monopolies. The monopolists and the Corporations would carry every thing before them." Clay to Madison (1824);
  "our current problems" (Reagan; Thoreau, *ante*);

- "Time has proven the discernment of our ancestors; for even these provisions, expressed in such plain English words, that it would seem the ingenuity of man could not evade them, are *now* [sic] after the lapse of more than seventy years ["now more than" 235 years!] , sought to be avoided. Those great and good men foresaw that troublous times would arise, when rulers ad people would become restive under restraint, and seek by sharp and decisive measures to accomplish ends deemed just and proper; and that the principles of constitutional liberty would be in peril, unless established by irrepealable law [see: Wynehamer v. The People; Nelson v. Carland; Pawlet v. Clark; Slaughter House Cases; *e.g.*]. The history of the world had taught them that what was done in the past might be attempted in the future. The Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times, and under all circumstances. No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of it provisions can be suspended during any of the great exigencies of government. Such a doctrine leads directly to anarchy or despotism, but the theory of necessity on which it is based is false;" Ex p. Milligan;

- "Admission to the Bar may unfortunately be had, with the faintest modicum of acquaintance with the instrument upon whose sound interpretation[sic] the growth of this powerful and unique Federation rests, and though the subject is largely political, it concerns so closely and so widely the questions of individual rights that it is not possible to set it aside or leave it out of an ever present consideration; and it behooves all members of the profession to be abreast of the judicial work which is unceasingly remodeling and altering the familiar features of this unrivalled charter. A recent distinguished member of the Department of Justice who has come to practice his profession among us, told a body of assembled merchants some time ago that the Supreme Court was a perpetual convention for the amendment of the Constitution. ... it is germain to cite a remark reported to have been made by Mr. Justice Harlan of the Supreme Court at the Columbian University Law School at Washington: 'Let us hope that this great instrument which has served so well, will weather the storms which the ambitions of certain men [*e.g.*: J.D. Rockefeller, A. Carnegie, J.P. Morgan, Jay Gould, E.H. Harriman, T. Roosevelt, C. Vanderbilt, J. Fisk, "FDR", various others] are creating, in an effort to make this country a World Power.' *** Mr. Webster was moved to use this language in the Senate: '... I think I see a course adopted that is likely to turn the Constitution under which we live into a deformed monster — into a curse rather than a blessing — in fact, a frame of an unequal government, not founded on popular representation, not founded on equality, but founded on the grossest inequality; and I think that this process will go on, or that there is danger that it will go on until this Union shall fall to pieces.'" Fuller, Expansion of Constitutional Powers (1904);

   "our current problems" (Reagan) — imploding, pettiness, meanness, superficiality;

- "I reject altogether the theory[sic] that Congress, in its[sic] discretion, can exclude the Constitution from a domestic territory of the United States, acquired, and which could only have been acquired in virtue of the Constitution. The fathers never intended that the authority and influence of this nation should be exerted otherwise than in accordance with the Constitution. If our Government needs more power than is conferred upon it by the Constitution, that instrument provides the mode in which it may be amended and additional power thereby obtained. The People of the United States who ordained the Constitution never supposed that a change could be made in our system of government by mere judicial interpretation." Downes v. Bidwell; Ex p. Milligan; Cummings v. Mo.; So. Carolina v. U.S.; South v. Md.; U.S. v. Lee; Cohens v. Va.; cites herewith:

**Nor** "by mere" "legislative act" (Calder v. Bull; cites herewith); **nor** "by mere" "executive order"; nor "by mere" "administration"; **nor** "by mere" "policy" **nor** "by mere" "discretion", **nor** "by mere" "necessity" (Ex p Milligan; Cummings v. Mo.; *e.g.*), **nor** "by mere" "procedure", &c;

**Also:** Constitution: Art. I, §8, cl. I, 5, 6.; Art. I, §9, cl. 4, §10; Art. IV; Art. VI are specifically, but not exclusively, deliberately "Violated" by 'legislatures', 'executives', "the courts", for which Petitioner *Qui Tam*, Americans generally, are insidiously "Deprived" "Redress" "guarantied by the Constitution and by the law of the land" (U.S. v. Lee; Cohens v. Va.; Chisholm v. Ga.; Legal Tender Cases; Ex p Milligan; Orient Ins. v. Daggs; S. Carolina v. U.S.; Story, Agency; Tucker, Comm.; Kent, Comm.; cites herewith);

- "Congress ... , by action taken outside the Constitution, engraft[s] upon our republican institutions a colonial system such as exists under monarchical governments. Surely such a result was never contemplated by the fathers of the Constitution. ... The idea that this country may acquire territories anywhere upon the earth, by conquest or treaty, and hold them as mere colonies or provinces, the people inhabiting them to enjoy only such rights as Congress chooses to accord to them is wholly inconsistent with the spirit and genius as well as the words of the Constitution." Harlan, Downes v. Bidwell; Cummings v. Mo.; Ex p. Milligan; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; S. Carolina v. U.S.; Gibbons, Decline and Fall of the Roman Empire; *e.g.*;

- " ... assumes the possession by Congress of power quite omnipotent as that possessed by the English Parliament. It assumes that Congress, which came into existence and exists, only by virtue of the Constitution, can withhold fundamental guaranties of life and liberty from peoples who have come under our complete jurisdiction." Hawai'i v. Mankichi; **And,**

- " ... that the benefit of the constitutional provisions designed for the protection of life and liberty may be claimed by some of the people subject to the authority and jurisdiction of the United States, but cannot be claimed by others equally subject to its authority and jurisdiction ... that the will of Congress, not the Constitution, is the supreme law of the land only for certain peoples and territories under our jurisdiction ... that, under the influence and guidance of commercialism and the supposed necessities of trade, the country had left the old ways of the fathers, as defined by a written Constitution, and entered upon a new way, in following which the American people will lose sight of or become indifferent to principles which had been supposed to be essential to real liberty ... Such a doctrine would admit of the exercise of absolute, arbitrary power under a written Constitution full of restrictions upon Congress [ss., "Hypocrisy"] ... the two rights created[sic] by the constitutional provisions to grand and petit jurors are not fundamental in their nature but concern merely a method of procedure"; Hawai'i v. Makichi,

- "The Court's justification for consulting its own notions rather than following the original meaning of the Constitution, as I would, apparently is based on the belief of the majority of the Court that for this Court to be bound by the original meaning of the Constitution is an intolerable and debilitating evil; that our Constitution should not be 'shackled to the political theory of a particular era,' and that to save the country from the original Constitution the Court must have constant power to renew it and keep it abreast of this Court's more enlightened theories of what is best for our society. It seems to me that this is an attack not only on the great value of our Constitution itself but also on the concept of a written constitution which is to survive through the years as originally written unless changed through the amendment process which the Framers wisely provided." Harper v. Va. Board of Elections; Chisholm v. Ga.; Hayburn's Case; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Ex p. Milligan; Cummings v. Mo.; Boyd v. U.S.; Hepburn v. Griswold; S. Carolina v. U.S.; *e.g.* ;

- "honored, by this court, only with lip service." Gideon v. Wainright;

- "I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Ga.; Hale v. Henkel; U.S. v. Lee; U.S. v. Hall; Slaughter House Cases; Cummings v. Mo.; Ex p. Milligan; Ex p. Curtis; So. Carolina v. U.S.; Story, Agency; cites herewith;

*"Same as it ever was, ..."* D. Byrne, "Stop Making Sense" (1983-4);

**Whereby,** an <u>overwhelming</u> abundance of **"Bad Faith"** <u>insidiously</u> committed by "corporate" and "public" officers and agents, "from the highest to the lowest" (U.S. v. Lee), "flagitiously" inflicting "injury" upon Petitioner *Qui Tam*, *ipse*, and Americans generally, ss., "Perfidy", "Betrayals", "Frauds", "Misprisions", "Cover-ups", &c (cites herewith);

**Whereas,**

- "It is much to be wished that the conduct of public affairs should be committed to men of abilities & Liberality; and there is Reason to hope that this will be more and more the Case, as our People become more informed, and the means of Education more diffused — Neither wisdom nor Liberty can have permanent abodes with civilized Ignorance; for the eternal alliance which subsists between the wicked and the weake[sic], will ever tend to introduce Despotism and Licenciousness[sic] in perpetual Rotation—" Jay (1789); *E.g.*, see various writings by Norton listed with "Sources", *post*;

**Still <u>not</u> *"manifest"* !!!**  "our current problems" **Prove** that;

**Four** "planks" of "Communist Manifesto", *e.g.*, were "flagitiously" <u>foisted</u> upon Americans <u>increasingly</u> thru-out the 20th - & 21st centuries; see: "Kutnick" (*ante*); "Cost-of-Living" (*ante*); "Title" (*ante*); cites herewith;

**Whereby**, Americans, individually and generally, are deemed merely "irrelevant", **HUMAN CAPITAL**, **un**lawfully **suffering** under a "fictitious entity" "totally **un**known" to "the Constitution", ss., "U.S. citizen", for "artfully disguised" (Coke, *ante*) <u>increasing insidious</u> "abuses and usurpations", "exactions", "extortions", "oppressions", by "those intrusted with power" (Jefferson), "from the highest to the lowest," (U.S. v. Lee; S. Carolina v. U.S.; Chisholm v. Ga.; Story, Agency; Ex p Milligan; Ex p Wall; Ex p Curtis; Hepburn v. Griswold; *e.g.*);

- "When those entrusted with enforcing the terms of a guarantee[sic] do not consider themselves bound by the guarantee[sic] there really is no guarantee[sic] at all." Judge Napolitano, It Is Dangerous To Be Right When The Government Is Wrong, "Intro."; Jefferson (1781); Adams (1816); ss., "Perfidy"; Notes Annex; cites herewith;
- "POLITICIAN. A man of artifice." Webster, Amer. Dict., 1st ed.; ss., "deception", *Ibid.*;
- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Jay, Chisholm v Georgia; Hale v. Henkel; Jefferson, Summary View... , 1781; Canetti, Crowds And Power; Notes Annex; cites herewith; ss., *History Repeats!!!*

    **Notice:** There is absolutely no use of the **mis**leading term, "U.S. citizen", and no spellings using ALL CAPITAL LETTERS **!!** Only the terms "national citizen", "national citizenship", "American citizen", "citizen of the United States" are used. One <u>adamantly</u> **"Questions"** "Why" are those terms never used or "noticed" today by "those intrusted with power"?? (Jefferson; Napolitano; *e.g.*): "falsifications of Official Records". Prof. P.B.S. Peters, in His treatise on Law revealed that the use of ALL CAPITAL LETTERS was introduced before WWII specifically to clarify, identify, or emphasize a "fictitious entity" such as a "corporation";

One <u>ardently</u> **"Questions"** exactly "How" and "When" did Petitioner *Qui Tam, ipse,* become a <u>mere</u> "fictitious entity" or <u>mere</u> **HUMAN CAPITAL** **??!!** "Constructive Fraud"*!!!* Bigelow, Fraud; Story, Agency;   **Whereas,**

- "Citizenship is not a license that expires upon misbehavior. The duties of citizenship are numerous, and the discharge of many of these obligations is essential to the security and well-being of the Nation. ... Failure to perform any of these obligations may cause the Nation serious injury, and, in appropriate circumstances, the punishing power is available to deal with derelictions of duty. But citizenship is not lost every time a duty of citizenship is shirked. And the deprivation of citizenship is not a weapon that the Government may use to express its displeasure at a citizen's conduct, however reprehensible that conduct may be. As long as a person does not voluntarily renounce or abandon his citizenship, ... his fundamental right of citizenship is secure." Trop v. Dulles; Amer. Com. Assoc. v. Douds; Chisholm v. Ga.; Story, Agency; Cohens v. Va.; So. Carolina v. U.S.;   **Still not "manifest"*!!!*** "our current problems" (Reagan, 1985) <u>inflicted</u> by "leaders" of "our democracy";
- "[A]ny broad unlimited power to hold laws unconstitutional because <u>they offend what this Court conceives</u> to be the 'conscience of our people' ... was not given by the Framers, but rather has been <u>bestowed</u> <u>on</u> <u>the</u> <u>Court</u> <u>by</u> <u>the Court</u>." Griswold v. Conn. (<u>Emphases</u> added); Orient Ins v. Daggs; So. Carolina v. U.S.;   **Whereas,**
- "our governors are the agents of the people." Chisholm v. Ga.; Story, Agency; Tucker, Comm.; Bigelow, Fraud;
- "To the Constitution, the term sovereign is totally unknown." Chisholm v. Ga.; Tucker, Comm.;
- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud; Hilliard, Torts; Tucker, Comm.; Kent, Comm.; Story, Agency; Wharton, Cr.L.; So. Carolina v. U.S.;
- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.;   **Still not "manifest"*!!!*** "our current problems" (Reagan, 1985) <u>inflicted</u> by "leaders" of "our democracy";

- "The Court's justification for consulting its own notions rather than following the original meaning of the Constitution, as I would, apparently is based on the belief of the majority of the Court that for this Court to be bound by the original meaning of the Constitution is an intolerable and debilitating evil; that our Constitution should not be 'shackled to the political theory of a particular era,' and that to save the country from the original Constitution the Court must have constant power to renew it and keep it abreast of this Court's more enlightened theories of what is best for our society. It seems to me that this is an attack not only on the great value of our Constitution itself but also on the concept of a written constitution which is to survive through the years as originally written unless changed through the amendment process which the Framers wisely provided." Harper v. Va. Board of Elections; Chisholm v. Ga.; Hayburn's Case; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Ex p. Milligan; Cummings v. Mo.; Hepburn v. Griswold; S. Carolina v. U.S.; Kent, Comm.; "our current problems" (Reagan, May 1985) _inflicted_ by "leaders" of "our democracy";

- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Jay, Chisholm v Georgia; Hale v. Henkel; Jefferson, Summary View... , 1781; Canetti, Crowds And Power; Notes Annex; cites herewith; ss., **_History Repeats!!!_**

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud;

- "Deceit and fraud shall not defend, excuse or benefit any man." Best, Evid.; Story, Eq. Jur.; Coke, Rep.; **Still _not_ "_manifest_"!!!** "our current problems" (Reagan, May 1985) _inflicted_ by "leaders" of "our democracy";

- "Suppression of the truth is equivalent to the expression (or suggestion) of what is false.[sic]" Addington v. Allen; Paul v. Haddley; Bigelow, Fraud; Bigelow, Estoppel; "Notes Annex"; cites herewith; "our current problems" (Reagan, May 1985) _inflicted_ by "leaders" of "our democracy";

- "Fictions arise from the law, and not law from fictions." Bouvier, L. Dict.; "our current problems" (Reagan, 1985);

- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Maxims; Bouvier, L.Dict.; "our current problems" (Reagan, May 1985) _inflicted_ by "leaders" of "our democracy";

**Whereby**, "those intrusted with power" (Jefferson, 1781), ss., 'legislators', 'executives', 'courts', 'police', _deliberately_, "supplant": "the Constitution", "the law of the land" (Journal of Congress, vol. I, pp. 28-30, 69; Guardians v. Greene; Hoke v. Henderson; Wynehamer v. People; Nelson v. Carland; Chisholm v. Ga.; South v. Md.; Murray's v. Hoboken; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; Tucker, Comm.; Kent, Comm.; Story, Agency; Hilliard, Torts; Bigelow, Fraud), "American" "Citizenship"-"Birthrights" (Wilson, "Constitutional Conv.", _ante_; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Scott v. Sandford; Congressional Globe, 39th Congr.; U.S. v. Hall; Slaughter House Cases; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.), "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; Murray's v. Hoboken; Chitty, Parties; Gregory, Forms; Stayton, Forms; O'Donnell, Pldg.; Cummings v. Mo; Yick Wo v. Hopkins; Orient Ins. v. Daggs; So. Carolina v. U.S.), and _further_ "guaranteed by" "Solemn" "Oath of Office", severally (Const.: art. II, IV, VI; Ex p Wall; Hepburn v. Griswold), by _wrongfully_, "flagitiously", using "fictitious entities", "artificial entities", "code", that have **_not_** been "lawfully" "created", _merely_ for "manufactured" (Chambers v. Fla.; Hale v. Henkel) "crimes"and "appearance of legitimacy" (B. Levinson, 2006) to _insidiously_ evade, "supplant", ignore: "the Constitution", "the law of the land", "unalienable Rights", "Privileges and Immunities" (Calder v. Bull; Cohens v. Va.; Orient Ins. v. Daggs; So. Carolina v. U.S.; cites herewith), "due process of law guaranteed by the Constitution and by the law of the land" and by "Solemn" "Oath of Office", and by "Bill of Rights", and by "14th Article of Amendment § 1", which "unquestionably constitutes irreparable injury" (Elrod v. Burns; cites herewith), "Fraud" (Bigelow, Fraud; Story, Agency; Bigelow, Estoppel; Kent, Comm.; Story, Eq. Jur.), "Malfeasance" "Non-

"Non-feasance", "Misfeasance", "Perfidy", "Dereliction of Duty", "Torts", "Petit-treason" (Hilliard, Torts; Bigelow, Torts), Subversions of "Solemn" "Oath"; or, as bluntly declared by "Supreme Court of the United States" [sic] for Cohens v . Va., thus:

"treason to the constitution":

Also see: So. Carolina v. U.S.; Van Horne's v. Dorrance; Hayburn's Case; Chisholm v. Ga.; Story, Agency; *e.g.*; 'America' today is no better, if not worse, than Nazi-occupied France during the 1940's;   Whereby —

As a "**Citizen of the United States**", ss., "American Citizen", "pursuant to" "the Constitution and the law of the land": Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congress at 2765; Chisholm v. Ga.; Hayburn's Case; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Cummings v. Mo; U.S. v. Hall; Slaughter House Cases; Murray's v. Hoboken; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S., *e.g.*, to wit:

- Petitioner is Deprived purchasing or owning "real property"; Madison, Property (1792); cites herewith;
- Petitioner is Deprived purchasing or owning "chattel property"; Madison, Property (1792); cites herewith;
- Petitioner is Deprived purchasing or owning any style of "motor vehicle"; cites herewith:
    WORLD CAR, ANCIRA, BLUEBONNET MOTORS, CAVENDER, RED M^CCOMBS, severally;
    Petitioner's offers to pay cash-in-full at delivery ("COD") were <u>rudely</u> ***refused*** severally*!!!*
- Petitioner is Deprived renting hotel or motel rooms or apartments; cites herewith;
- Petitioner is Deprived renting any style of "motor vehicle"; cites herewith;
- Petitioner is Deprived "travel", ss., "Liberty", "Locomotion", "Privileges and Immunities"; cites herewith;
- Petitioner is Deprived "National" "Passport", ss., for "Citizen of the United States of America", 28USC 1746(1);
- Petitioner is Deprived "banking" "services" without "state-issued" ID-LICENSE **and** "valid telephone number";
- Petitioner is Deprived "ordinary" purchases without "state-issued" ID-LICENSE **and** "valid telephone number";
- Petitioner is Deprived "access to courts" "in Law and Equity"; Const.: "Bill of Rights", 14th Art. of Amend., §1;
- Petitioner is Deprived "meaningful access to courts" Bounds v. Smith; Cohens v. Va.; Williams v. U.S.;
- Petitioner is Deprived "Suffrage" in professed "elections"; "Bill of Rights"; 14th Art. of Amend.; § 1"; U.S. v. Hall;
- Petitioner is <u>continuously</u> Deprived "Redress of Grievances": "Bill of Rights"; 14[th] Art. of Amend.; U.S. v. Hall;

"our current problems" (Reagan, 1985);

"equal protect of the law"**?!!** <u>Not</u> even <u>close</u>: mere <u>ever</u>-changing "favoritisms" or "policy" or "political correctness" or "trends", &c, &c, *nostra deceptio ad nauseam* "artfully disguised" (*ante*) for "political" "convenience" or "political" "advantages", that <u>deliberately</u> ***Exclude*** Petitioner *Qui Tam in extremis, ipse,* herein; other Americans generally:

**Whereas,** "The natives, or natural-born citizens, are those born in the country, of parents who are citizens. As society cannot perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their parents, and succeed to all their rights.' Again: 'I say, to be of the country, it is necessary to be born of a person who is a citizen; for if he be born there of a foreigner, it will be only the place of his birth, and not his country.' The inhabitants, as distinguished from citizens, are foreigners who are permitted to settle and stay in the country.' (Vattel, Book I, chap. 19, p. 101.)" Scott v. Sandford; U.S. v. Hall; Slaughter House Cases; Calder v. Bull; Orient Ins. v. Daggs; So. Carolina v. U.S. Hale v. Henkel; Trop v. Dulles; "Notes Annex" (*post*);

**Wherefore,** "U.S. Constitution", "U.S. Const.", "U.S. CONSTITUTION", "U.S. citizen", "U.S. CITIZEN", "UNITED STATES", "UNITED STATES OF AMERICA" "unquestionably constitutes" **un**-lawful uses of "fictitious entities":

- "Fictions arise from the law, and not law from fictions." Bouvier, L. Dict.; "our current problems" (Reagan, 1985);
- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Maxims; Bouvier, L.Dict.;
- "Suppression of the truth is equivalent to the expression (or suggestion) of what is false.[sic]" Addington v Allen; Paul v. Haddley; Bigelow, Fraud; Bigelow, Estoppel; "Notes Annex"; cites herewith;

"our current problems", Reagan, 1985;

Furthermore, From Fuller, Expansion of Power, Constitution not taught:

- "Admission to the Bar may unfortunately be had, with the faintest modicum of acquaintance with the instrument upon whose sound interpretation the growth of this unique and powerful Federation rests, and though the subject is largely political, it concerns so closely and so widely the questions of individual rights that it is not possible to set it aside or leave it out of an ever present consideration; and it behooves all members of the profession to be abreast of the judicial work which is unceasingly remodelling and altering the familiar features of this unrivaled charter. A recent distinguished member of the Department of Justice who has come to practice his profession among us, told a body of assembled merchants some time ago that the Supreme Court was a perpetual convention for amending the Constitution. ... I am not disposed to question it, then we may well give heed to the statement of the late Lord Chief Justice Russell, who called attention to the peculiar opportunities to the American Bar whose members alone have a privilege of a formative influence upon the constitutional framework of their government. As indicating the importance of such opportunity at the present moment it is germain to cite a remark reported to have been made by Mr. Justice Harlan of the Supreme Court at the Columbia University Law School at Washington: 'Let us hope that this great instrument that has served so well will weather the storms which the ambitions of certain men are creating, in an effort to make this country a World Power.' The earliest doubts as to the powers conferred, and the earliest attempts to embody the gift of these powers in language which should disguise, instead of revealing, their ultimate possibilities may be traced to discussion in the convention that framed the Constitution [partially revealed later in Amer. Ins. Co. v. Canter, 1828; G. Morris, Writings; Barron v. Balto., 1833; John Taylor's Writings, *e.g.*] *** Jefferson replied, 'But when I consider that the limits of the United States are precisely fixed by the Treaty of 1783, that the Constitution expressly declares itself to be made for the United States, I cannot help believing that the intention was to permit Congress to admit into the Union new States which should be formed out of the territory for which and under whose authority alone they were then acting. *** When an instrument admits two constructions, the one safe, the other one dangerous, the one precise, the other indefinite, I prefer that which is safe and precise. [Coke, Inst.; Coke, Rep.; Bl. Comm.; Bouvier, L.Dict.; Kent, Comm.; Tucker, Comm.] I had rather ask an enlargement of power from the nation where it is found necessary, than to assume it by construction which would make our powers boundless. [Chisholm v. Ga.; Story, Agency; Ex p Milligan; *e.g.*] Our peculiar security is in a written Constitution. Let us not make it a blank paper by construction.' " Fuller, Expansion of Powers (1904); Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; So. Carolina v. U.S.; "our current problems" (Reagan, 1985), see, Chisholm v. Ga.; Story, Agency:

Whereby, "Manifest Destiny" or "Eminent Domain" are <u>Constructive Frauds</u> (Bigelow, Fraud; cites herewith);

- "We are then to regard the Revolution [1760-1816] and these Acts of Assembly as emancipating every acre of the soil of Pennsylvania from the grand characteristic of the feudal system. Even as to the lands held by the proprietaries themselves, they held as other citizens held, under the Commonwealth, and that by a title purely allodial. All our lands are held mediately or immediately of the state, but by titles purged of all the rubbish of the dark ages, excepting only the feudal names of things not any longer feudal." Wallace v. Harmstad;

- "purely allodial ... the land possessed by a man in his own right, without owing any rent or service [*e.g.*, "property tax"] to any superior." Ss., "the STATE", or, "the State". McCartee v. Orphan Asylum; Pollard's v. Hagan; Cooley, Const. Lim.; Boyd v. U.S.; Entick v. Carrington; Milano v. Patterson; Appeal of Medinger; Bostock v. Sams; Sioux Falls v. Kirby; Hays v. City; Cutrona v. Mayor; Ignaciunas v. Risley; Lachtman v. Houghton; Volander v. Hokenson; Dallas v. Mitchell; West Palm Beach v. State; "Notes Annex"; *e.g.*;

- "things bad in principle at the commencement improves not by lapse of time." Coke, Rep.; Broom, Max.; Bouvier, Law Dict.; Bigelow, Fraud; Bigelow, Estoppel; Story, Agency; Orient v. Daggs; S.C. v. U.S.; *e.g.*;

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud;
- "The word 'security' is a broad, vague generality whose contours should not be invoked to abrogate the fundamental law embodied in the First Amendment. The guarding of military and diplomatic secrets at the expense of informed representative government provides no real security ... ." *N.Y. Times* v. U.S.;
- " ... constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon." Boyd v. U.S.; Olmstead v. U.S.; U.S. v. Hall; Slaughter House Cases; Orient v. Daggs; So. Carolina v. U.S.; Spano v. N.Y.; Wharton, Cr. L.; Greenleaf, Evid.; Hilliard, Elements; Tucker, Comm.; Bigelow, Fraud; Kent, Comm.;
- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Notes Annex; cites herewith;
  
  **Still not "_manifest_"!!!** "our current problems" (Reagan, 1985) _inflicted_ by "_leaders_" of "our democracy";
- "It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." Amer. Com. Assoc. v. Douds;
  
  **Still not "_manifest_"!!!** "our current problems" (Reagan, 1985);
- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency;
  
  **Still not "_manifest_"!!!** "our current problems" (Reagan, 1985);
- "While engaged upon the other work [Law of Agency], the writer [Mechem] was constantly impressed with the great number of important questions, similar to those he was then considering, but relating to the law of public agents or officers, and which had never been fully treated. A few of them had, it is true, been made the subject of special treatises, such as the subjects of elections, sheriffs, official bonds, and the application of extraordinary remedies like mandamus, quo warranto and injunction. A few others had been incidentally considered in relation to other subjects. There was still, however, a large class of important questions which had never been specially considered in any treatise, and no attempt had ever been made by any author, English or American, so far as the writer is aware, to give a connected and continuous discussion of the whole subject. There seemed to him, therefore, to be a real need for such a book, and he has attempted to supply it. He has endeavored to begin at the beginning, showing what are public offices and who are public officers, and to give in consecutive chapters a view of the whole field, showing who are eligible to public office; how they may be elected or appointed, and qualified; how they may surrender, abandon or forfeit their rights and authorities; what authority they possess; how they should execute it; what liabilities attach to their acts; what rights they possess and what rights are possessed by the public; and finally by what remedies their duties and liabilities may be enforced.[sic]" "Number of cases cited, 6232." Mechem, Law of Public Offices & Officers, "Preface"; South v. Md.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.;
- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; and that it is doing God's service when it is violating all his laws." Adams (1816) — ss., "Hubris", or worse; Cohens v. Va.; Merritt v. Welsh; Ex p Curtis; Williams v. U.S.; others;
- "Our rulers will become corrupt, our people careless. A single zealot may commence persecution, and better men be his victims. It can never be too often repeated, that the time for fixing every essential right on a legal basis is while our rulers are honest, and ourselves united. From the conclusion of this war ["War for Independence"] we shall be going down hill. It will not then be necessary to resort every moment to the people

for support. They will be forgotten, therefore, and their rights disregarded. They will forget themselves, but in the sole faculty of making money, and will never think of uniting to effect a due respect for their rights. The shackles, therefore, which shall not be knocked off at the conclusion of this war, will remain on us long, will be made heavier and heavier, till our rights shall revive or expire in a convulsion." Jefferson, Notes... (1781); Also see: Greene v. Briggs; Orient v. Daggs; Congressional Globe, 42nd Congr., 1st sess. at 374, 394, 429;

"our current problems" (Reagan, 1985);   *"Same as it ever was, ..."* (D. Byrne, 1980);

### History Repeats*!!!*

- "The Constitution provides that Congress shall make laws, the President execute laws, and courts interpret [sic] laws. Youngstown Sheet & Tube Co. v. Sawyer, 343 U. S. 579 (1952). It did not provide for government by injunction in which the courts and the Executive Branch can 'make law' without regard to the action of Congress. It may be more convenient for the Executive Branch if it need only convince a judge to prohibit conduct, rather than ask the Congress to pass a law, and it may be more convenient to enforce a contempt order than to seek a criminal conviction in a jury[sic] trial. Moreover, it may be considered politically wise to get a court to share the responsibility for arresting those who the Executive Branch has probable cause to believe are violating the law. But convenience and political considerations of the moment do not justify a basic departure from the principles of our system of government." *N.Y. Times* v U.S.; Slaughter House Cases; Nelson v. Carland; Also, Greene v Briggs; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; Ex p. Va.; South v. Md.; U.S. v. Lee; Ex p Wall; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.;

   **Still not "*manifest*"!!!**   "our current problems" (Reagan, 1985) *defied* by "*leaders*" in "our democracy";

**C)** The "true intent and meaning of the" **Constitution** (Cohens v. Va.; South v. Md.; cites herein), to wit:

About 20 years ago, retired judge Andrew Napolitano wrote a book entitled, "Constitution in Exile". Shortly thereafter He wrote another book entitled, "It Is Dangerous To Be Right When The Government Is Wrong" — ***All*** herewith "irrefutably" (Elrod v. Burns; cites herewith) **prove** the accuracy of those admonishments, to wit:

America's Founders "irrefutably" and ***un***ambiguously Declared the "fundamental Principles" upon which American Government is founded (Chipman, Principles of Gov't.), thus:
- "our governors are the agents of the people." Chisholm v. Ga.; Story, Agency; Kent, Comm.; *per se*;
- "To the constitution, the term sovereign is totally unknown." Chisholm v. Ga.; Story, Agency; Kent, Comm.;

**1)** The "fundamental Principles" inherent to the "Law of Agency" (Chisholm v. Ga.; Story, Agency) underlined deliberately impose strict "Fidelity" and "limitations" upon the "powers" "delegated" to 'legislators', to 'executives', to 'judges', and to all their subordinates which each and every One, "from the highest to the lowest," (U.S. v. Lee) freely and deliberately give their-own "Solemn" "Oath of Office", severally, for their Individual "Fidelity" and "loyalty" and "obedience to the Constitution" (Legal Tender Cases; Ex p Wall; Hepburn v. Griswold; Marshall v. Balto. & O RR; Const., Art. VI; cites herewith) — Apparently, thru mere "decades of practice" (Brown Jackson, *ante*), "Solemn" "Oath of Office" also was sent into "Exile" (Napolitano: Constitution In Exile; It Is Dangerous To Be Right When The Government Is Wrong) by "those intrusted with power" (Jefferson, *ante*), "from the highest to the lowest" (U.S. v. Lee) "flagitiously" **refusing** to "comply with" any "Limits" or "Prohibitions" whatsoever upon their actions or 'authority'*!!*

Examples of "fundamental Principles" essential to "Law of Agency" (Chisholm v. Ga.; Story, Agency) upon which "the Constitution" is founded that are deliberately Ignored, "Violated" "by "those intrusted with power" (Jefferson, 1781) "from the highest to the lowest," (U.S. v. Lee) declare, thus:
- "Faith must be observed. An agent must not violate the confidence reposed in him." Story, Agency;
- "Power can never be delegated which the authority said to delegate never possessed itself." N.J. Steam v Merch.;

- "A delegated power cannot be again delegated. Coke, Inst.; Black, 2nd ed.; Bouvier, Inst.;
- "A deputy cannot have (or appoint) a deputy.[sic]" Story, Agency; Coke, Rep.; Bouvier, Inst.;
- "Power is not synonymous with right." Poe v. Seaborn;

<u>**Still not "manifest"!!!**</u>  "our current problems" (Reagan, May 1985);

The opening clause of "the Constitution" "declares", thus:

"We the People of the United States,"

<u>and</u>, "America's Founders" emphasized the "true" purpose of that clause and its purpose in "the Constitution", thus:

- "our governors are the agents of the people" (Chisholm v. Ga.), <u>and</u>,
- "To the Constitution, the term sovereign is totally unknown" (Chisholm v. Ga.):

Whereby, the "Rules of Rhetoric [Argumentation-Logic]" and the "Rules of Construction" and by the "fundamental Principles" of the "Law of Agency" (Story, Agency) and declared, <u>repeatedly</u>, by "America's Founders", "the Constitution <u>expressly</u> declares <u>certain</u> "delegated power" from "Principals", "We the People of the United States," to Their "Agents", "the officers of government" (Chisholm v. Ga.; Story, Agency), to perform specified "Duties" "in compliance with" "the Law of the Land" (Art. VI; Journal of Congress, vol. I, pp. 28-30, 69; Pawlet v. Clark; Nelson v. Carland; Wynehamer v. People; Tucker, Comm.; Kent, Comm.; Story, Agency) upon each Individual <u>deliberately</u> giving Their-own "Solemn" "Oath" of "Fidelity" to "conduct" Their "Duties" "according to" (Cummings v. Mo.; Ex p Milligan; Murray's v. Hoboken; South v. Md.; U.S. v. Lee; Ex p Wall; Hepburn v. Griswold; So. Carolina v. U.S.) "the Law of the Land" for which America's "War for Independence" was fought and won "against English tyranny" (Journal of Congress, vol. I, pp. 28-30, 69; Tucker, Comm.; Kent, Comm.; Nelson v. Carland; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Van Horne's v. Dorrance; "Notes Annex");

"our current problems" (Reagan, 1985) are the <u>direct</u> <u>result</u> of "gross negligence" inherent to the <u>grossly</u> <u>defective</u> professed 'education' 'system', "from the highest to the lowest," (U.S. v. Lee) which has been <u>insidiously</u> "perverted" (Jefferson, 1781) by "over-reaching" "Public" officers and agents and professed "experts" <u>insidiously</u> "usurping" <u>dictatorial</u> "control" over and "manipulations" of 'education' of Americans, generally, "supplanting" (R. Pound, Future) teaching of "vital principles of the constitution" (Greene v. Briggs; Calder v. Bull; also see "Barrett", *post*) and "unalienable Rights", "Privileges and Immunities" "and how to exercise them" (Parsons, Rights; "Sources", *post*) with insipid or mundane or trivial activities having little effectiveness for developing mental acuity and concentration for mature, responsible, "citizenship" as "intended" by America's Founders, *e.g.*:

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; "The unanimous Declaration", 1776; Jefferson, "Summary View", 1774; Jefferson, "Notes", 1781; Th. Paine, Rights of Man; Rutherforth, Inst.; *per se*;

Whereas, Biden angrily exclaimed publicly, thus: "There is nothing absolute about any amendment!" (*e.g.*, 2022); Jefferson, S. Adams, J. Adams, Otis, Madison, Mason, Franklin, R.H. Lee; A. Lee, *e.g.*, adamantly declared otherwise and they fought and won a war "against English tyranny" founded upon "unalienable Rights"*!!*

Petitioner *Qui Tam in extremis, ipse*, has been assaulted repeatedly by professed "Public" officers or agents, thus:

- "You have no rights!" "The Constitution is irrelevant." "The law does not apply." (Kutnick, Anastasiasdis, Abbott, Brown, Sherrill, Emerson, Bailey, Morales, Yeakel, Lane, Jung, Judd, others);

"Fraud", "Perfidy", "Hubris", "Disdain", "Petit-treason" — Yeah — You bet, violating "the true intent and meaning of" "the Constitution" and of "the law of the land" (Story, Agency; Bigelow, Fraud; Kent, Comm.; Wharton, Cr.L.; Hilliard, Torts; Tucker, Comm.; Bigelow, Estoppel; Calder v. Bull; Cohens v. Va.; South v. Md.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex"; cites herewith; *e.g.*);

This Petition *Qui Tam in extremis* reveals examples of "the courts", "from the highest to the lowest," (U.S. v. Lee) <u>deliberately</u> assisting or "collaborating" with or providing "cover-ups" for "attorneys", "corporate" or "public" officers

and agents, "experts", "lobbyists" (*post*), "perverting" (Jefferson, 1781) "the true intent and meaning of" "the Constitution and" "the law of the land", instigated for "political" or individual gains or advantages (*e.g.*, stock portfolioes, trusts) to the "injury" of "Americans" generally, of "Truth", of "Law", of "Integrity", of "Honesty", of "Fidelity", of "Liberty", of "Life", of "Property", of "Prosperity", of "Justice" ("collateral damage") — "at defiance" (U.S. v. Lee; Cohens v. Va.; So. Carolina v. U.S.) to "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; Cohens v. Va.; Nelson v. Carland; So. Carolina v. U.S., Journal of Congress, vol. I, pp. 28-30, 69) and further "guaranteed by" "Solemn" "Oath of Office", severally, as defined in "the Constitution" at "Article V", "Bill of Rights", "14th Article of Amendment, §1", to wit:

• "The only loyalty, ... , consists in obedience to the Constitution." (Legal Tender Cases);

Other recent examples of underline deliberate Violations of "vital principles of the Constitution" (Greene v. Briggs), to wit:

***i)*** "U.S. Citizenship Act of 2021", like current "unlawful" attacks by Newsom and numerous Others, pretends to over-ride or "supplant" (R. Pound, Future) the "true intent and meaning of" "American Citizenship" (ss., "citizen of the United States", *post*) established by "America's Founders" under "Law of Nations" and later emphasized by "ratifications" of the "14th Art. of Amend. §1" (*post*), see: Wilson (*post*); Nelson v. Carland; Orient Ins. v. Daggs; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Slaughter House Cases; So. Carolina v. U.S.; *e.g.*;

Whereby, "Congress" (with "foreign" influences) **pretends** "lawful" authority to **re**-define "the true intent and meaning of" "American" "Citizenship" and of (Cohens v. Va.) "14th Art. of Amend. §1" by mere "legislative' act" deliberately Violating Const.: Art. I, Art, V, Art. VI and "contemporaneous exposition" (Cohens v. Va.; South v. Md.; So. Carolina v. U.S.; ), ss., "Perfidy"; "Fraud"; "Petit-treason"; "high crimes and misdemeanors";

• "the theory of necessity on which it is based is false." Ex p Milligan; Chisholm v. Ga.; Story, Agency; South v. Md.; U.S. v. Lee; So. Carolina v. U.S.;

***ii)*** A curious related detail, thus: "AI" recently selected quotations from Amy Coney Barrett spontaneously declaring there is "no constitutional crisis" (8th Sept. 2025): whereas, see, Napolitano, *ante* — Considering that "the courts", "from the highest to the lowest," (U.S. v. Lee) only "recognize" or "Notice" mere "decades of practice" (Brown Jackson, NIH v. APHA) or mere dubious "code" or "artfully disguised" (Coke, *post*) "expanding" "discretion" (Brown Jackson, *ante*) or "sophistry" with no references to or quotations from "Constitution of the United States" (Chisholm v. Ga.; Hayburn's Cases; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Journal of Congress, vol. I, pp. 28-30, 69; Nelson v Carland; Ex p Milligan; Tucker, Comm.; "Notes Annex"; cites herewith), or to "Law of the Land", such as herewith, then there certainly can be "no constitutional crisis" when "the Constitution", which expressly declares the "delegated powers" within which "government" must function **"*lawfully*"**, for deliberately "limiting" the "lawful" Authority of "the officers of the government" (U.S. v. Lee; "Notes Annex"; cites herewith), *per se*, is deemed "irrelevant" (Kutnick, Anastasiasdis, Brown, Sherrill, Abbott, Yeakel, Lane, Berman Jackson, numerous Others) by 'legislators', by 'executives', by 'judges', by 'police', ss.,

When there is no "constitution" there is no "constitutional crisis"; see, Napolitano: Constitution In Exile, It Is Dangerous To Be Right When The Government Is Wrong; Gibbon, Decline And Fall of The Roman Empire; Canetti, Crowds And Power; Jefferson, "Notes ..." (*post*;) "Notes Annex"; cites herewith;

Further Proof refuting Barrett's condescending 'declaration' that there is "no constitutional crisis", to wit:

***If*** Barrett had actually **read** "the Constitution", She would have learned that "the Constitution" **explicitly** **"guaranties"** "a Republican Form of Government":

Whereas, "politicians", 'legislators', 'judges', Biden, Harris, Trump, Roberts, &c, &c, are promiscuously pandering "our democracy"*!!* Perhaps Barrett, as with "the Constitution", does not read News articles? Obviously, She did not read John Roberts' "Year End Report" for "2024" wherein Roberts again used the false term "our democracy"*!!*

• "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouvier, Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency; Hilliard, Torts;

- "Law should be studied and taught as a historical science." Jms. Wilson, Works, vol. I; (Founder of U. of Penn. Law School, Phila., Penna.; "Signer" of both "The unanimous Declaration" & "the Constitution")

In that vein, America today is farther from the "Principles" for which America's "War for Independence" "against English tyranny" was fought and won than at any other time in History, to wit:

- "Gross negligence is equivalent to fraud." Black, 2nd; Bouvier, Inst.; McCracken v. Hare; Bigelow, Fraud;
- "Fraud is not purged by circuity." Bacon, Max.; Broom, Max.; Bouvier, L. Dict.; Bigelow: Fraud, Estoppel;
- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud;
- "The multitude of those who err is no protection (or excuse) for error.[sic]" Coke, Rep.; Bigelow, Fraud;
- "Our rulers will become corrupt, our people careless. A single zealot may commence persecutor, and better men be his victims. It can never be too often repeated, that the time for fixing every essential right on a legal basis is while our rulers are honest, and ourselves united. From the conclusion of this war ["War for Independence"] we shall be going down hill. It will not then be necessary to resort every moment to the people for support. They will be forgotten, therefore, and their rights disregarded. They will forget themselves, but in the sole faculty of making money, and will never think of uniting to effect a due respect for their rights. The shackles, therefore, which shall not be knocked off at the conclusion of this war, will remain on us long, will be made heavier and heavier, till our rights shall revive or expire in a convulsion." Jefferson, Notes... (1781); Also see: Greene v. Briggs; Orient v. Daggs; Congressional Globe, 42nd Congress, at 374, 394, 429; "Notes Annex"; cites herewith;
- "When there are no courts to enforce individual rights tyranny and despotism begin." Adams; Merritt v. Welsh; Ex p Curtis; South v. Md.; Ex p Milligan; Cummings v. Mo.; Ex p Va.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; Ex p Wall; Hepburn v. Griswold; Ex p Grossman; "Notes Annex"; cites herewith;

**History Repeats;** "our current problems" (Reagan, 1985);

- "As the government of the United States of America is not in any sense founded on the Christian Religion, —" Annals of Congress, 5th Congr.; Madison, Papers; Jefferson, Papers; Rutherforth, Inst.; Paine, Rights of Man;

Barrett was further quoted that She is "no one's justice" — certainly She, like Others, "from the highest to the lowest," (U.S. v. Lee) is **not** a "justice" for "We the People of the United States" "pursuant to" "the true intent and meaning of the Constitution" (Cohens v. Va.; Chisholm v. Ga.; Art. III, Art. IV, Art. VI, "Bill of Rights", "14th Art of Amend. §1"; Story, Agency; Tucker, Comm.; Nelson v. Carland; Journal of Congress, ante;) and to "Solemn" "Oath" (Hepburn v. Griswold; Const., Art. VI; cites herewith);

"Article III" explicitly uses the term "Citizens" — no where in the Constitution is any reference, patently or "artfully disguised" (Coke), to "U.S. citizen" or "artificial entities" or "corporations" or their having equal or superior "status" or "standing" over "Citizens", or even their having "Constitutionally Guaranteed" "access to courts" — **only** "natural Persons", "Citizens", are "intended" having "guarantied" "meaningful access to courts" "pursuant to" "a Republican Form of Government" under "We the People of the United States," the "Principals" over the "Constitutionally Guaranteed" "Republican Form of Government" (Chisholm v. Ga.; Story, Agency; Kent, Comm.; Bigelow, Fraud; Hilliard, Torts; Wharton, Cr.L.)!! Whereas, the dockets of "the courts" are 'over-flowing' with "controversies" brought by "artificial" or "corporate" "entities" "Contrary to" "due process of law guarantied by the Constitution and by the law of the land" and further "guarantied by" Solemn" "Oath of Office", severally (Const., Art., II, Art. IV, Art. VI, "Bill of Rights", "14th Art. of Amend. §1")!

- "Identity ordinarily connotes exactness." Gordon v. Gordon; Tucker, Comm.; Bouvier, L.Dict.;
- "nothing like or similar is the same, no likeness is exact identity." Coke, Rep.; Coke Inst.; Bl. Comm.;
- "Fictions arise from the law, and not law from fictions." Bouvier, L. Dict.;    **Still not "manifest"!!!**
- "Fiction of law is wrongful if it works loss or injury to any one." Coke, Rep.; Broom, Maxims; Bouvier, L.Dict.;

"our current problems" (Reagan, 1985), to wit:

- "A corporation is not a citizen. It may be an artificial person, a moral person, a juridical person, a legal entity, a faculty, an intangible, invisible being, but Chief Justice Marshall employed no metaphysical refinement, nor subtlety, nor sophism, but spoke the common sense, 'the universal understanding', as he calls it, of the people, when he declared the unanimous judgment of this Court, 'that it certainly is not a citizen.' Nor were corporations within the contemplation of the framers of the Constitution when they delegated a jurisdiction over controversies between the citizens of different states. The citation by the Court from the Federalist proves this. It is said by the writers of that work 'that it may be esteemed as the basis of union that the citizens of each state shall be entitled to all the immunities and privileges of citizens of the several states. And if it be a just principle that every government ought to possess the means of executing its own provisions, by its own authority, it will follow that in order to the inviolable maintenance of that equality of immunities and privileges to which citizens of the Union will be entitled, the national judiciary ought to preside in all cases in which one state or its citizens are opposed to another state or its citizens.' Thus to administer the rights and privileges of citizens of the different states, held under a constitutional guarantee[sic], when brought into collision or controversy – rights and immunities derived from the constitutional compact, and forming one of its fundamental conditions – was the object of this jurisdiction. The commonplace that it resulted as a concession to the possible fears and apprehensions of suitors, that justice might not be impartially administered in state jurisdiction, soothing as it is to the official sensibilities of the federal courts, furnishes no satisfactory explanation of it. Hence the interpretation of that instrument which transferred to the artificial persons created by state legislation, the rights or privileges of the corporations, derived from the Constitution of the United States, as citizens of the Union, and held independently and without any relation to their rights as corporators – was, to say no more, a broad and liberal interpretation. ... The interdependence between the sections of the Constitution which defined the privileges and immunities of citizens of the Union, and the jurisdiction of the federal courts in controversies between citizens of the states, was known and felt. It was argued that the capacity to sue was only a consequence of the right to contract, to hold property, and to perform civil acts. They ['corporations'] commenced, therefore, an agitation of the state courts for their rights as 'citizens of the Union.' ... Nor can we tell when the mischief will end. ... The Supreme Court of Kentucky says truly, 'The apparent reciprocity of the power would prove to be a delusion. The competition for extraterritorial advantages would but aggrandize the stronger to the disparagement of the weaker states. Resistance and retaliation would lead to conflict and confusion, and the weaker states must either submit to have their policy controlled, their business monopolized, their domestic institutions reduced to insignificance, or the peace and harmony of the states broken up and destroyed.' To this consummation this judgment of the court is deemed to be a progress. The word "citizen," in American Constitutions, state and federal, had a clear, distinct, and recognized meaning, understood by the common sense, and interpreted accordingly by this Court through a series of adjudications. The court has contradicted that interpretation, and applied to it rules of construction which will undermine every limitation in the Constitution, if universally adopted. A single instance of the kind awakens apprehension, for it is regarded as a link in a chain of repetitions. The litigation before this Court, during this term, suffices to disclose the complication, difficulty, and danger of the controversies that must arise before these anomalous institutions shall have attained their legitimate place in the body politic. Their revenues and establishments mock at the frugal and stinted conditions of state administration; their pretensions and demands are sovereign, admitting impatiently interference by state legislative authority. And from the present case we learn that disdainful of 'the careless arbiters' of state interests, they are ready 'to hover about them' in 'efficient and vigilant activity,' to make of them a prey, and, to accomplish this, to employ corrupting and polluting appliances." Marshall v. Balto. & O RR; Calder v. Bull; Cohens v. Va.; Chisholm v. Ga.; Greene v. Briggs; Murray's v. Hoboken; South v. Md.; U.S. v. Lee; Ex p Va.; U.S. v. Hall; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex"; cites herewith; ss.,

"our current problems" (Reagan, 1985); "Billable Hours";

"America's Founders" **un**ambiguously and persistently declared the "supreme" "status" or "standing" of "Citizens" "equal" to each other as "Principals" over "a Republican Form of Government" (Const., Art. IV §4; Chisholm v. Ga.; Story, Agency), ss., "the officers of the government" (U.S. v. Lee). Th. Jefferson extolled the "Principles" published by Th. Paine in His "pamphlet" entitled, "The Rights of Man", being "consistent" with the "Principles"

for which America's "War for Independence" "against English tyranny" was fought and won (with the last-minute assistance of the French Navy at the "Battle of the Capes" near the mouth of Chesapeake Bay, Virginia)*!!*

"Flagitiously", "those intrusted with power" (Jefferson, 1781), "under government as we've known it since the New Deal" (Weiner, Brennen Center) increasingly inculcate their "New", **un**-American dogma, "discretion", "*obiter dicta*," with "artfully disguised" (Coke, *ante*) "tactics" inflicting "foreign"-style omnipotent—totalitarian governance, which deliberately ended the teaching of *imperative* Historical Reference works and ended teaching the "Rights of a Citizen of the United States: how to exercise and how to preserve them" (T. Parsons), *e.g.* — ss., "Perfidy", "Fraud", "Petit-treason", "Torts" (Hilliard, Torts; Story, Agency), "abuses and usurpations" ("unanimous Declaration", 1776), "high crimes and misdemeanors" (Const.: Art. I §3, Art. II §4), "acts or omissions", "Malfeasances", "Misfeasances", "Non-feasances", "treason to the constitution" (Cohens v. Va.; others);

Furthermore, when Barrett was being paraded for appointment to the "Roberts court", She was being touted as some One who "strictly complies with 'the letter of the law' ", which "unquestionably constitutes" (Elrod v. Burns) a "flagitious" **mis**-representation of "fundamental American Principles" and "the Law of the Land", to wit:

Considering, recent 'rulings' thru mere "decades of practice", "the 'law' " to which Barrett (and numerous Others) supposedly "strictly complies" is **not actually** "**American**" "Law of the Land" (Journal of Congress, vol. I, pp. 28-30, 69; Nelson v. Carland; cites herewith) or "Constitution of the United States" "for the United States of America" (see, "Preamble"; Chisholm v. Ga.;Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Pawlet v. Clark; Nelson v. Carland; cites herewith), but mere professed "acts of the legislature" (Calder v. Bull; Cohens v. Va.; Kent, Comm.; cites herewith) or "arbitrary" "acts of bureaucrats" or mere "code", "rules", "policy", "procedure", "discretion", "doctrine", "dogma", "convenience", "decades of practice" (*ante*), &c, &c, *ad nauseam nostra deceptio*!! ss., "sophistry" or "artfully disguised" "*obiter dicta*" (Scott v. Sandford) — none of which "constitutes" "**American**" "Law of the Land" (Journal of Congress, vol. I, pp. 28-30, 69; Nelson v. Carland; Const., Art. VI; cites herewith) or "obedience to the Constitution" (see, "Preamble"; Chisholm v. Ga.;Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Legal Tender Cases; cites herewith) or "**fulfillment** of" "Solemn" "Oath of Office", severally;

Furthermore, mere "strict compliance with" "the letter of the law" deliberately "**omits**" the most important "Element" (Hilliard, Elements) of "American" "Law of the Land", which is the "element" of "**intent**", *per se*, to wit:

- "It is to the intention that all law applies. Law always regards the intention." Black, L.Dict., 2nd; Bouv., L.Dict.;
- "An act does not make guilt, unless the mind be guilty; that is, unless the intention be criminal." Coke, Inst.; Story, Comm.; Bouv., L.Dict.; Tucker, Comm.; Kent, Comm., Wharton, Cr.L.; Greenleaf, Evid.;
- "The intent and the act must both concur to constitute the crime." Broom, Max.; Howard v. Sexton; Bouv., L. Dict.; Story, Comm.; Tucker, Comm.; Kent, Comm.; Wharton, Cr.L.; Greenleaf, Evid.;
- "He [or *She*] who adheres to the letter of the law adheres to its bark." Coke, Inst.; Coke, Rep.; Bouv., L.Dict.;
- "Evade. Escape or avoid, especially by cleverness or trickery: ... defeat the intention of (a law or rule), especially while complying with its letter:" New Oxford American Dictionary; ss., Barrett, Kavanaugh, "the courts, *per se*;

**Note:** The "construction" in Cohens v. Va., thus: "the true intent and meaning of the instrument" — which deliberately places the term "**intent**" *before* the term "**meaning**" "irrefutably" demonstrating the superior significance of "**intent**" (also known as, "spirit") of "acts" or "instruments" expressed by the above "Rules of Law";

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Ex p Milligan; U.S. v. Hall; Slaughter House Cases; Boyd v. U.S.; S. Carolina v. U.S.; Tucker, Comm.; Kent, Comm.; "Bill of Rights"; 14th Art. of Amend. §1; U.S. v. Hall; cites herewith;

Wherefore, mere "possession" of "Property" (*e.g.*, Madison, "Property", 1792) of any nature whatsoever can**not ever** be "crime" under "fundamental American Principles", "Constitutional Guaranties" (Const., Art. VI), to wit:

- "The only loyalty, ... , consists in obedience to the Constitution." Legal Tender Cases; Cohens v. Va.; Chisholm v. Ga.; Story, Agency; Greene v. Briggs; Ex p Milligan; U.S. v. Hall; Orient Ins. v. Daggs; So. Carolina v. U.S.;
  **Still not "manifest"**!!! "our current problems" (Reagan, 1985); "Billable Hours";

- "But, among many other objections to the introduction of any of the great public officers into either house of congress, we must keep in view a great principle of all republican governments, that public offices are intended to be for the public service, and not for the benefit and emolument of the individuals who fill them. No more offices are created than the public needs require." Rawle, Const.; Mechem, Public Office; cites herewith;

Still not "<u>manifest</u>"!!! "our current problems" (Reagan, 1985);

- "Our duty is to execute the law, not to make it. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765; Orient Ins. v. Daggs; So. Carolina v. U.S.; Bigelow, Fraud;

Still not "<u>manifest</u>"!!! "our current problems" (Reagan, 1985) herewith;

- "honored, by this Court, only with lip service." Gideon v. Wainwright; Cohens v. Va.; Slaughter House Cases; Furthermore, "the Constitution" deliberately **omits** "Constitutional Authority" for "the officers of the government" to use the "**English**" practice of the "Information"! See Story, Comm, *per se* , also, "Bill of Rights" "authorizes" **only** "verified complaint" by an "injured" party which must first be presented to a "Constitutionally Sufficient" "Grand Jury" (<u>unknown</u> "under government as we've known it since the the New Deal"); cites herein;

"our current problems" Reagan, 1985;

***iii*) Not** <u>dissimilarly</u> — When Kavanaugh was being paraded for appointment to the "Roberts court", "the Media" quoted Him openly declaring to the "Senate Committee", thus: "I only use the constitution to make my decisions." Whereby — Perhaps Kavanaugh inserts the word "Constitution" within His "decisions", but, He makes no certain cites to any parts of "the Constitution": **But "*Whose*"** "constitution*?*! He makes no direct quotations from "the Constitution", <u>only</u> mere <u>vague</u> allusions to the "Constitution" for "the appearance of legitimacy" (B. Levinson, 2006) rather than **actual** "legitimacy itself", as has been "decades of practice" (Brown Jackson, *ante*);

Those two examples are **not** <u>intended</u> to <u>exonerate</u> any of the other "members" of the "Roberts court", or of any other professed 'court' or 'legislature' or 'executive' or 'expert' or "lobbyist" (*post*) — but, hey, "no worries" "it's all good", Barrett declared that there is "no constitutional crisis" — "Whah dah  contrie [sic]" :

- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; that it is doing God's service when violating all his laws." Adams (1816); Jefferson (1781); Jefferson, "Diffusion of Knowledge" (1779); "Notes Annex"; cites herewith;

"our current problems" (Reagan, 1985);

- "It is not lawful to do evil, that good may come; and (if I may be here allowed to say so)[sic] it is not expedient. If good men [& women] disregard the vital principles of the constitution, how can they expect that bad men [& women] are to be controlled by law." Greene v. Briggs; Ex p Curtis; Merritt v. Welsh; So. Carolina v. U.S.; ss.,

"our current problems ... ", Reagan, 1985; "POLITICIAN.", Webster, (*post*) — "*omne Romae venale*" (*post*);

The obvious question, thus: "**How**" can men & women who "disregard the vital principles of the constitution" **truly** be "good"*?*! South v. Md.; Marshall v. Balto. & O RR; Ex p Wall; Hepburn v. Griswold; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.; *e.g.;* Also see, "Lobbyist" (*post*); "Billable Hours";

- "Evil deeds ought not to remain unpunished, and impunity affords continual incitement to the delinquent." Coke, Rep.; South v. Md.; Ex p Va.; U.S. v. Lee; Ex p Wall; Marshall v. Balto. & O RR; Ex p Curtis; So. Carolina v. U.S.; ss., **no** "immunity"; "Notes Annex"; cites herewith; see, "POLITICIAN.", Webster, *post*;

Herewith are **_Proofs_** of "Evil deeds" that "remain unpunished," and that "impunity affords continual incitement" to do "Evil deeds"; also see: Elrod v. Burns; South v. Md.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.;

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.; Nelson v. Carland; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congress, 1st sess. at 2765, *et seq.*; Congressional Globe, 42nd Congress, 1st sess. at 374, 394, 429; Elrod v. Burns; Wharton, Cr.L.; cites herewith;

- "The theory of necessity on which it is based is false." Ex p. Milligan; cites herewith; *e.g.*; "Notes Annex";
- "in questions of power then, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution:" Jefferson, Kentucky Resolves (1798); Van Horne's v. Dorrance; Cohens v. Va.; *e.g.*;
- "Gross negligence is equivalent to fraud." Black, 2nd; Bouv., Inst.; McCracken v. Hare; Bigelow, Fraud;
- "Ignorance, or want of skill, is considered a fault, *i.e.*, a negligence for which one who professes the skill is responsible." Bouvier, Inst.; Kent, Comm.; McDonald v. Simpson; Story, Agency; cites herewith; "Herd Mentality", "Arrested Development Behavior" ("ADB"); R. Anderson; I. Tappas; D. Church; *e.g.*;

Wherefore, "the true intent and meaning of" "the Constitution" is that of a "<u>written</u>" "delegation" of "<u>certain</u>" "powers" to perform "<u>certain</u>" "duties" under "the Law of the Land" "pursuant to" the "fundamental Principles" of "Law of Agency" (Chisholm v. Ga.; Story, Agency; Nelson v. Carland; Tucker, Comm.; Kent, Comm.), <u>and</u>,

- "Power can never be delegated which the authority said to delegate never possessed itself." N.J. Steam v Merch.;
- "Power is not synonymous with right." Poe v. Seaborn; Story, Agency; Kent, Comm.;

<u>then</u>, "unquestionably" (Elrod v. Burns) <u>no</u> "Public" "agent" can be "<u>*lawfully*</u>" "delegated" "<u>*lawful*</u>" authority to "kill" any One; to "dictate" who may or may <u>not</u> obtain or "possess" "Property" of any nature whatsoever; to "license" or "Tax" "Private" or "ordinary" "activities of Life", such as, "Liberty", "Locomotion", "Marriage", "Property"; to <u>**spontaneously**</u> or "summarily" "take" "Property" of any nature whatsoever ('police', "NSA", *e.g.*):

- "the theory of necessity on which it is based is false." Ex p Milligan; "Bill of Rights"; "14th Art. of Amend. §1"; South v. Md.; U.S. v. Hall; Spano v. N.Y.; So. Carolina v. U.S.;

Whereby, <u>*all*</u> herewith "irrefutably" "Prove" "Quality of Life", "Prosperity", "Security", "Liberty", "general Welfare", thru-out America has <u>persistently</u> <u>***declined***</u> for "We the People of the United States" generally for <u>**more**</u> than <u>**100 years**</u> — regardless the new gadgetries and technologies***!!***

Whereas, today "under government as we've known it since the New Deal" (Weiner, *ante*) "those intrusted with power" (Jefferson, 1781): <u>**dictate**</u> Who <u>***may***</u> obtain "Property" or "Travel" or obtain "Shelter" or "contract" "Services", and <u>**first**</u> <u>must</u> "apply" and be "vetted" to obtain "ID"-"License" and pay "fees" or "taxes", to "exercise": "unalienable Rights" to "Life, Liberty, and the pursuit of Happiness" (<u>**not**</u> to be conflated with "fun" or "joy"*!*), to "Locomotion", to obtain and use "Property" of any nature, and *favoring* specified groups for "political" advantages; also, <u>**dictate**</u> Who <u>**shall**</u> <u>not</u> do so; See, "Notes Annex"; cites herewith:

Nazi occupied France (1940-1945) was <b>not</b> worse than America today:

*e.g.*, "<u>***Invasions***</u>" of Petitioner *Qui Tam's in extremis*: Individual "Security", "Safety", "Health", "Liberty", "Welfare", "Sustenance", Well-being, "Property", "Prosperity", "Life"; ss., "Perfidy", "Bias", "Bigotry", "<u>***un***</u>lawful" discrimination; cites herewith:

- "A delegated power cannot be again delegated." Coke, Inst.; Black, L. Dict., 2nd; Bouv. Inst.; Story, Agency; Coke, Rep.; N.J. Steam v. Merch.; Smith v. Turner ("Passenger Cases"); Orient Ins. v. Daggs; Kent, Comm.;

**a)** One <u>adamantly</u> **Questions:** Under what "Constitutional Authority" "Congress "lawfully" "delegated" "power" for "Post Offices" and "post Roads" to "USPS" ?? (Const.: Art. I, § 8 cl. 7)

**b)** One <u>adamantly</u> **Questions:** Under what "Constitutional Authority" 'legislators', 'executives', 'judiciaries', "<u>***lawfully***</u>" "alter" or "amend" "the law of the land" or the "Form of Government" (Const., art.: IV, VI) or the "Powers" "delegated" thru "the Constitution" (Chisholm v. Ga.; Story, Agency) and "Solemn" "Oath of Office" (Const., art.: II, VI) without "executing" the "Constitutional Process" of "Amendment" specified in "Article V" ??

"a Republican Form of Government" ("Article IV"; cites herewith): whereas, <u>***all***</u> "Public" Officers and Agents today, "from the highest to the lowest," <u>persistently</u> <u>***peddle***</u>, thus: "our democracy" (herewith)***!!!***
ss., "Constructive Fraud" (Story, Agency; Bigelow, Fraud; Bigelow, Estoppel; Bouvier, L.Dict.; *e.g.*);

**c)** One <u>adamantly</u> **Questions:** By "What" 'authority' do "citizens of the United States", "American citizens", ***not*** have "standing" in "the courts" to "enforce" "Constitutional Limitations" or "Constitutional Obligations"; or, to "vindicate" One's "Rights", "Privileges and Immunities", "Security", "Liberty", "Property", "Prosperity", "Welfare"??

**d)** One <u>adamantly</u> **Questions:** Exactly "How" do "citizens of the United States", "American citizens", "<u>hold</u>" "Public" or "corporate" Officers and Agents "accountable" for their "conduct"; for "Violations" of "the law of the land"; for "invasions" of "Individual" "Rights", "Privileges and Immunities", "Life", "Liberty", "Property", "Security", "Prosperity", "Locomotion", "Safety", "Health", "Welfare", "Well-being", "pursuit of Happiness"??

**e)** One <u>adamantly</u> **Questions:** Exactly "How" does a "Citizen of the United States" "exercise" " ... the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." ?? Amer. Com. Assoc. v. Douds; Orient Ins. v. Daggs; So. Carolina v. U.S.; "Notes Annex"; cites herewith;

- "The Constitution provides that Congress shall make laws, the President execute laws, and courts interpret [sic] laws. Youngstown Sheet & Tube Co. v. Sawyer, 343 U. S. 579 (1952). It did not provide for government by injunction in which the courts and the Executive Branch can 'make law' without regard to the action of Congress. It may be more convenient for the Executive Branch if it need only convince a judge to prohibit conduct, rather than ask the Congress to pass a law, and it may be more convenient to enforce a contempt order than to seek a criminal conviction in a jury[sic] trial. Moreover, it may be considered politically wise to get a court to share the responsibility for arresting those who the Executive Branch has probable cause to believe are violating the law. But convenience and political considerations of the moment do not justify a basic departure from the principles of our system of government." *N.Y. Times* v U.S.; Slaughter House Cases; Nelson v. Carland; Also, Greene v Briggs; Murray's v. Hoboken; Ex p Milligan; Cummings v. Mo.; Calder v. Bull; Ex p. Va.; South v. Md.; U.S. v. Lee; Ex p Wall; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.;

Whereas, under "our democracy" (Roberts, "AOC", Pelosi, Trump, Biden, Garland, Harris, *et alii*) every "corporate" or "Public" Officer or Agent "make laws", ss., "*obiter dicta*" (Scott v. Sandford) "disguised" as "policy", "procedure", "discretion", "practice", "necessity", "regulation", &c, *nostra deceptio ad nauseam* "supplanting" (R. Pound, Future) "the Constitution and" "the law of the land" and "Solemn" "Oath", severally:

- "In Thornhill [v. Alabama], the Court also reiterated the thinking of the Founders when it said that a broad conception of the First Amendment is necessary 'to supply the public need for information and education with respect to the significant issues of the times. [Footnote omitted.] . . . Freedom of discussion, if it would fulfill its historic function in this nation, must embrace all issues about which information is needed or appropriate to enable the members of society to cope with the exigencies of their period.' " Wood v. Georgia; U.S. v. Hall;

- "The First Amendment envisions that persons be given the opportunity to inform the community of both sides of the issue under such circumstances. That this privilege should not lightly be curtailed is ably expressed in a passage from Judge Cooley's Constitutional Limitations (8th ed. 1927) 885, where he stated that the purpose of the First Amendment includes the need: '... to protect parties in the free publication of matters of public concern, to secure their right to a free discussion of public events and public measures, and to enable every citizen at any time to bring the government and any person in authority to the bar of public opinion by any just criticism upon their conduct in the exercise of the authority which the people have conferred upon them.' " *Ibid*.;

- "Over fifty years ago, Mr. Justice Holmes wrote: 'The theory of our [judicial] system is that the conclusions to be reached in a case will be induced only by evidence and argument in open court, and not by any outside influence, whether of private talk or public print.' Patterson v. Colorado.[sic]" Wood v. Georgia; Marshall v. Balto. & O RR; Ex p Wall; Hepburn v. Griswold; South v. Md.; U.S. v. Lee; Greenleaf, Evid.; Mechem, Public Office; *e.g.*:

*E.g.*: Citizens United, Hobby Lobby, Faith And Action, Leonard Leo; Federalist Society, Heritage Society, Supreme Court Historical Society, PAC, Super-PAC, &c; See, "Lobbyist", *post*;

- "But, among many other objections to the introduction of any of the great public officers into either house of congress, we must keep in view a great principle of all republican governments, that public offices are intended to be for the public service, and not for the benefit and emolument of the individuals who fill them. No more offices are created than the public needs require." Rawle, Const.; Mechem, Public Office; cites herewith;

<u>Still **not** "*manifest*"!!!</u> "our current problems" (Reagan, 1985);

- "Our duty is to execute the law, not to make it. ... Nowhere, than in this court, ought the will of the nation, as thus expressed, to be more liberally construed or more cordially executed." Slaughter House Cases; U.S. v. Hall; Congressional Globe, 39th Congr. at 2765;

<u>Still **not** "*manifest*"!!!</u> "our current problems" (cites herewith);

- "honored, by this Court, only with lip service." Gideon v. Wainright; Cohens v. Va.; Slaughter House Cases;
- "our governors are the agents of the people", Chisholm v. Ga.; Story, Agency; Tucker, Comm.; So. Carolina v. U.S.; Cummings v. Mo.; Nelson v. Carland; Journal of Congress vol. I, 28 - 30, 69; *e.g.*; <u>**Still not** "*manifest*"!!</u>
- "Law should be studied and taught as a historical science." Wilson, Works, vol. I; "Notes Annex"; cites herewith;
      <u>**Not**</u> for more than <u>***100***</u> years as lamented by such notable Lawyers as Norton, Bigelow, Dewey, Fuller, Mechem, Pound: See "Sources" (*post*); cites herewith;
- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; that it is doing God's service when violating all his laws." Adams (1816): which "unquestionably constitutes": Hubris, Disdain, Egomania, Megalomania, "Treachery"; *e.g.*;
- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Chisholm v. Ga.; cites herewith;

<u>Whereas</u>, Biden <u>***angrily***</u> blurted (*e.g.*, 2022), thus: "There's nothing absolute about any amendment*!*"

<u>Which</u> part of **that** declaration by "Supreme Court of the United States"[sic] do Biden, Garland, "AOC", Pelosi, Clintons, Obama, Bush, Abbott, Roberts, "politicians" (Webster, *post*), "the courts", "those intrusted with power" (Jefferson), <u>**not**</u> "comprehend"*??!!!* "Constructive Fraud"; Bigelow, Fraud; Story, Agency; Cohens v. Va.;

- "Time has proven the discernment of our ancestors; for even these provisions, expressed in such plain English words, that it would seem the ingenuity of man could not evade* them, are now, after the lapse of more than seventy years ["now, after the lapse of 160 years again], sought to be avoided. Those great and good men foresaw that troublous times would arise, when rulers and people would become restive under restraint, and seek by sharp and decisive measures to accomplish ends deemed just and proper; and that the principles of constitutional liberty would be in peril, unless established by irrepealable law. The history of the world had taught them that what was done in the past might be attempted in the future. The Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times, and under all circumstances. No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of its provisions can be suspended during any of the great exigencies of government. Such a doctrine leads directly to anarchy or despotism, but the theory of necessity on which it is based is false; for the government, within the Constitution, has all the powers granted to it, which are necessary to preserve its existence; ... They cannot justify on the mandate of the President; because he is controlled by law, and has his appropriate sphere of duty, which is to execute, not to make, the laws; and there is 'no unwritten criminal code to which resort can be had as a source of jurisdiction.'" Ex p Milligan; U.S. v. Lee;

- "By the First Amendment of the Constitution of the United States, it is provided that 'Congress shall make no law respecting an establishment of religion, or abridging the freedom of speech, or of the press, or of the right of the people peaceably to assemble and to petition the government for redress.' In the Civil Rights Cases, 109 U.S. 1, 109 U.S. 20, it was adjudged that the Thirteenth Amendment, although in form prohibitory, had a reflex character in that it established and decreed universal civil and political freedom throughout the United States. In United States v. Cruikshank, 92 U.S. 542, 92 U.S. 552, we held that the right of the people peaceably to assemble and to petition the government for a redress of grievances -- one of the rights recognized in and protected by the First Amendment against hostile legislation by Congress -- was an attribute of 'national citizenship.' So the First Amendment, although in form prohibitory, is to be regarded as having a reflex character, and as affirmatively recognizing freedom of speech and freedom of the press as rights belonging to citizens of the United States – that is, those rights are to be deemed attributes of national citizenship or citizenship of the United States. No one, I take it, will hesitate to say that a judgment of a federal court, prior to the adoption of the Fourteenth Amendment, impairing or abridging freedom of speech or of the press, would have been in violation of the rights of 'citizens of the United States' as guaranteed[sic] by the First Amendment – this for the reason that the rights of free speech and a free press were, as already said, attributes of national citizenship before the Fourteenth Amendment was made a part of the Constitution. Now the Fourteenth Amendment declares, in express words, that 'no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States.' As the First Amendment guaranteed[sic] the rights of free speech and of a free press against hostile action by the United States, it would seem clear that, when the Fourteenth Amendment prohibited the states from impairing or abridging the privileges of citizens of the United States, it necessarily prohibited the states from impairing or abridging the constitutional rights of such citizens to free speech and a free press. But the Court announces that it leaves undecided the specific question whether there is to be found in the Fourteenth Amendment a prohibition as to the rights of free speech and a free press similar to that in the First. It yet proceeds to say that the main purpose of such constitutional provisions was to prevent all such 'previous restraints' upon publications as had been practiced by other governments, but not to prevent the subsequent punishment of such as may be deemed contrary to the public welfare. I cannot assent to that view if it be meant that the legislature may impair or abridge the rights of a free press and of free speech whenever it thinks that the public welfare requires that to be done. The public welfare cannot override constitutional privileges, and if the rights of free speech and of a free press are, in their essence, attributes of national citizenship, as I think they are, then neither Congress nor any state, since the adoption of the Fourteenth Amendment, can, by legislative enactments or by judicial action, impair or abridge them. In my judgment, the action of the court below was in violation of the rights of free speech and a free press as guaranteed[sic] by the Constitution. I go further and hold that the privileges of free speech and of a free press, belonging to every citizen of the United States, constitute essential parts of every man's liberty, and are protected against violation by that clause of the Fourteenth Amendment forbidding a state to deprive any person of his liberty without due process of law. It is, I think, impossible to conceive of liberty, as secured by the Constitution against hostile action, whether by the nation or by the states, which does not embrace the right to enjoy free speech and the right to have a free press. ... The plaintiff in error made a distinct claim that he was denied that which he asserted to be a right guaranteed[sic] by the federal[sic] Constitution. His claim cannot be regarded as a frivolous one. " Patterson v. Colorado; cites herewith;

    **Still not "_manifest_"!!!** "our current problems" (Reagan, 1985);

One necessarily ponders: To Whom or to What do "those intrusted with power" (Jefferson) pledge their "loyalty" since, none exemplify or "exercise" "obedience to the Constitution" (Legal Tender Cases) and to "Law of the Land" and to "individual rights", "Privileges and Immunities", "Agency" (Chisholm, v. Ga.; Calder v. Bull; Cohens v. Va.; Greene v. Briggs; Murray's v. Hoboken; Ex p Milligan; U.S. v. Hall; Ex p Va.; Slaughter House Cases,; Boyd v. U.S.; Yick Wo v. Hopkins; Orient Ins. Daggs; So. Carolina v. U.S.; Guardians v. Green; Hoke v. Henderson; Van Zant v. Waddell; Wynehamer v. People; Hale v. Henkel; Trop v. Dulles; Story, Agency; Hilliard, Torts; Bigelow, Fraud; Bigelow, Estoppel; Tucker, Comm.; Kent, Comm.), "pursuant to" "the true intent and meaning of the" "Constitution and" of "the law of the land" (Journal of Congress, vol. I; Rutherforth, Inst.; Paine, Rights of Man; Congressional Globe, 39th Congress at 2765; Slaughter Hose Cases; Legal Tender Cases; South v. Md.; U.S. v. Lee; Boyd v. U.S.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Elrod v. Burns) and "Solemn" "Oath of Office", severally — see: Story, Agency; Mechem, Public Office; South v. Md.; U.S. v. Lee; Boyd v. U.S.; So. Carolina v. U.S.; Hale v. Henkel; Trop v. Dulles; Wharton, Cr.L.; Elrod v. Burns; *N.Y. Times* v. U.S.; Patterson v. Colorado; Also see: Post, Rotten Prison Indus. Compl.; Herwig, Prison Nation; Rose, Celling America; Herwig, Prison, Profiteers; "manufactured crimes" (Chambers v. Fla.); "kangaroo courts" (Williams v. U.S.);

- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Jay, Chisholm v. Ga.; Hale v. Henkel; Chambers v. Fla.; Jefferson, Summary View... , 1781; Canetti, Crowds And Power; Notes Annex; cites herewith;

- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; that it is doing God's service when violating all his laws." Adams (1816), which "unquestionably constitutes": Hubris, Disdain, Perfidy, Egomania, Megalomania, "Treachery" (Bouvier, L. Dict.), "Torts": "Petit-treason" (Chisholm v. Ga.; south v. Md.; 14th , U.S. v. Hall; Ex p Va.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.);

- "The word 'security' is a broad, vague generality whose contours should not be invoked to abrogate the fundamental law embodied in the First Amendment. The guarding of military and diplomatic secrets at the expense of informed representative government provides no real security ... ." *N.Y. Times* v. U.S.;

- " ... constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon." Boyd v. U.S.; Olmstead v. U.S.; U.S. v. Hall; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Spano v. N.Y.; Wharton, Cr. L.; Greenleaf, Evid.; Hilliard, Elements; Tucker, Comm.; Bigelow, Fraud; Kent, Comm.; Nelson v. Carland; cites herewith;

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Notes Annex; cites herewith;

- "It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." Amer. Com. Assoc. v. Douds;

- "Power is not synonymous with right." Poe v. Seaborn; Chisholm v. Ga.; Story, Agency;

- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency;

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq.Jur.; Bouv., Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Trezevant v. TAMPA;

  <u>Still</u> <u>not</u> "*manifest*"!!!  "our current problems" (Reagan, 1985) <u>Prove</u> that — *History Repeats!!!*

# Life

from Webster, American Dictionary, 1st ed.

"1. In a general sense, that state of animals and plants, or of an organized being, in which its natural functions and motions are performed, or in which its organs are capable of performing their functions. A tree is not destitute of life in winter, when the functions of its organs are suspended; nor man during a swoon or syncope; nor strictly birds, quadrupeds or serpents during their torpitude in winter. They are not strictly dead, till the functions of their organs are incapable of being renewed.

2. I2. In animals, animation; vitality; and in man, that state of being in which the soul and body are united.

3. In plants, the state in which they grow or are capable of growth, by means of the circulation of the sap. The life of an oak may be two, three, or four hundred years.

4. The present state of existence; the time from birth to death. The life of man seldom exceeds seventy years.

5. Manner of living; conduct; deportment, in regard to morals.

6. Condition; course of living, in regard to happiness and misery. We say, a man's life has been a series of prosperity, or misfortune.

7. Blood, the supposed vehicle of animation.

8. Animals in general; animal being[sic].

9. System of animal nature.

10. Spirit; animation; briskness; vivacity; resolution.

11. The living form; real person or state; in opposition to a copy;

12. Exact resemblance;

13. General state of man, or of social manners;

14. Condition; rank in society;

15. Common occurrences; course of things; human affairs.

16. A person; a living being; usually or always, a human being.

17. Narrative of a past life; history of the events of life; biographical narration.

18. In Scripture, nourishment;

19. The stomach or appetite.

20. The enjoyments or blessings of the present *life*. [sic]

21. Supreme felicity.

22. Eternal happiness in heaven.

23. Restoration to *life*. [sic]

24. The author and giver of supreme felicity.

25. A quickening, animating and strengthening principle, in a moral sense.

26. The state of being in force, or the term for which an instrument has legal operation; " Webster, Amer. Dict., 1st, ed. (1828).


Furthermore,

"And the LORD God formed man of the dust of the ground, and breathed into his nostrils the breath of life; and man became a living soul.[sic]" Gen. 2:7, King James Bible;


Furthermore,

# <u>Oath of Office</u>

Constitution, Article II:

"The Executive power shall be vested in a President of the United States of America."

    **Notice:** <u>Not</u> 'US President'; <u>Not</u> 'President of the US'; <u>Not</u> "OFFICE OF THE PRESIDENT";

"Before he enter on the execution of his office, he shall take the following oath or affirmation :

    'I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States; and will, to the best of my ability, preserve, protect, and defend the Constitution of the United States.' "

    **Notice:** <u>Not</u> 'US Constitution'; <u>Not</u> "US CONSTITUTION";

Constitution, Article VI:

"This Constitution, and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution; but no religious test No religious test, shall ever be required as a qualification to any office or public trust under the United States."

<u>Still</u> <u>**not**</u> "<u>*manifest*</u>"!!!

"our current problems" **Prove** that;

Constitution, Article I:

"All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."

    **Notice:** <u>Not</u> 'US Congress';

• "nothing like or similar is the same, no likeness is exact identity." Coke: Rep.; Coke, Inst.; Bigelow, Fraud; *e.g.*;

Constitution, "Preamble":

"We the People of the United States, in order to form a more perfect Union, establish Justice, insure domestic Tranquillity, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.[sic]"

Whereby,

• "our governors are the agents of the people." Chisholm v. Ga. Nelson v. Carland; U.S. v. Lee; Story, Agency;

<u>Still</u> <u>**not**</u> "<u>*manifest*</u>"!!!

"our current problems" Prove that;

From Hepburn v. Griswold:

"the oath which every member of this Court [ss., "Supreme Court of the United States"] is required to take that he 'will administer justice without respect to persons, and do equal right to the poor and the rich, and faithfully perform the duties incumbent upon him to the best of his ability and understanding, agreeably to the Constitution and laws of the United States,' "

<u>Still</u> <u>**not**</u> "<u>*manifest*</u>"!!!

"our current problems" **Prove** that;

Furthermore,

### **Pardon** from Bouvier, Law Dict, 2nd ed. (1843)

"A pardon is an act of grace, proceeding from the power entrusted with the execution of the laws, which exempts the individual on whom it is bestowed, from the punishment the law inflicts for a crime he has committed. 7 Pet. S.C. Rep. 160. Every pardon granted to the guilty is in derogation of the law; if the pardon is equitable, the law is bad; for where legislation is perfect, pardons must be a violation of the law. Pardons are general or special. The former are granted by an act of the legislature to all persons and for all offenses therein mentioned; of this the court are bound to take notice *ex officio*. Such general pardon cannot be waived by the criminal, because by his admittance, no one can give the court a power to punish him, when it judicially appears there is no law to do it. Special pardons are those granted by the pardoning power for a particular case. this, to avail the criminal, must be accepted and specially pleaded. 7 P'et. S.C. Rep. 162. The constitution of the United States gives to the president, in general terms, "the power to grant reprieves and pardons for offenses against the United States;" and the same power is given by the constitution of Pennsylvania to the governor "to grant reprieves and pardons, except in cases of impeachment." Art. 2, s. 9. In some states the consent of the legislature is required. Vide, generally, Bac. Ab. h. t.; Com. Dig. h. t.; Nels. Ab. h. t.; 13 Petersd. Ab. 82; Vin. Ab. h. t.; 3 Inst. 233 to 240; Hawk. B. 2, c. 37; 1 Chit. Cr. Law, 762 to 778; 2 russ. on Cr. 595; Arch. Cr. Pl. 92; Stark. Cr. Pl. 368, 380. A pardon is either absolute or conditional. When a condition is attached to it. it must be performed before the pardon can have any effect. Bac. Ab. Pardon (E); 2 Caine's R. 57. A pardon has the effect of restoring the convict to all rights. He may be examined as a witness, except in cases of perjury, and he may maintain an action against any who shall afterwards accuse him of being guilty of the crime of which he has been pardoned. Bac. Ab. Pardon, H." Bouvier, Law Dict, 2nd ed. (1843); Also see, Ex p. Grossman (1925);

### *Still not "manifest"!!!*

**W**herefore, "preëmptive" pardons are "unconstitutional"-"unlawful" for vagueness, hence, "null and void *ab initio*" — More "Fraud" by Biden — surprise, surprise;

- Biden didn't need to "Pardon" Himself: He has the perfect "Defence" used by Reagan during the "Contra" fiasco, and promulgated by various individuals in addition to Trump, ss., "Dementia" — "*non compos mentis*".

Furthermore,

## "**Lobbyist**" from Bouvier, Law Dict., 8th ed. 3rd Rev. (Rawle, 1914):

"LOBBYIST. One who makes it a business to procure the passage of bills pending before a legislative body.

"One who makes it a business to 'see' members and procure, by persuasion, importunity, or the use of inducements, the passing of bills, public as well as private, which involve gain to the promoters." 1 Bryce, Am. Com. 156.

"A contract for the employment of personal influence or solicitation to procure the passage of a public or private law is void; Rose v. Truax, 21 Barb. (N.Y.) 361; Marshall v. Balto. & R. Co., 16 How. (U.S.) 314, 14 L. Ed.953; Powers v. Skinner, 34 Vt. 274, 80 Am. Dec. 677; Burke v. Wood, 162 Fed. 533; Houlton v. Dunn, 60 Minn. 26, 61 N.W. 698, 30 L.R.A. 737, 51 Am. St. Rep.493; Sweeney v. McLeod, 15 Or. 330, 15 Pac. 275; as contrary to sound morals and tending to inefficiency in the public service; Houlton v. Nichol, 93 Wis. 393, 67 N.W. 713, 33 L.R.A. 166, 57 Am. St. Rep. 928; if by its terms or by necessary implication, it stipulates for, or tends to, corrupt action or personal solicitations; Providence Tool Co. v. Norris, 2 Wall. (U.S.) 45, 17 L. Ed. 868; Elkhart County Lodge v. Crary, 98 Ind. 238, 49 A. Rep.746; Winpenny v. French, 18 Ohio St. 469; Spalding v. Ewing, 149 Pa. 375, 24 Atl. 219, 15 L.R.A. 727, 34 Am. St. Rep. 308. And if the contract is broad enough to cover services of any kind, either secret or open, honest or dishonest, the law pronounces a ban upon the contract itself; Weed v. Black, 2 McArth. (D.C.) 268, 29 Am. Rep. 618. It is not required that it tends to corrupt. If its effect is to mislead, it is decisive against the claimant. It may not corrupt at all, but if it corrupt or tend to corrupt some, or if it deceive or tend to deceive some, that is sufficient to stamp its character with the seal of reprobation before a judicial tribunal; Clippinger v. Hepbaugh, 5 W. & S. (Pa.) 315, 40 Am. Dec. 519; Ormerod v. Dearman, 100 Pa. 561, 45 Am. Rep. 391; But it has been held that though the contract contemplates the use of personal solicitation, yet if no personal influence is brought to bear upon the members, and no dishonest, secret, or unfair means employed, to accomplish the object, it is not illegal; Foltz v. Cogswell, 86 Cal. 542, 25 Pa. 60. Where the agreement is for compensation contingent upon success, it suggests the use of sinister and corrupt means for the accomplishment of the desired end. The law meets the suggestion of evil and strikes down the contract from its inception; Providence Toll Co. v. Norris, 2 Wall. (U.S.) 45, 17 L. Ed. 868; Elkhart County Lodge v. Crary, 98 Ind. 238, 49 A. Rep.746; Houlton v. Dunn, 60 Minn. 26, 61 N.W. 698, 30 L.R.A. 737, 51 Am. St. Rep.493." Bouvier, Law Dict., 8th ed. 3rd Rev. (Rawle, 1914)

### _Still **not** "manifest"!!!_ To wit:

Thousands of "Lobbyists", from near and afar, daily pursue or "procure": "special considerations", "favors", "pecuniary" advantages, "perpetuities", "bailouts", "contracts", "subsidies", from "Public Officers"; also see: Mayer, Dark Money: Gidney, "Dark Money Game"; "Federalist Society"; Robert Schenck: "Faith and Action", Gayle Wright; "Supreme Court Historical Society"; &c, &c; "We, the People of the United States," are deliberately **Deprived** "Redress" "as against the government" (Olmstead v. U.S.; South v. Md.; U.S. v. Lee; Cohens v. Va.; e.g.;) for the utter "want of" "meaningful access to courts" "in Law and Equity" for the "gross negligence", "Frauds", "high crimes and misdemeanors", "Torts", "Petit-treasons"; "Betrayals"; "Subversions" of "the Constitution" and of "the law of the land" and of "Solemn" "Oath of Office" (Marshall v. Balto. & O RR; Ex p Walsh; Hepburn v. Griswold; Const., Art.: III, IV, VI; e.g.) persistently committed by "kangaroo courts" (Williams v. U.S.) and by "those intrusted with power" (Jefferson, 1781) for Their "obedience to the Constitution" and "the true intent and meaning of the"(Cohens v. Va.; Calder v. Bull; Greene v. Briggs) "Law of the Land" (Pawlet v. Clark; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Nelson v. Carland; Orient Ins. v. Daggs; S. Carolina v. U.S.; cites herewith; e.g.);

**W**hereby, an overwhelming abundance of "Bad Faith" insidiously committed by "corporate" and "public" officers and agents, ss., "Perfidy", "Betrayals", "Frauds"; "Subversions" of "Law of the Land" and of "the Constitution" and of "Solemn" "Oath" of Office" and of "Fiduciary Duty" and of "Public Duty", &c; see: U.S. v. Lee; South v. Md.; Cohens v. Va.; e.g.; as predicted by "America's founders, thus, to wit:

- "Our rulers will become corrupt, our people careless. A single zealot may commence persecution, and better men be his victims. It can never be too often repeated, that the time for fixing every essential right on a legal basis is while our rulers are honest, and ourselves united. From the conclusion of this war ["War for Independence"] we shall be going down hill. It will not then be necessary to resort every moment to the people for support. They will be forgotten, therefore, and their rights disregarded. They will forget themselves, but in the sole faculty of making money, and will never think of uniting to effect a due respect for their rights. The shackles, therefore, which shall not be knocked off at the conclusion of this war, will remain on us long, will be made heavier and heavier, till our rights shall revive or expire in a convulsion." Jefferson, Notes... (1781); Also see: Greene v. Briggs; Orient v. Daggs; Congressional Globe, 42nd Congr., 1st sess. at 374, 394, 429; O'Rourke, A Parliament Of Whores;

Furthermore,

**"License"** from Bouvier, Law Dict, 2nd ed. (1843):

"LICENSE, *contracts*, is a right given by some competent authority to do an act, which without such authority would be illegal. The instrument or writing which secures this right, is also called a license. Vide Ayl. Parerg. 353; 15 Vin. Ab. 92; Ang. Wat. Co. 61, 85." Bouvier, Law Dict., 2nd ed. (1843); Also see, "usurfruct";

**Notice:** The obvious questions regarding "LICENSE" issued and demanded by "the "STATE" or "corporate" or "retail" "Agents" remaining deliberately __un__-addressed is:

- Under what "constitutional authority" do "corporate" or "Public" officers or agents "manufacture" (Chambers v. Fla.; Hale v. Henkel; Trop v. Dulles; *e.g.*) or "issue" "LICENSE", "ID";
- Under what "constitutional authority" is "purchasing" or "possessing" or "using" "Property" subject to "LICENSE", "ID" by "the STATE", or by "the United States" (Chambers v. Fla.; Hale v. Henkel; Trop v. Dulles; *e.g.*);
- Under what "constitutional authority" does "the STATE", or "the United States" "manufacture" (Chambers v. Fla., e.g.) any "contract", "express" or "implied", by which any "citizen of the United States" (see, "the Constitution and the law of the land"), or "Citizen" of any of "the several States of the Union" is "lawfully" obligated to "purchase" "LICENSE" "ID" from "the STATE", or from "the United States", or to spontaneously "present" "LICENSE" "ID" "on demand", or to spontaneously "present" "LICENSE" "ID" for the "exercise" of "Life", "Liberty", "Locomotion", "Property", "Possession", "pursuit of Happiness", "Rights", "Privileges and Immunities", *e.g.*; see: Nelson v. Carland; Chisholm v. Ga.; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Cohens v. Va.; South v. Md.; Slaughter House Cases; U.S. v. Hall; U.S. v. Lee; Ex p. Milligan; Cummings v. Mo.; Orient Ins. v. Daggs; South Carolina v. U.S.; Hale v. Henkel; Story, Agency; Tucker, Comm.; Kent, Comm.; *per se*;
- Under what "constitutional authority" do "corporate" or "Public" officers or agents use "false" or mis-leading "Representations", or "fictitious entities", as "description" or "identity" or "authority": for "citizens of the United States"; for "Private" "instruments" or "Private" "affairs" or "Private" "exercise" of "Life", "Liberty", "Locomotion", "Rights", "Property", "Privileges and Immunities" (Hale v. Henkel; Trop v. Dulles; various others); or for "Public" or "Official" "Records"; Or, as "disguise" (Coke: Inst., Rep.) for evading "the Constitution and" "the law of the land" (U.S. v. Lee; Nelson v. Carland; Journal of Congress, *ante*; Congressional Globe, *ante*; various others) or for the "appearance of legitimacy" (B. Levinson; Bigelow, Fraud; U.S. v Throckmorton; Kent, Comm.; Bigelow, Torts; others);  Professed "REAL ID" is a sham or fraudulent or **mis**leading "on its face";
- Under what "constitutional authority" do "corporate" or "Public" officers or agents pronounce the "ordinary activities" of "Life, Liberty, or "Property" or of "Locomotion" as "__un__lawful" and demand "STATE-issued" or "government[sic]-issued "license" "ID" and "Fees" or "fines" or "penalties" for "exercising" "American" "Birthrights" or for "Exercising" "Life, Liberty", "Property", "pursuit of Happiness" or "Locomotion" or "Privileges and Immunities" "guarantied by the Constitution and by the law of the land" and by "Solemn" "Oath of Office";
- Under what authority "pursuant to" the "Constitutional Principle" founded upon "Law of Agency" (Chisholm v. Ga.; Story, Agency; Kent, Comm.; Tucker, Comm.; Journal of Congress, vol. I; 28-30, 69; Congressional Globe, 39th Congr. at 2765 et seq.; So. Carolina v. U.S.) do "Agents" issue "license" to their "Principals"???

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; So. Carolina v. U.S.; Cohens v. Va.;

**Notice:** "Full-disclosure" with "Meeting of the Minds" are only two **Essential** "Elements" (Hilliard, Elements; Kent, Comm.; Story, Contr.; Story, Agency; *e.g.*) for a "*lawful*", "enforceable" Contract — But, today they are rarely considered by "corporate" or "Public" officers, agents, 'the courts' (Williams v. U.S.; cites herewith);

**Whereby**, an **overwhelming** abundance of **Bad Faith** insidiously committed by "corporate" and "public" officers and agents, ss., "Perfidy", "Betrayals", "Frauds", &c; see cites herewith;

- " .... The Judiciary of the U.S. is the subtle corps of sappers & miners constantly working under ground to undermine the foundations of our confederated fabric. they are construing our constitution from a coördination of a general and special governments to a general & supreme one alone." Jefferson (1820):  still **worsening**;
- "honored, by this Court, only with lip service." Gideon v. Wainright; Hepburn v. Griswold; cites herewith;

Furthermore,

# Benefit

"BENEFICIARY. This term is frequently used as synonymous with the technical phrase *cestui que trust*, (q.v.)"

"BENEFIT. This word is used in the same sense as gain (q.v.) and profits, (q.v.) 20 Toull. n. 199."

Bouvier, Law Dict., 2nd ed.

"BEN'EFIT, *noun*

1. An act of kindness; a favor conferred.
Bless the Lord, O my soul, and forget not all his benefits. Psalms 103:2.

2. Advantage; profit; a word of extensive use, and expressing whatever contributes to promote prosperity and personal happiness, or add value to property.

Men have no right to what is not for their *benefit*

3. In law, *benefit* of clergy.

BEN'EFIT, *verb transitive*. To do good to; to advantage; to advance in health, or prosperity; applied either to persons or things; as, exercise benefits health; trade benefits a nation.

BEN'EFIT, *verb intransitive*. To gain advantage; to make improvement; as, he has benefited by good advice; that is, he has been benefited."

Webster, American Dict., 1st ed.

- "Mr. Madison wished to relieve the sufferers, but was afraid of establishing a dangerous precedent, which might hereafter be perverted to the countenance of purposes, very different from those of charity. He acknowledged, for his own part, that he could not undertake to lay his finger on that article in the Federal constitution, which granted a right to Congress of expending, on objects of benevolence, the money of their constituents. And if once they broke the line laid down before them, for the direction of their conduct, it was impossible to say, to what lengths they might go, or to what extremities this practice might be carried.[sic]" *Gazette of the United States*, 11 Jan. 1794; Annals of Congr., 3rd Congr., 1st sess., ss.,

  "Foreign Aid" **is** "**un**-constitutional": "Charity starts at home" Americans have yet to "set your house in order" as "our current problems" (*ante*) irrefutably Attest*!!*

Furthermore,

# Equity

" 'American courts of equity are, in some instances, distinct from those of law; in others, the same tribunals exercise the jurisdiction both of courts of law and equity, though their forms of proceeding are different in their two capacities. the supreme court of the United States, and the circuit courts **[Note: not** existing "under government as we've known it since the New Deal"] , are invested with general equity powers, and act either as courts of law or equity, according to the form of the process and the subject of adjudication. ...' The jurisdiction of a court of equity differs essentially from that of a court of law. The remedies for wrongs or for the enforcement of right, may be distinguished into two classes; 'those which are administered in courts of law, and those which are administered in courts of equity. ... The most general description of a court of equity is, that it has jurisdiction in cases where a plain, adequate and complete remedy cannot be had at law; that is, in the common law courts. ... The jurisdiction of a court of equity is sometimes concurrent with that of courts of law; and sometimes it is exclusive. ... A court of equity also is assistant to the jurisdiction of courts of law, in many cases, where the latter have no like authority. It will remove legal impediments to the fair decision of a question depending at law. It will prevent a party from improperly setting up, at a trial, some title or claim, which would be inequitable. It will compel him to discover, on his own oath, facts which he knows are material to the right of the other party, but which a court of law cannot compel the party to discover. It will perpetuate the testimony of witnesses to rights and titles, which are in danger of being lost before the matter can be tried. It will provide for the safety of property in dispute pending litigation. It will counteract or control, or set aside, fraudulent judgments. ... This is a very general and imperfect [ss., "incomplete"] outline of the jurisdiction of a court of equity; ... .' " Ency. Am. art. Equity. Vide Fonb. Eq.; Story, on Eq.; Smith on Eq.; Madd. Ch. Pr.; 10 Am. Jur. 227; ... ." Bouvier, L. Dict. at "Chancery";

"In a moral sense that is called equity which is founded in natural justice [Rutherforth, Inst.], in honesty, and in right, *ex æquo et bono*.[sic] In an enlarged legal view, 'equity, in its true and genuine meaning, is the soul and spirit of the law; positive law is construed and rational law is made by it. In this equity is made synonymous with justice; in that, to the true and sound interpretation[sic] of the rule.' 3 B. Com. 429. This equity is said to be a supplement to the laws; and nothing is perhaps more correct and just, but it must be directed by science, without which the magistrate must tremble to set in the temple of justice, and without which his mind will wonder in pursuit of a phantom of equity purely imaginary. ..." Bouvier, L. Dict. at "Equity";

- "Law shall be studied and taught as a historical science." J. Wilson, Works, vol. I, at 70;

**Note:** "Courts of law" and "courts of equity" were <u>insidiously</u> <u>abandoned</u> thru the machinations of the "Progressive"[sic] and "Reform"[sic] movements of the late 19th and early 20th centuries which insidiously installed "government as we've known it since the New Deal", which have foisted <u>mere</u> arbitrary "tribunals" following their-own <u>ever-changing</u> "procedures" "founded" upon <u>mere</u> "<u>discretion</u>" for inflicting or 'legitimizing' 'corporate" "political" party Dogma or Propaganda upon Americans generally "at defiance" to "due process of law guaranteed by the Constitution and by the law of the land" (U.S. v. Lee; Cummings v. Mo.; *e.g.*). Quotes and cites herewith are a sampling of protests against those machinations that have been <u>deliberately</u>, even violently, evaded and "suppressed" by "those intrusted with power" (Jefferson, 1781) and <u>peculiarly</u> by "the courts" Themselves. By perusing the ever-increasing number of "dissenting opinions" thru-out the 19[th] and early 20[th] centuries, One finds the cries of those whom attempted to **de**-rail the overthrow, or "coup", that has "manifest" as "government as we've known it since the New Deal". (Brown Jackson, Barrett, Kavanaugh, Roberts, *e.g.*, *ante*)

- "the legislature should at no time erect any new jurisdiction which should not proceed according to the course of the common law." Cummings v. Mo.; U.S. v. Lee; Calder v. Bull; Cohens v. Va.; Nelson v. Carland; Boyd v. U.S.; Orient Ins. v. Daggs; S. Carolina v. U.S.; Journal of Congress, vol. I, 28-30, 69; Congressional Globe, 39th Congress at 2765; Congressional Globe 42nd Congress at 374, 394, 429; Bigelow, Fraud; Tucker, Comm.; Story, Agency; cites herewith;

**Whereas,** "They" <u>did</u> <u>exactly</u> that***!!!*** To wit: "U.S. citizen", "code", "incorporation", "**HUMAN CAPITAL**" *e.g.*:

- "fraud vitiates the most solemn contracts, documents, even judgments." U.S. v. Throckmorton; Bigelow, Fraud; U.S. v. Tweel; U.S. v. Prudden; Hilliard, Torts;
- "When there are no courts to enforce individual rights tyranny and despotism begin." Adams; Ex p. Curtis; Gordon v. Gordon; cites herewith;

**Whereby,** an overwhelming abundance of "**Bad Faith**" <u>insidiously</u> committed by "corporate" and "public" officers and agents, ss., "Perfidy", "Betrayals", "Frauds", "Torts", "Petit-treason", &c; Story, Agency; Bigelow, Torts; *e.g.*;

Furthermore,

# Sources

Library of Congress;
National Archives;
Journal of Congress, Annals of Congress, Congressional Globe;
United States Reports; Supreme Court Reporter;
Federal Cases Comprising Cases Argued and Determined ... ;
Dickinson, Letters From A Farmer in Pennsylvania (1767);
Dickinson-Jefferson, Declaration of Causes For Taking Up Arms (1775);
Jefferson, Writings: Randolph, ed.; Washington, ed.; Ford, ed.;
Jefferson, Summary View of the Rights of British America, 1774; Notes on the State of Virginia, 1781, 1785;
Madison, Notes on the Federal Convention, 1787;
Madison, Writings: Gilpin, ed.; Worthington, ed.; M<sup>ac</sup>Guire, ed.; Hunt, ed.; Property. 1792;
Adams: *Novanglus*, 1774; Thoughts On Government; Defence of the Constitutions of Government ... (1787);
Adams: Papers, Diaries, MHS;
Paine, Rights of Man;
Treaty With The Delawares, 1778; Const., Art. VI; 7 Stat. 13;
Yates, Secret Meetings ... ;
Tucker, Blackstone's Commentaries Adopted to ... ; Lectures;
Kent, Commentaries on American Law;
Bouvier, Law Dictionary, 2nd, 6th, 8th, editions; Institutes of American Law;
Coke, Institutes of English Common Law (Pawlet v. Clark; Nelson v. Carland); King's Bench Reports (Hayburn's Case);
Bigelow: Law of Fraud; Law of Estoppel; Law of Torts; Bills and Notes; Government;
Ballentine, Law Dict.;
Chipman, Principles of Government;
Hilliard: Elements of Law; Torts; Real Property; Mortgages; Taxation;
Hurd, Personal Liberty and Writ of Habeas Corpus;
Greenleaf, Law of Evidence;
Maclay, Journal (1890);
Parsons, Political Rights, Personal Rights, Property Rights of a Citizen of the United States;
Rawle, A View of the Constitution of the United States;
Rutherforth, Institutes of Natural Law;
Story, Law of Agency, Law of Contracts, Equity Jurisprudence; Conflict of Laws;
Smith, Wealth of Nations;
Taylor, New Views of the Constitution of the United States (1823);
Taylor, Construction Construed and Constitutions Vindicated (1820);
Taylor, An Inquiry Into the Principles ... (1814);
Upshur, A Brief Enquiry Into True Nature ... (1840, 1868);
Wilson, Lectures on Law; Works;
Federalist Papers, Anti-Federalist Papers;
Elliott, Debates In The Several States;
Farrand, Records of the Federal Convention;
Constitution of the United States of America (Library of Congress);
Webster, American Dictionary of the English Language, 1st ed.;
Cross, Military Laws of the United States with Constitution of the United States (1825);
Laws of the State of Virginia with Constitution of the United States (1816, 1819), *e.g.*;
Gregory, Forms;
Stayton, Forms;
Lewis, The Jungle;
Kennedy, Hidden Cities;
Ellsburg, Pentagon Papers; Report of the Office of the Secretary of Defense Vietnam Task Force
Grace, President's Private Sector Survey (P² S²);
Burton, Pentagon Wars;
Bloom, Molly's Game;
Boll, To Which We Belong (Documentary film);
Kenner, Food, Inc. (Documentary film);
Mayer, Dark Money; Gidney, The Dark Money Game (Documentary film);

Whereby, Americans generally, Petitioner *Qui Tam in extremis*, Vincent Dale Ross, herein, *ipse*, <u>increasingly</u> ***Suffer*** under "***systemic***" *de facto* "immunity" and "impunity" for "corporate" and "Public" Officers and Agents "flagitiously" <u>inflicted</u> ("Constructive Frauds") upon **Us** "at defiance" to "the Constitution and "the law of the land" and to "Solemn" "Oath of Office", severally: U.S. v. Lee; South v. Md.; Cohens v. Va.; Calder v. Bull; Chisholm v. Ga; Ga. v. Brailsford; Marshall v. Balto. & O RR; Greene v. Briggs; Ex p Milligan; Cummings v. Mo.; U.S. v. Hall; Davidson v. New Orleans; Slaughter House Cases; Ex p Va.; Ex p. Wall; Boyd v. U.S.; Orient Ins. v. Daggs; Bounds v. Smith; So. Carolina v. U.S.; Elrod v. Burns; Lamont v. Postmaster General; Wood v. Georgia; Story, Agency; Bigelow, Fraud; Tucker, Comm.; Kent, Comm.; Wharton, Cr.L.; Greenleaf, Evid.; Hilliard, Elements; Hilliard, Torts; Bigelow, Torts; Bouvier, Inst.; Bouvier, L.Dict.; '15 USC 17'; '28 USC 1746');

Furthermore,

**Wherefore,** Petitioner *Qui Tam in extremis*, Vincent Dale Ross, *ipse*, herein, lodges this Formal "**Judicial Notice** *Qui Tam in extremis*, as "Verified Complaint" for "Redress of Grievances"; for "***enforcements***" of "the true intent and meaning of" "the Constitution and "the law of the land"; for **true**, "<u>lawful</u>", **fulfillment** of "Solemn" "Oath"; for "***Prosecutions***" of Officers or Agents committing various Violations of "the Constitution", of "the law of the land", of "due process of law guarantied by the Constitution and by the law of the land" and guarantied by "Solemn" "Oath" (severally); for Violations of "Solemn" "Oath" (severally); for Violations of "Fiduciary Duty"; for Violations of "Public Duty"; for "Damages" ("Compensatory", "Punitive", Trezevant v. TAMPA: adjusted for inflation); for "Recoveries"; for immediate **Terminations** of and for "***Prosecutions***" for **escalating**: "systemic" "abuses and usurpation", "<u>systemic</u>" "high crimes and misdemeanors", "<u>systemic</u>" "Dereliction of Duty", "<u>systemic</u>" "Violations" of "the true intent and meaning of" "the Constitution and" of "the law of the land", "<u>systemic</u>" "Violations" of "Fiduciary Duty", "<u>systemic</u>" "Violations" of "Public Duty", "<u>systemic</u>" "Violations" of "Fiscal Duty", "<u>systemic</u>" "Gross Negligence", "<u>systemic</u>" "Estoppels", "<u>systemic</u>" "Frauds", "<u>systemic</u>" "Deceits", "<u>systemic</u>" "Misprisions", "<u>systemic</u>" "Cover-ups", "<u>systemic</u>" "Extortions", "<u>systemic</u>" "Exactions", "<u>systemic</u>" "***un***lawful" 'taxations', "<u>systemic</u>" "<u>simulated</u>" "judicial proceedings", "<u>systemic</u>" "<u>simulated</u>" "judicial process", "<u>systemic</u>" "<u>simulated</u>" 'legislation', "<u>systemic</u>" "Falsifications of Official Records", "<u>systemic</u>" "False" or "***Mis***leading" "Representations" of "Law" and of "the Constitution" and of "due process of law guarantied by the Constitution and by the law of the land", "<u>systemic</u>" "***un***lawful" uses of "fictitious entities", "<u>systemic</u>" "False" or "***Mis***leading" "Identities", "<u>systemic</u>" "Subversions" of "Law of the Land" and of "the Constitution" and of "due process of law guarantied by the Constitution and by the law of the land" and "guarantied" by "Solemn" "Oath of Office" (severally), "<u>systemic</u>" "Hypocrisy"; for "<u>systemic</u>" "Slanders"; for "<u>systemic</u>" "Libels"; for "<u>systemic</u>" "***usurious***" 'loans'; for "<u>systemic</u>" "***un***lawful" "takings" of "Property"; for "<u>systemic</u>" "Violations" of "Law of Contracts"; for "<u>systemic</u>" "Violations" of "Law of Agency"; for "<u>systemic</u>" "immunity"; for "<u>systemic</u>" "impunity"; for "<u>systemic</u>" "respect" against Petitioner *Qui Tam in extremis*, *ipse*, Americans generally, *e.g.*, being **committed** by "corporate" or "Public" Officers and Agents <u>continuously</u> inflicting "**irreparable injury**" or "**Losses**" upon Petitioner *Qui Tam in extremis*, *ipse*; continuously inflicting "**irreparable injury**" or "**Losses**" upon Others or upon Americans generally — ***all*** of which <u>continuously</u> inflict **increasing** "**irreparable injury**" and "**Losses**" for which Petitioner *Qui Tam in extremis*, *ipse*, is, Americans generally are, ***deprived***: "Redress", "Damages" ("Compensatory", "Punitive", Trezevant v. TAMPA: adjusted for inflation), "Recoveries", "meaningful access to courts" "in Law and Equity"; ***deprived***: "Rights", "Life", "Liberty", "Locomotion", "Property", "Safety" and "Security", "Prosperity", "Privileges and Immunities", "Birthrights"; ***deprived***: "obedience to" and "enforcements" of "Law of the Land" and "due process of law guarantied by the Constitution and by the law of the land" by "Public" Officers and Agents "intrusted with power" or by "corporate" officers and agents (Trezevant v. Tampa;

Hale v. Henkel; Trop v. Dulles; Bounds v. Smith; "Notes Annex"; cites herewith); **_deprived_**: "lawful"-"Constitutional" "Government" "pursuant to" "the true intent and meaning of the" "Constitution and" to the "Law of the Land" and "pursuant to" "Solemn" "Oath of Office" (severally), ss., "a Republican Form of Government" (Art. IV); are deliberately **_deprived Justice_** "pursuant to" "the true intent and meaning of" "the Constitution and" "the law of the land" and of "Solemn" "Oath of Office", severally ; **_all_** of which is "**_at defiance_**" to "true intent and meaning of" "Solemn" "Oath of Office" (severally), "from the highest to the lowest": U.S. v. Lee; Calder v. Bull; Chisholm v. Ga.; Marshall v. Balto. & O RR; Hepburn v. Griswold; Ex p Wall; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency; Cohens v. Va.; Bigelow, Fraud; Ex p Milligan; Cummings v. Mo.; U.S. v. Throckmorton; U.S. v. Tweel; Elrod v. Burns; Lamont v. Postmaster General; Wood v. Georgia; Tucker, Comm.; cites herewith;

Furthermore,

• "The Court's justification for consulting its own notions rather than following the original meaning of the Constitution, as I would, apparently is based on the belief of the majority of the Court that for this Court to be bound by the original meaning of the Constitution is an intolerable and debilitating evil; that our Constitution should not be 'shackled to the political theory of a particular era,' and that to save the country from the original Constitution the Court must have constant power to renew it and keep it abreast of this Court's more enlightened theories of what is best for our society. It seems to me that this is an attack not only on the great value of our Constitution itself but also on the concept of a written constitution which is to survive through the years as originally written unless changed through the amendment process which the Framers wisely provided." Harper v. Va. Board of Elections; Chisholm v. Ga.; Hayburn's Case; Van Horne's v. Dorrance; Calder v. Bull; Cohens v. Va.; Guardians v. Green; South v. Md.; Greene v. Briggs; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Ex p. Milligan; Cummings v. Mo.; U.S. v. Throckmorton; U.S. v. Lee; Hepburn v. Griswold; So. Carolina v. U.S.; Elrod v. Burns; Tucker, Comm.; Kent, Comm.; U.S. v. Hall; Ex p Va.; Slaughter House Cases; Legal Tender Cases; Ex p Wall; Yick Wo v. Hopkins; Orient Ins. v. Daggs; Ex p Grossman; *e.g.*; Also see, bogus "living constitution"; (Brown Jackson, Barrett, Kavanaugh, Roberts, *e.g.*, *ante*)

Wherefore, Americans generally, Petitioner *Qui Tam in extremis*, *ipse*, are deliberately deprived "Redress":
for Misrepresentations of Law; (Journal of Congress, vol. I, pp. 28-30, 69; Ex p Milligan; So. Carolina v. U.S.);
for Misrepresentations of "Constitution of the United States"[sic] (Cohens v. Va.; Chisholm v. Ga.);
for Misrepresentations of "Law of the Land" (Nelson v. Carland; Chisholm v. Ga.; So. Carolina v. U.S.);
for Misrepresentations of "14ᵗʰ Article of Amendment §1" (39ᵗʰ Congress; U.S. v Hall; Slaughter House Cases);
for "Systemic" Violations of "Constitution of the United States"[sic] (Cohens v. Va.; Chisholm v. Ga.);
for "Systemic" Violations of "Bill of Rights" (Calder v. Bull; U.S. v. Hall; Orient v. Daggs; S. Carolina v. U.S.);
for "Systemic" Violations of "14ᵗʰ Article of Amendment §1" (39ᵗʰ Congress; U.S. v. Hall; Slaughter House Cases);
for "Systemic" Violations of "Solemn" "Oath of Office" (Const., art.: II, III, IV, VI; Hepburn v. Griswold);
for "Systemic" Violations of "Law of the Land" (Tucker, Comm.; Kent, Comm.; Bouvier, L. Dict.);
for "Systemic" "taking" Property "without due process of law guarantied by the Constitution" (U.S. v. Lee);
for "Systemic" Failures to lawfully perform "Public Duty" pursuant to the Constitution, to Solemn Oath of Office;
for "Systemic" Evasions or Suppressions of "Supreme Court of the United States"[sic] "Precedents", herewith, *per se*;
for "Systemic" Evasions or Suppressions of "Rule of Judicial Decisions": "Contemporaneous Exposition"; Cohens v. Va.;
for "Systemic" Evasions or Suppressions of "Rule of Judicial Decisions": "*Res Judicata*"; Bouv., L. Dict.;
for "Systemic" Evasions or Suppressions of "Rule of Judicial Decisions": "*Stare Decisis*"; Bouv., L. Dict.;
for **Irresponsible** "**Fiscal**" "**Behavior**" by "Corporate" or "Public" Officers or Agents; South v. Md.;
for Improper Appropriations, Collections, Obligations of Funds, Taxes: Hilliard, Taxation; Wharton, Cr.L.;

for <u>Improper</u> Assessments, Collections, of "Taxes": Hilliard, Taxation; So. Pac. v. Lowe; Stewart Dry v Lewis;

for <u>Improper</u> Uses of "U.S. Treasury" Funds by "Corporate" or "Public" Officers and Agents; cites herein;

for **Un**lawful "Delegation" of "Constitutional" "Authority" or "Duty": Chisholm v. Ga.; Story, Agency;

for "Systemic" **Bigotry**: *e.g.*, panderings or favoritisms for only specific "Factions" or "corporate" entities;

for "Systemic" **Bigotry** <u>against</u> "Petitioner *Qui Tam in extremis*", *ipse*; (Hale v. Henkel; U.S. v. Hall; others);

for "Systemic" **Bigotry** <u>against</u> "Citizens of the United States", generally; (Hale v. Henkel; U.S. v. Hall; *e.g.*);

for "Systemic" **Deprivations** of "Redress of Grievances" for <u>Violations</u> of "Bill of Rights"; cites herein;

for "Systemic" **Deprivations** of "Redress of Grievances" for <u>Violations</u> of "14th Article of Amendment §1";

for "Systemic" **Deprivations** of "Redress of Grievances" for <u>Violations</u> of "Constitutional Principles";

for "Systemic" **Deprivations** of "Redress of Grievances" for <u>Violations</u> of Law of the Land; cites herein;

for "Systemic" **Deprivations** of "Redress of Grievances" for <u>Invasions</u> of "unalienable Rights" cites herein;

- "Suppression of the truth is equivalent to the expression (or suggestion) of what is false.[sic]" Addington v Allen; Paul v. Haddley; Bigelow, Fraud; Bigelow, Estoppel; Story, Agency; cites herewith;

"our current problems", Reagan, May 1985;

"America's Founders" "intended" for America to be "a civilized nation" — **History** reveals the opposite results:

- "Power always sincerely, conscientiously, ..., believes itself right. Power always thinks it has a great soul and vast views beyond the comprehension of the weak; that it is doing God's service when violating all his laws." Adams (1816), which "unquestionably constitutes": Hubris, Disdain, Perfidy, Egomania, Megalomania, "Treachery" (Bouvier, L. Dict.), "Torts": "Petit-treason" (Chisholm v. Ga.; south v. Md.; 14th , U.S. v. Hall; Ex p Va.; U.S. v. Lee; Orient Ins. v. Daggs; So. Carolina v. U.S.);

- "The word 'security' is a broad, vague generality whose contours should not be invoked to abrogate the fundamental law embodied in the First Amendment. The guarding of military and diplomatic secrets at the expense of informed representative government provides no real security ... ." *N.Y. Times* v. U.S.;

- " ... constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon." Boyd v. U.S.; Olmstead v. U.S.; U.S. v. Hall; Slaughter House Cases; Orient Ins. v. Daggs; So. Carolina v. U.S.; Spano v. N.Y.; Wharton, Cr. L.; Greenleaf, Evidence; Hilliard, Elements; Tucker, Comm.; Bigelow, Fraud; Kent, Comm.; Nelson v. Carland;

- "It would be idle and trite to say no right is absolute." Orient Ins. v. Daggs; Notes Annex; cites herewith;

- "It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. ... A catalogue of rights was placed in our Constitution, in my view, to protect the individual in his individuality, and neither statutes which put those rights at the mercy of officials nor judicial decisions which put them at the mercy of the mob are consistent with its text or its spirit." Amer. Com. Assoc. v. Douds;

- "Power is not synonymous with right." Poe v. Seaborn; Chisholm v. Ga.; Story, Agency;

- "The only loyalty, ..., consists in obedience to the Constitution." Legal Tender Cases; Chisholm v. Ga.; Calder v. Bull; Cohens v. Va.; Cummings v. Mo.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Story, Agency;

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq.Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Trezevant v. TAMPA; 14th Art. of Amend.; Napolitano: Constitution In Exile; It Is Dangerous To Be Right When The Government Is Wrong; "Notes Annex"; cites herewith;

<u>Still</u> <u>not</u> "*manifest*"!!! "our current problems" (Reagan, 1985) **Prove** that — *History Repeats!!!*

The Truth herein **exists**, even if no One chooses to believe it, or, even if "the courts" <u>continue</u> their <u>evasions</u> of it;

"Truth is stranger than fiction, it is because Fiction is obliged to stick to possibilities. Truth isn't." Mark Twain;

**W**herefore, **<u>all</u>** herewith, "the Court" is hereby Petitioned *Qui Tam in extremis* to *forthwith* institute "Justice" "pursuant to" "the Constitution" and to "the Law of the Land" on which it is founded, and, "pursuant to" Your "Solemn" "Oath", severally, for Your "faithful" "obedience to the Constitution" (Legal Tender Cases; Hepburn v. Griswold; Elrod v. Burns; Const., Art. III, Art. IV, Art. V, Art. VI, "Bill of Rights", "14th Art. of Amend. §1"; Pawlet v. Clark; Nelson v. Carland; South v. Md.; U.S. v. Lee; Cohens v. Va.; Slaughter House Cases; U.S. v. Hall; Ex p Va.; Orient Ins. v. Daggs; So. Carolina v. U.S.; Trezevant v. TAMPA: adjusted for inflation; cites herewith) as It was originally "intended" by America's Founders "for Posterity" (Const.: "Preamble", Art., VI, *e.g.*);

**F**urthermore,

Wherefore, Petitioner *Qui Tam in extremis*, Vincent Dale Ross, *ipse*, herein, **_pursues_**: immediate, substantive, competent, complete, "Redress of Grievances" "pursuant to" "the true intent and meaning of 'Constitution'": 'Bill of Rights", "14th Art. of Amend."; of "Law of the Land"; of "Solemn" "Oath of Office", severally; (cites herewith); "Writs of Detinue"; "Writs of Injunction" ("temporary", "perpetual"); "Writs of Right"; "Writs of Ejectment"; "Orders"; "Damages" ("Compensatory", "Punitive": Trezevant v. TAMPA: adjusted for inflation); with **"Executions"**, severally; **_all_** other and further "necessary and proper" "Remedies" and "Redress" to correct for the **Injury** to or **Losses** of His "Properties" and "Rights" and "Liberty" and "Life" and "Locomotion" and "Security" and "Prosperity" and "Privileges and Immunities" and "Well-being" and "Welfare", "Contrary to" "due process of law guarantied by the Constitution and by the law of the land" and by "Solemn" "Oath of Office", severally; for the **_escalating_ "takings"** of His "Properties" and "Rights" and "Liberty", and "Locomotion" and "Security" and "Prosperity" and "Privileges and Immunities" and "Welfare", deliberately or "flagitiously" committed by **_various_** "corporate" or "Public" Officers and Agents, known and unknown, "Contrary to" "due process of law guarantied by the Constitution and by the law of the land" and by "Solemn" "Oath of Office", severally, in the interests of "Law of the Land", "Constitutionally Guarantied" "Rights", "Privileges and Immunities", "Liberty", "Locomotion", "Property", "Personal Security", "Prosperity", "Well-being", "Welfare", for instituting "Justice" "pursuant to" "the true intent and meaning of" "the Constitution and" "the law of the land" and "Solemn" "Oath of Office" (severally), *res judicata*, from "the Court" "pursuant to" "Constitutional Guaranties" and the "Law of the Land" and "Solemn" "Oath of Office", severally: Trezevant v. TAMPA ("Damages" adjusted for inflation); Hepburn v. Griswold; Chisholm v. Ga.; Cohens v. Va.; U.S. v. Lee; Lamont v. Postmaster General; "Notes Annex"; cites herewith:

- "it is manifest that it was not left to the legislative power to enact any process which might be devised. The article is a restraint on the legislative, as well as on the executive and judicial, power of the government, and cannot be so construed as to leave Congress free to make any process 'due process of law' by its mere will." Murray's v. Hoboken Land; Chisholm v. Ga.; Wynehamer v. People; Hoke v. Henderson; Van Zant v. Waddell; Cohens v. Va.; Nelson v. Carland; N.J. Steam v. Merch.; Smith v. Turner (Passenger Cases); Greene v. Briggs; U.S. v. Lee; Hepburn v. Griswold; Hale v. Henkel; Lamont v. Postmaster General;

  <u>Still **not** "*manifest*"*!!!*</u> "our current problems" (Reagan, 1985);

- "Error of law injures. A mistake of the law has an injurious effect; that is, the party committing it must suffer the consequences." Story, Eq. Jur.; Bouvier, Inst.; South v. Md.; U.S. v. Lee; Chisholm v. Ga.; Coke, Rep.;

- "In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Jay, Chisholm v. Ga.; Hale v. Henkel; Chambers v. Fla.; Jefferson, Summary View... , 1781; Canetti, Crowds And Power; Notes Annex; cites herewith;

**_All_** herein from credible sources irrefutable **Prove** "a long train of abuses and usurpations", "Dereliction of Duty":

"Indeed I tremble for my country when I reflect that God is just: that his justice cannot sleep for ever."
Th. Jefferson, "Notes on the State of Va." (1781): "*Karman*";

as do I.

Subscribed and executed under Affirmation on this 11th day of October anno Domini two thousand twenty-five under the laws of the United States of America.

Vincent Dale Ross, Ph.D., FACMT; Min., Mphys. Theo., *et alia.*

**Furthermore,**

American Independent Ministry.
10004 Wurzbach Road, Unit 215,
San Antonio, Texas.