IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

STATE OF ILLINOIS, et al.,
    Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    Defendants-Appellants.

No. 25-2798

## DEFENDANTS-APPELLANTS' DOCKETING STATEMENT

1. **District Court Jurisdiction.** Plaintiffs, the State of Illinois and the City of Chicago, filed suit alleging that the defendants violated 10 U.S.C. § 12406, the Posse Comitatus Act, and the Tenth Amendment. As relevant to this appeal, the district court therefore had statutory subject-matter jurisdiction under 28 U.S.C. § 1331.

2. **Appellate Jurisdiction.** Because defendants seek review of an order that has the practical effect of an injunction, this Court has jurisdiction under 28 U.S.C. § 1292(a)(1). *See Abbott v. Perez*, 585 U.S. 579, 594 (2018). The preliminary injunction being appealed was entered on October 9, 2025, and defendants filed a timely notice of appeal the same day. ECF Nos. 67, 68.

3. **Prior or Related Appellate Proceedings.** There have been no prior appellate proceedings in this case. Similar challenges to the federalization of the California and Oregon National Guards are pending before the U.S. Court of

Appeals for the Ninth Circuit. *See Newsom v. Trump*, No. 25-3727 (9th Cir.); *Oregon v. Trump*, No. 25-6268 (9th Cir.); *see also Newsom v. Trump*, No. 25-5553 (9th Cir.). Defendants are not aware of any other related appellate proceedings.

4. **Parties Appearing in Their Official Capacities.**

    a. Donald J. Trump appears in his official capacity as the current President of the United States.

    b. Kristi L. Noem appears in her official capacity as the current United States Secretary of Homeland Security.

    c. Peter B. Hegseth appears in his official capacity as the current United States Secretary of Defense.

    d. Daniel P. Driscoll appears in his official capacity as the current United States Secretary of the Army.

        Respectfully submitted,

       SHARON SWINGLE

       *s/ J. Kain Day*
       J. KAIN DAY
        *Attorneys, Appellate Staff*
        *Civil Division, Room 7517*
        *U.S. Department of Justice*
        *950 Pennsylvania Avenue NW*
        *Washington, DC 20530*
        *(202) 353-2689*
        *sharon.swingle@usdoj.gov*

OCTOBER 2025