# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

October 16, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO,<br>　　　Plaintiffs - Appellees<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-12174<br>Northern District of Illinois, Eastern Division<br>District Judge April M. Perry | |

The following are before the court:

1. **MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER GOVERNORS AS** *AMICI CURIAE*, filed on October 11, 2025, by attorney Julie Porter.

2. **MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR LEAVE TO FILE BRIEF AS** *AMICUS CURIAE* **IN OPPOSITION TO APPELLANTS' MOTION FOR A STAY PENDING APPEAL**, filed on October 12, 2025, by attorney Elizabeth Wydra.

3. **MOTION FOR LEAVE TO FILE BRIEF OF** *AMICI CURIAE* **LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF APPELLEES' RESPONSE TO EMERGENCY MOTION FOR STAY PENDING APPEAL**, filed on October 12, 2025, by attorney Jonathan Miller.

4. **MOTION OF AMERICA FIRST LEGAL FOUNDATION FOR LEAVE TO SUBMIT BRIEF** *AMICUS CURIAE* **IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO STAY**, filed on October 13, 2025, by attorney R. Trent McCotter.

5. **MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL SECURITY LEADERS FOR AMERICA IN SUPPORT OF ILLINOIS APPELLEES**, filed on October 14, 2025, by attorney Saurish Appleby-Bhattacharjee.

6. **BRIEF FOR *AMICI CURIAE* FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS IN SUPPORT OF NEITHER PARTY**, filed on October 14, 2025, by attorney Margaret Truesdale, construed as a motion for leave to file an amicus memorandum.

7. **JUDICIAL NOTICE QUI TAM IN EXTREMIS**, filed on October 15, 2025, by non-party Vincent Dale Ross.

**IT IS ORDERED** that the motions for leave to file amicus memoranda are **GRANTED** to the extent that the court will consider the amicus filings in ruling on the motion for a stay pending appeal.

The document titled, "Judicial Notice Qui Tam in Extremis," filed by non-party Vincent Dale Ross will remain filed without action.