(ORDER LIST: 607 U.S.)

WEDNESDAY, OCTOBER 29, 2025

ORDER IN PENDING CASE

25A443     TRUMP, PRESIDENT OF U.S., ET AL. V. ILLINOIS, ET AL.

The application for stay presented to Justice Barrett is referred by her to the Court. The parties are directed to file supplemental letter briefs addressing the following question: Whether the term "regular forces" refers to the regular forces of the United States military, and, if so, how that interpretation affects the operation of 10 U. S. C. §12406(3). The briefs, not to exceed 15 pages, are to be filed by Monday, November 10, 2025. Letter reply briefs, not to exceed 10 pages, are to be filed by Monday, November 17, 2025. Any brief for an *amicus curiae* under Rule 37.4, on that or other aspects of the application, must be filed by Monday, November 10, 2025.