No. 25-2798

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, | ) ) ) ) |
| | Interlocutory Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiffs-Appellees, | ) |
| | ) |
| v. | ) |
| | No. 1:25-cv-12174 |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | The Honorable APRIL M. PERRY, Judge Presiding. |
| Defendants-Appellants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A BRIEF**

Plaintiffs-Appellees State of Illinois and City of Chicago move this Court to

extend the time for filing their combined response brief in this matter.  Currently,

that brief is due to be filed on December 19, 2025.  Plaintiffs request a 32-day

extension to and including Tuesday, January 20, 2026.  The declaration of Sarah A.

Hunger, Deputy Solicitor General, is attached in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:     /s Sarah A. Hunger
        SARAH A. HUNGER
        Deputy Solicitor General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 814-5202 (office)
        (312) 771-3885 (cell)
        Sarah.Hunger@ilag.gov

        Attorneys for the State of Illinois

        MARY B. RICHARDSON-LOWRY
        Corporation Counsel of the City of Chicago

By:     /s/ Myriam Zreczny Kasper
        MYRIAM ZRECZNY KASPER
        Deputy Corporation Counsel
        SUZANNE M. LOOSE
        Chief Assistant Corporation Counsel
        ELIZABETH M. TISHER
        Assistant Corporation Counsel
        City of Chicago Department of Law
        2 North LaSalle Street, Suite 580
        Chicago, Illinois 60602
        312-744-3564
        myriam.kasper@cityofchicago.org
        suzanne.loose@cityofchicago.org
        elizabeth.tisher@cityofchicago.org

        Attorneys for the City of Chicago

2

## DECLARATION

I, SARAH A. HUNGER, state the following:

1.      I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2.      I am the Deputy Solicitor General in the Illinois Office of the Attorney General and have been assigned to represent the State of Illinois in this interlocutory appeal, No. 25-2798.

3.      Plaintiffs' response brief is due to be filed on December 19, 2025, on no extensions of time. Plaintiffs intend to file a combined response brief.

4.      This motion is being made at least seven days before the response brief's due date, as required by Circuit Rule 26.

5.      After this court entered its order granting a partial stay of the district court's temporary restraining order pending appeal, Doc. No. 26, defendants filed an emergency application in the Supreme Court for a stay of the temporary restraining order in its entirety pending resolution of the interlocutory appeal. *See Trump v. Illinois*, No. 25A443 (Oct. 17, 2025). Plaintiffs filed their opposition on October 20, 2025. On October 29, 2025, the Supreme Court ordered supplemental briefing on the following question: "Whether the term 'regular forces' refers to the regular forces of the United States military, and, if so, how that interpretation affects the

1

operation of 10 U. S. C. §12406(3)."  The parties filed their supplemental letter

briefs on November 10, 2025, and supplemental reply briefs on November 17, 2025.

As of the filing of this motion, the emergency application remains pending before

the Supreme Court.  The Court's eventual decision on that application may provide

guidance on the issues presented in the interlocutory appeal pending before this

court, and an extension of the combined response brief would allow plaintiffs to

address the Supreme Court's order in their response brief.

6.    Furthermore, my schedule warrants an extension of time.  In addition

to the briefing just described, I am responsible for drafting portions of and

supervising several upcoming briefs, including a multistate amicus brief in support

of the federal government in *United States v. Hemani*, No. 25-1234, which will be

filed on December 19, 2025, in the Supreme Court; a multistate amicus brief in

support of Hawaii in *Wolford v. Lopez*, No. 24-1046, which will be filed on December

24, 2025, in the Supreme Court; a multistate amicus brief in support of respondent

in *Flower Foods v. Brock*, No. 24-935, which is due to be filed on January 12, 2026,

in the Supreme Court (respondent's one-week extension motion pending); and a

response brief in *AAER v. Illinois*, Nos. 25-2461, 25-2487 (consol.), which is

currently due on January 20, 2026, in this court.

7.    Finally, as Deputy Solicitor General, I devote substantial time to

performing supervisory and administrative duties in addition to managing my own

caseload.  These duties include reviewing briefs, managing the office's appellate

2

amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

8.     On December 11, 2025, I gave notice to counsel for defendants, by providing a copy of this motion before it was filed with this Court.  Counsel consented to the motion.

9.     I do not request this 32-day extension of time from December 19, 2025, until January 20, 2026, to file the brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed December 12, 2025.

/s Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing

Motion for Extension of Time to File a Brief with the Clerk of the Court for the

United States Court of Appeals for the Seventh Circuit by using the CM/ECF

system.  I further certify that all participants in the case are registered CM/ECF

users and that service will be accomplished by the CM/ECF system.

/s/ Sarah A. Hunger
SARAH A. HUNGER