# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 12, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO, <br> Plaintiffs - Appellees <br><br> v. <br><br> DONALD J. TRUMP, et al., <br> Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12174 <br> Northern District of Illinois, Eastern Division <br> District Judge April M. Perry ||

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A BRIEF**, filed on December 12, 2025, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**, and briefing is extended as follows:

1. The brief of the appellees is due by January 20, 2026.

2. The reply brief of the appellants, if any, is due by February 10, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)