# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 13, 2026

*By the Court:*

|  | STATE OF ILLINOIS and CITY OF CHICAGO, Plaintiffs - Appellees |
|---|---|
| No. 25-2798 | v. |
|  | DONALD J. TRUMP, et al., Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-12174 |
| Northern District of Illinois, Eastern Division |
| District Judge April M. Perry |

Upon consideration of the **MOTION SEEKING SUMMARY AFFIRMANCE AND VACATUR OF PARTIAL STAY PENDING APPEAL**, filed on January 12, 2026, by counsel for the appellees,

**IT IS ORDERED** that the defendants-appellants shall respond to the motion by January 23, 2026.

form name: **c7_Order_BTC**   (form ID: **178**)