# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 15, 2026

*By the Court:*

| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO, <br> Plaintiffs - Appellees <br><br> v. <br><br> DONALD J. TRUMP, et al., <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12174 <br> Northern District of Illinois, Eastern Division <br> District Judge April M. Perry ||

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A BRIEF**, filed January 13, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. The briefing schedule shall proceed as follows:

1. The brief of the appellees is due by February 19, 2026.

2. The reply brief of the appellants, if any, is due by March 12, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)