IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br>  Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br>  Defendants-Appellants. | No. 25-2798 |

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal and to vacate the partial stay pending appeal, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>*Illinois Attorney General*<br><br>JANE ELINOR NOTZ<br>*Solicitor General*<br><br>*/s/ Sarah A. Hunger*<br>SARAH A. HUNGER<br>*Deputy Solicitor General*<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 814-5202<br>sarah.hunger@ilag.gov<br><br>Attorneys for the State of Illinois<br><br>MARY B. RICHARDSON-LOWRY<br>*Corporation Counsel of the City of Chicago*<br><br>*/s/ Myriam Zreczny Kasper*<br><br>MYRIAM ZRECZNY KASPER<br>*Deputy Corporation Counsel*<br>SUZANNE M. LOOSE<br>*Chief Assistant Corporation Counsel*<br>ELIZABETH M. TISHER<br>*Assistant Corporation Counsel*<br>City of Chicago<br>Department of Law<br>2 North LaSalle Street, Suite 580<br>Chicago, Illinois 60602<br>312-744-3564<br>Myriam.kasper@cityofchicago.org<br>suzanne.loose@cityofchicago.org<br>elizabeth.tisher@cityofchicago.org | BRETT A. SHUMATE<br>   *Assistant Attorney General*<br><br>ERIC D. MCARTHUR<br>   *Deputy Assistant Attorney General*<br><br>MARK R. FREEMAN<br>SHARON SWINGLE<br>*/s/ J. Kain Day*<br>J. KAIN DAY<br>   *Attorneys, Appellate Staff*<br>   *Civil Division, Room 7517*<br>   *U.S. Department of Justice*<br>   *950 Pennsylvania Avenue NW*<br>   *Washington, DC 20530*<br>   (202) 353-2689<br>   sharon.swingle@usdoj.gov |

January 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 37 words, according to the count of Microsoft Word.

<span style="text-align:right;">*/s/ J. Kain Day*<br>J. Kain Day</span>