# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 22, 2026

ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 25-2798 | STATE OF ILLINOIS and CITY OF CHICAGO, Plaintiffs - Appellees<br><br>v.<br><br>DONALD J. TRUMP, et al., Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12174<br>Northern District of Illinois, Eastern Division<br>District Judge April M. Perry ||

The following are before the court:

1. **JOINT STIPULATION TO DISMISS APPEAL**, filed on January 21, 2026, by counsel for the parties.

2. **MOTION SEEKING SUMMARY AFFIRMANCE AND VACATUR OF PARTIAL STAY PENDING APPEAL**, filed on January 12, 2026, by counsel for the appellees.

**IT IS ORDERED** that this case is **DISMISSED** pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

**IT IS FURTHER ORDERED** that the partial stay of the district court's October, 9, 2025, order to the extent it enjoined the federalization of the National Guard within Illinois is **VACATED**.

**IT IS FINALLY ORDERED** that the pending motion for summary affirmance is **DENIED** as **MOOT**.

form name: **c7_FinalOrderWMandate**     (form ID: **137**)